

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

--------------------------------------------------------------------------------------------------------------

Sal Celauro Jr,

                                        Plaintiff

              - against -

FEDERAL EXPRESS GROUND,
ROBBY BAIER,
PAUL BURGELON
RYAN PELKY

                                        Defendants.

--------------------------------------------------------------------------------------------------------------

## COMPLAINT

--------------------------------------------------------------------------------------------------------------

Plaintiff Information

Sal Celauro Jr
c/o 3590 South Pennsylvania Street, Apt 318
Englewood, Colorado [80113]
516-554-6764

Defendants Information

FEDERAL EXPRESS GROUND
8951 Yosemite Street
Henderson, CO 80640
303-328-9526

Robby Baier
c/o FEDERAL EXPRESS GROUND
8951 Yosemite Street
Henderson, CO 80640
303-328-9526

Paul Burgelon
c/o FEDERAL EXPRESS GROUND
8951 Yosemite Street
Henderson, CO 80640
303-328-9526

Ryan Pelky
c/o FEDERAL EXPRESS GROUND

8951 Yosemite Street
Henderson, CO 80640
303-328-9526

## VENUE AND JURISDICTION

The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and § 1343.

## PREPLIMARY STATEMENT

COMES NOW the Plaintiff, Sal Celauro Jr, in propria persona, sui juris, a Natural born Living

Soul, a man standing on the Land jurisdiction of the united States of America, of the Posterity of

the People of the united States of America, an Inherent Holder of the Political Power of

Colorado, and of this American union of States, an American State Citizen, NOT a corporation,

NOT a person as statutorily defined, and NOT a surety for the artificial/fictional entity

designated as SAL CELAURO JR or any other variation in all capital letters.

## THE ISSUE

Does a private organization have the authority to mandate to their employees that they must wear

a mask? Short answer: No.

## SEQUENCE OF EVENTS

1.  In late April or early May 2020, signs were post at FedEx stating that everyone is

required to wear a mask. I did not wear a mask. On Thursday, 7 May 2020, was the first time

*there was a tent that workers were taking the temperature of all who were going into the*

complex. I did not wear a mask. I gave the manager who was sitting there my white paper of

many links about the sham of this so-called pandemic. (See first page of Exhibit A.) For the next

few days I went through the tent without a mask on. I mentioned to some of the People there that

I have not gotten sick in over 45 years, and a few other things of information about the sham.

2.  On Thursday, 14 May 2020, I had entered without a mask, but on my exit at the end of

my shift, one security employee prevented me from leaving demanding that I wear a mask. I asked to speak to a manager and we went into the office attached to the security house. When *looking into a large room used for orientation, a woman, Leah Monique Healey, Talent Acquisition Coordinator*, who I later sat down with, was helping someone on a computer, she was less than a foot away from the person and not wearing a mask. When she came into her office, she put on a mask to talk to me. I was sitting on the opposite side of her desk. We discussed about wearing a mask, as I explained it is harmful to my health and I gave her two documents *(see Exhibit A) with links to websites about the wearing of masks, which doctors* have stated People should not wear masks, that a mask does not prevent someone from getting a virus, and other problems with this so-called pandemic. Having not gotten any intelligent answers with this woman, I asked to see the owner. I was told he is in Tennessee, so I asked to see the head of the facility. She left to find Mr. Robby Baier.

3.   When *Mr. Robby Baier arrived we discussed the situation about wearing a mask*, as I explained to Leah, also giving him the same two documents I gave to Leah. (I doubt he ever researched what I gave him.) He was told that I threw papers at the People in the tent. I told him that was a lie. I told him I handed my document to the manager that was sitting there the first day I went through. I have a witness who can testify I never threw any papers. We eventually came to an *agreement that I would "wear" a mask when going through the temperature tent and the* security house. In the days following when passing through the temperature tent and security house, I actually held a mask against my face. The People there had no problem with what I was doing.

4.   On Friday, 15 May 2020 while I was working, Mr. Baier came to me with the agreement, *"Package Handler Documented Discussion", for me to sign, which I did*. I was not wearing a mask and neither was Mr. Baier. I also gave him more documents; two articles posted by Judge

Andrew Napolitano, and a third document, which had the links to these 2 documents, links to three other articles by Judge Napolitano, a quote from the court case of *Bowers vs. Devito* found at *686 F.2d 616, and two other links, Blaylock: Face Masks Pose Serious Risks To The Healthy,* which I strongly recommended he watch because if someone got sick at FedEx wearing a mask, FedEx could be sued and I did not want to see that happen; the other was a Twitter link to an interview with Dr. Kaufman. (See Exhibit B.)

5.   I continued working each scheduled day until Thursday, 21 May 2020, when Mr. Baier *approached me at my station and told me I had to wear a mask. There is nothing in the agreement* I signed that stated I had to wear a mask while working. I had repeated my statements from the 14 May meeting that wearing a mask was harmful to my heath and that masks don't prevent anyone from getting the virus. He stated I could wear the mask like he was, on his chin. I ask, "Why wear one at all if it is just on my chin? That is ridiculous." He stated because of OSHA as *they had one worker come down with the virus. I believe he mentioned there was a letter from* OSHA on the white board. I also explained again that if someone got sick from wearing a mask, they could sue the company and I don't want to see that happen. He did not care and after further discussion, he requested I leave the premises. I gave my equipment to my co-worker, I punched out, told my girlfriend I was leaving, that I will pick her up later, and I left the premise. I walked *through the security house without wearing a mask. This is just proof that the wearing of a mask* is not about protecting People; it is about control over the People.

6.   I don't know the circumstances about this OSHA statement made by Mr. Baier. I never saw the letter on the white board. On walking out I was thinking, how did this worker get the virus? Who did he get sick from? If the company was taking everyone's temperature, to check if *they were sick, then the temperature check is faulty? Did the worker get sick from another* worker? Did the worker get sick from someone who was not a worker? This did not make sense

to me.

7.   That evening I had received a voice mail from Mr. Baier where he stated that I can come to work wearing a mask, or take a 30 day leave of absence, or not come to work that after three none reporting of absence I will be terminated.

8.   On Friday, 22 May 2020 at 3:40 PM, I received a call from Jackie from FedEx stating that she did not receive a call from me today as I was scheduled to work. Obviously, Mr. Baier did not inform her that I was no longer working. I explained to her that Mr. Baier told me I had to wear a mask in order to work. I also explained that he said I can wear it on my chin. So I told her when FedEx removes the requirement to wear one that is when I will return. I also stated that I will be in tomorrow to sign a 30 day leave of absence that Mr. Baier had stated I can take.

9.   On Saturday, 23 May I went to FedEx to sign a "Request for Personal Leave" effective through Monday, 22 June 2020 for a 30 day leave of absence. I asked my girlfriend later that day to see Mr. Baier to get a copy of the OSHA letter so that I can read it. When she eventually was able to see him, she was told they don't have it and that she can find it on the OSHA web site. I find that very strange that the company would not have an important document from OSHA saved in their files.

10. On Friday, 5 June 2020 I went to see Mr. Baier about coming to work by giving me an exemption from wearing a mask. Before discussing my request, I had handed him the following documents:

      a.  Dr. Fauci Says No Masks - in an interview on 60 Minutes aired 8 March 2020 (see Exhibit C)
      b.  Statements of Dr. Judy Mikovits - statements made in an interview by the Health Ranger (see Exhibit D)
      c.  Dr. Blaylock: Face Masks Pose Serious Risks to the Healthy (see Exhibit E)
      d.  WHO stands by recommendation to not wear masks if you are not sick or not caring for someone who is sick (see Exhibit F)
      e.  WHO guidance: Healthy people should not wear masks only when 'taking care of' coronavirus patients (see Exhibit G)

f.   Next News Network 2020-05-29 - transcribed section about a 19 year old having gotten sick from wearing a mask (see Exhibit H)
g.   Hypercapnia - chart of Main symptoms of Carbon dioxide toxicity (see Exhibit I)
h.   Masks Warning - a picture of a box of masks with a warning that it does not provide *protection against the coronavirus (these masks are being given to the employees)* (see Exhibit J)
i.   Dry Wall Dust - a picture that shows how dust gets past a mask, which is much larger than a virus (see Exhibit K)
j.   Dr. Tenpenny: This is The Biggest Scam Ever Perpetrated on The Human Race... - transcript of a section of an interview by Spiro Skouras (see Exhibit L)
k.   Ron Paul !COVID is nothing more than the deliberate collapsing of the global economy. - A section of his article (see Exhibit M)
l.   German Official Leaks Report Denouncing Corona as 'A Global False Alarm' (see Exhibit N)
m.   Enraged Italians Abandon Masks, Denounce Pandemic As Scam (see Exhibit O)
n.   The Cheapest COVID-19 Therapy in the World – picture and link to article by Dr. Eric Berg explains how the UV light from the sun kills the virus (see Exhibit P)

11. I asked if I can work with the exception that I don't have to wear a mask. He refused. We discussed further as to why, he stated it was company policy. I asked if it is company policy to force People to *wear a mask that they can become sick from wearing it. He just repeated it was* company policy. He also stated that I work with Elizabeth therefore I need to wear a mask. I explained to him Elizabeth wears a mask and that we hardly ever are close to one another. (If masks work and she is wearing a mask, then me not wearing one should not matter.) He also stated that because of the People who walk by where I work. That walkway is about 15 feet from *where I am working, so that is more than the "6 feet social distancing" "they" claim you should* be. So his statements don't make sense. He cannot prove that masks work. I stated that from our conversations he does not care about the worker's health, meaning that the company can be causing medical problems for the workers, as I had explained before. He got angry and requested I leave the premises. Again, proof that it is not about People's health, it is about control over the People.

12. When my 30 day leave of absence was done on Monday, 22 June, I returned to work on Thursday, 25 June 2020, my normal work day, which goes from Thursday to Monday. Mr. Chip

Crumb was the manager of the smalls department. When he stated that People had to wear a mask, I handed him documents stapled together. They are (see Exhibit Q):

a. A message that I am exempt from wearing a mask due to a disability, which I am not required to disclose under ADA and HIPAA
b. Face Mask Safety – Know the Facts Before You Wear One - shows problems that can occur from someone wearing a mask
c. A link to an article selling the N95 mask that has a picture showing how masks have gaps in them so they don't work
d. Dry Wall Dust - a picture that shows how dust gets past a mask, which is much larger than a virus (see Exhibit J)
e. Masks Warning - a picture of a box of masks with a warning that it "will not provide any protection against COVID-19" (see Exhibit K)
f. OSHA Frequently Asked Question about face coverings will not protect against infectious agents, and OSHA Regulation 1910.134(b) that states a worker must receive 19.5% oxygen or more while breathing
g. Statements by Dr. Judy Mikovits - statements made in an interview with the Health Ranger (see Exhibit D)
h. Next News Network 2020-05-29 - transcribed section about a 19 year old having gotten sick from wearing a mask (see Exhibit H)
i. Hypercapnia - chart of Main symptoms of Carbon dioxide toxicity (see Exhibit I)
j. The Cheapest COVID-19 Therapy in the World - picture and link to article by Dr. Eric Berg explains how the UV light from the sun kills the virus (see Exhibit P)
k. COVID-19 Questions - Questions People should ask about this virus

13. In waiting for the meeting prior to working and in going to my work area, I found a number of workers walking and working without masks on. Elizabeth was wearing her mask on her chin. In fact on the days I did work, that is how she was wearing her mask. I am still at a loss as to how wearing a mask on your chin protects someone from getting the virus. On Friday, 26 June, I saw Mr. Baier walk past where I work from his office area to the other office area in the building and back again not wearing a mask. Later that day I saw him again do the same passing by where I work with a mask on. His distance from me is about 15 feet as I mention above.

14. I worked on Saturday, 27 June, Sunday, 28 June, Thursday, 2 July, and Friday, 3 July. On all these days, as mentioned above, Elizabeth wore her mask on her chin, and I saw a number of People not wearing masks as mentioned above or on their chin. Then just before 4 PM Mr. Baier came to me and stated I had to wear a mask. I explained to him I have a disability as per the

ADA and HIPAA that I did not need one. He refused to accept what I had stated. I stated that per

OSHA Regulations anyone wearing a mask must have 19.5% oxygen while breathing. He stated,

"I don't care about OSHA Regulations." I went to get another package of documents I handed to

Mr. Crumb and his statement to me was, "I don't want to see your propaganda." I tried to show

him the OSHA Regulation but he turned his head to not see it. He requested I leave the premise.

I walked with him to the time clock, punched out at 4:01 PM and he asked me for my badge. As

I walked away I believe he stated I was suspended. Nothing was stated directly to me. I left the

premise.

15. On Wednesday, 22 July 2020 at about 9:31 AM I received a phone call from Mr. Paul

Burgelon. He arranged for me to meet with him and Mr. Ryan Pelky at 12 PM on Thursday, 23

July 2020. I agreed to the meeting. The next day I arrived at about 11:45 AM and waited for Mr.

Burgelon. At about 11:57 AM he walked me to the back office in the facility and we went into

the office of Mr. Ryan Pelky. Mr. Burgelon stated they wanted to resolve the problem. I told

them that masks don't stop the virus. He stated it was company policy. I asked where the

company got the authority to decide my medical decisions. He just repeated it was company

policy. He stated that it was a mandate from the governor and handed me a copy of the

governor's executive order along with their pre-typed "Package Handler Documented

Discussion" before we even had a full discussion. I put the executive order back on the desk

stating that his executive order is unconstitutional and I can give him information from Judge

Andrew Napolitano stating it is unconstitutional. I explained there are only two places in the

Colorado Constitution where the term "executive order" exists and neither one gives the

governor authority to take away my Right to decide my medical decisions and that they don't

apply to the People, only to those in the executive branch of government. They did not care. I

tried to show them all the research I have and the emails from "Health and Money News" but

they did not care to see the truth. I left all this documentation with them. I don't expect them to review what I gave them. It was explained to me that I can resign, which they were obviously insisting, and when the mandate of not wearing a mask was no longer, I can apply as a rehire. I signed the "Package Handler Documented Discussion", which I wrote, "Masks don't work. This is all a fraud. I will resign from Fed Ex."

## DISCUSSION

16. First, I want to thank Mr. Baier for allowing me to have the 30 day leave of absence as it gave me lots of time to research the fraud of this whole pandemic. I have read many articles and watched many videos about this fraud. In short, it is not about the health of the People, it is about control of the People. There is also a political reason for this fraud, but I will not discuss that here. Because the three Defendants refuse to learn the truth about wearing masks, I will present numerous articles and videos that prove masks do not prevent anyone from catching the coronavirus, and other issues, and that wearing a mask can cause health issues or even death to the man or woman wearing it. Any highlighted or italics within quoted statements are mine unless indicated. Any statements within brackets are my statements.

17. In this article, https://www.technocracy.news/blaylock-face-masks-pose-serious-risks-to-the-healthy/, Dr. Russell Blaylock warns that not only do face masks fail to protect the healthy from getting sick, but they also create serious health risks to the wearer. The bottom line is that if you are not sick, you should not wear a face mask. Dr. Blaylock also states, "By wearing a mask, the exhaled viruses will not be able to escape and will concentrate in the nasal passages, enter the olfactory nerves and travel into the brain." In addition, the article stated, "As for the scientific support for the use of face mask, a recent careful examination of the literature, in which **17 of the best studies were analyzed**, concluded that, **"None of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection.""** "It is

also instructive to know that until recently, the CDC did not recommend wearing a face mask or covering of any kind, unless a person was known to be infected, that is, until recently. Non-infected people need not wear a mask. When a person has TB we have them wear a mask, not the entire community of non-infected. The recommendations by the CDC and the WHO are not based on any studies of this virus and have never been used to contain any other virus pandemic or epidemic in history." "Now that we have established that **there is no scientific evidence necessitating the wearing of a face mask for prevention**, are there dangers to wearing a face mask, especially for long periods? Several studies have indeed found **significant problems with wearing such a mask**. This can vary from headaches, to increased airway resistance, carbon dioxide accumulation, to hypoxia, all the way to serious life-threatening complications." The article contained 13 references.

18. Posted on the website "Before Its News" on Saturday, 16 May 2020, an article and video of an interview by the Health Ranger, Mike Adams, with Dr. Judy Mikovits[1]. The title of the article is "Dr. Judy Mikovits Interviewed by the Health Ranger on the Coronavirus Pandemic: Fauci Fraud, NIH Corruption & More! +Video" and can be found at: https://beforeitsnews.com/health/2020/05/dr-judy-mikovits-interviewed-by-the-health-ranger-on-the-coronavirus-pandemic-fauci-fraud-nih-corruption-more-video-3023956.html.  The  article

---

[1] Former virologist at the U.S. Biological Warfare Lab for many years, spent 20 years at the National Cancer Institute, worked with Dr. Frank Ruscetti for more than 35 years as founders of human retrovirology, co-authored more than 40 scientific papers, co-founded and directed the first neuro immune disease institute, and co-authored 2 books.
Dr. Judy Mikovits is a modern-day Rosalind Franklin, a brilliant researcher shaking up the old boys' club of science with her groundbreaking discoveries. And like many women who have trespassed into the world of men, she uncovered decades-old secrets that many would prefer to stay buried.
From her doctoral thesis, which changed the treatment of HIV-AIDS, saving the lives of millions, including basketball great Magic Johnson, to her spectacular discovery of a new family of human retroviruses, and her latest research which points to a new golden age of health, Dr. Mikovits has always been on the leading edge of science.
With the brilliant wit one might expect if Erin Brockovich had a doctorate in molecular biology, Dr. Mikovits has seen the best and worst of science. When she was part of the research community that turned HIV-AIDS from a fatal disease into a manageable one, she saw science at its best. But when her investigations questioned whether the use of animal tissue in medical research were unleashing devastating plagues of chronic diseases, such as autism and chronic fatigue syndrome, she saw science at its worst. If her suspicions are correct, we are looking at a complete realignment of scientific practices, including how we study and treat human disease.

states, "Dr. Judy Mikovits, a virology researcher, knows all about the fraud and criminal corruption of Dr. Fauci and the NIH." "Why are the tech giants so desperate to silence Dr. Mikovits and *prevent her from presenting information that's relevant to the current pandemic?* Because **she knows the truth about vaccines and how dangerous they are** (bold in original) to public health. (And she's not afraid to talk about it.)" In the video on the site, at the 33:50 minute mark, she states, "The viruses that, **corona viruses don't go through dry air**. And so this whole six foot rule is crazy. They go through water droplets. They have to be in sneeze, in cough. So *wearing the mask is protecting nobod*y, especially if you're not, if you're a healthy person. And, so, nothing as we see People, I'm pointing to the beach out here, as we see People on the beach running with a mask, they're actually crimpling their own immune system, they're protecting no one. They're hurting themselves. Um, corona viruses aren't going through dry air. It's not how they transmit. They transmit in water droplets. And, and I have that in one of the *slide shows that I have shown, um, around the world on the truth about vaccines* a week or so ago. And, and we keep trying to explain to People this is, this is how they transmit. And so again the **masks are no good. There is no reason to wear a mask other than to hurt yourself**. And if you get that through vaccine, you're going to be amplifying the live attenuated influenza to you, back to you. You're still shedding it and making People sick with the influenza. But more importantly, *you are doing **huge amplified damage to your own immune system if you wear a mask**."

19. Posted on the Internet is an interview by Dustin Nemos with Dr. Judy Mikovits on 6 June 2020 titled, "Dr Judy Mikovits on Fire! Covid19, Vaccines, Cancer, Gmo, MESSAGE TO FAUCI!" (https://www.youtube.com/watch?v=3q3WkL8jXpY&feature=em-uploademail). They discuss the items put into vaccines, the corruption, the fraud, and the destruction of the lives of scientists, doctors, and others who present the facts of the vaccines, etc. being harmful. At the

25:50 mark, she discusses some of the natural cures. At the 26:18 mark, she states, "And the easiest way to keep everybody else, um, disease free, is, is send them out into the streets and develop more of that natural herb immunity. *Don't lock yourself from the sunshine,* **don't wear a mask. It just makes you sick and it prevents nothing**. It prevents absolutely nothing." More discussion of the fraud, corruption, the cover up, how vaccines actually harm People, drugs, GMO foods, getting rid of the FDA and other agencies. She states two times during the last part of the interview to not wear a mask.

20. Here are other statements from Dr. Judy Mikovits: "The pandemic is being misrepresented as if viruses float through the air. *Viruses don't float through the air. They don't live on surfaces, especially corona viruses, much more than an hour.* We're being told wipe down our groceries, this is ridiculous." "I object to the mask because if you are carrying these injected viruses and you are wearing a mask ... and *you activate the virus with things like stress ... these dormant viruses will wake up in yourself and* **you will re-infect yourself with a mask**. Especially those with asthma, COPD, those living in pollution. ... There are a lot of co-factors to disease development. ... *Wearing a mask will kill more people than this virus.*" "Wearing a mask will make you sicker by forcing you to re-breathe the bacteria and viruses already in your respiratory system." See Exhibit R for additional statements from Dr. Judy Mikovits.

21. Posted on 10 July 2020 on "Technocracy News & Trends", an article titled "Censored: A Review Of Science Relevant To COVID-19 Social Policy And Why Face Masks Don't Work" (https://www.technocracy.news/censored-a-review-of-science-relevant-to-covid-19-social-policy-and-why-face-masks-dont-work/), starts by saying, "**Masks and respirators do not work**." "There have been extensive randomized controlled trial (RCT) studies, and meta-analysis reviews of RCT studies, which **all show that masks and respirators do not work to prevent respiratory influenza-like illnesses**, or respiratory illnesses believed to be transmitted by

droplets and aerosol particles." The article references 7 studies from 2009 to 2020 **that conclude that masks don't work** to prevent someone from "contracting a verified illness". It also goes into the physics and biology of viral respiratory disease and of why masks do not work. There is a video in the article interviewing Denis Rancourt, PhD, Researcher, Ontario Civil Liberties Association (ocla.ca) who wrote an article titled, "Masks Don't Work – A review of science relevant to COVID-19 social policy", which was posted on www.researchgate.com, "but ResearchGate choose to censor and remove this paper because it didn't fit the narrative of the Great Panic of 2020 over COVID-19."

22. An article titled, "Healthy people should wear masks only if caring for coronavirus patients, WHO says" posted on the New York Post on 28 May 2020, (https://nypost.com/2020/05/28/healthy-people-should-wear-masks-only-if-caring-for-coronavirus-patients-who-says/) states, "The World Health Organization is recommending healthy people, including those who don't exhibit COVID-19 symptoms, only wear masks when taking care of someone infected with the contagion, a sharp contrast from the advice given by American public health officials who recommend everyone wear a mask in public." ""If you do not have any [respiratory [brackets in original]] symptoms such as fever, cough or runny nose, **you do not need to wear a mask,**" Dr. April Baller, a public health specialist for the WHO, says in a video on the world health body's website. "**Masks should only be used by health care workers, caretakers or by people who are sick with symptoms of fever and cough.**""

23. Fox News posted on 30 May 2020 an article by Jacqueline Howard titled, "WHO stands by recommendation to not wear masks if you are not sick or not caring for someone who is sick" (https://www.msn.com/en-us/health/health-news/who-guidance-healthy-people-should-wear-masks-only-when-taking-care-of-coronavirus-patients/ar-BB14JBI4?li=BBnb7Kz). [It has been

removed. I wonder why. Maybe because it goes against the false narrative.] It stated, "The World Health Organization is recommending healthy people, including those who don't exhibit COVID-19 symptoms, only wear masks when taking care of someone infected with the contagion, a sharp contrast from the advice given by American public health officials who recommend everyone wear a mask in public." ""If you do not have any repository symptoms such as fever, cough or runny nose, you do not need to wear a mask," Dr. April Baller, a public health specialist for the WHO, says in a video on the world health body's website posted in March. "Masks should only be used by health care workers, caretakers or by people who are sick with symptoms of fever and cough."" "The recommendation has not changed and differs from the Centers for Disease Control and Prevention (CDC), which urges individuals to wear a mask or face covering in public settings, regardless of infection or not, to limit the spread of the virus." ""We now know from recent studies that a significant portion of individuals with coronavirus lack symptoms ('asymptomatic') and that even those who eventually develop symptoms ('pre-symptomatic') can transmit the virus to others before showing symptoms," the CDC mask guidance says. "In light of this new evidence, CDC recommends wearing cloth face coverings in public settings where other social distancing measures are difficult to maintain."" "Baller noted that masks can give people a "false feeling of protection" and noted that sick individuals should wear one to prevent transmitting the virus to others."

24. CNN posted on 31 March 2020 an article posted by Louis Casiano titled, "WHO stands by recommendation to not wear masks if you are not sick or not caring for someone who is sick" (https://www.cnn.com/2020/03/30/world/coronavirus-who-masks-recommendation-trnd/index.html). [It has been removed. I wonder why. Maybe because it goes against the false narrative.] It stated, "World Health Organization officials Monday said they still recommend people not wear face masks unless they are sick with Covid-19 or caring for someone who is

sick." ""**There is no specific evidence to suggest that the wearing of masks by the mass population has any potential benefit**. In fact, there's some evidence to suggest the opposite in the misuse of wearing a mask properly or fitting it properly," Dr. Mike Ryan, executive director of the WHO health emergencies program, <u>said at a media briefing</u> in Geneva, Switzerland, on Monday." ""In the community, **we do not recommend the use of wearing masks** unless you yourself are sick, and as a measure to prevent onward spread from you if you are ill," Van Kerkhove said." ""The masks that we recommend are for people who are at home, and who are sick, and for those individuals who are caring for those people who are home that are sick," she said."

25. The Hill posted on 8 April 2020 an article posted by Joseph Guzman titled, "WHO: No evidence wearing a mask can protect healthy people from coronavirus" (<u>https://thehill.com/changing-america/well-being/prevention-cures/491725-who-no-evidence-wearing-a-mask-can-protect</u>). [It has been updated on 9 June 2020 to include changes made to the World Health Organization's guidance on face masks.] It stated, "The World Health Organization (WHO) says **healthy people don't need to wear face masks to prevent the spread of the coronavirus** [duh, if you are not sick why wear a mask?], and masks should only be for those who are sick, their caretakers and health care workers." "<u>In guidance released</u> by WHO Monday, the United Nations public health agency said "**there is currently no evidence that wearing a mask** (whether medical or other types) **by healthy persons in the wider community setting**, including universal community masking, **can prevent them from infection with respiratory viruses, including COVID-19**."" "WHO said the use of medical masks among the general public could create a false sense of security and cause people to ignore social distancing measures and hygiene practices. Currently in the U.S., the overwhelming majority of states have issued stay-at-home orders to stop the spread of the virus, and federal guidance

advises citizens to stay home and not gather in groups of more than ten through April 30." "WHO said another concern is people may contaminate themselves by touching their face more frequently when they adjust, remove and dispose of their masks." "The agency said masks should be reserved for those who are infected with the virus or are in close contact with infected patients. People experiencing cough or shortness of breath or other symptoms of COVID-19 should also wear masks even if they have not tested positive, and should self-isolate and seek medical attention." (See Exhibit S.)

26. A friend sent me an excerpt from the New England Journal of Medicine that was dated 20 May 2020 that states, **"We know that wearing a mask outside health care facilities offers little, if any, protection from infection.** Public health authorities define a significant exposure to Covid-19 as face-to-face contact within 6 feet with a patient with symptomatic Covid-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes). The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal. In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic." (See Exhibit T.)

27. In an interview shown on 60 Minutes on 8 March 2020 with Dr. Fauci (https://www.youtube.com/watch?v=LScHAvufgfM&feature=em-uploademail),       he       stated, "Right now in the United States, **People should not be walking around with masks.**" "Right now People should not be, there's no reason to be walking around with a mask. When you're in the middle of an outbreak, wearing a mask might make People feel a little bit better. And it might even block a droplet. But **it's not providing the perfect protection** that People think that it is. And often there are unintended consequences. People keep fiddling with the mask and they keep touching their face."

28. David E. Crain posted on his Facebook page, around 23 June 2020, a page from his

doctor's report after having something done, that states on the document, **"CDC does not recommend that people who are well wear a facemask to protect themselves from respiratory diseases, including COVID-19**." (See *Exhibit U.*)

29. Spiro Skouras interviewed Dr. Sherri J. Tenpenny, DO, AOBEM(95-06), AOBNMM, ABIHM, an American osteopathic medical doctor, board certified in three medical specialties, on 4 May 2020, titled, "Dr. Tenpenny: This is The Biggest Scam Ever Perpetrated on The Human Race…" (https://beforeitsnews.com/health/2020/05/dr-tenpenny-this-is-the-biggest-scam-ever-perpetrated-on-the-human-race-3022120.html). They discuss mandatory vaccination, the COVID-19, economic warfare, social distancing, wearing masks, resisting government mandates, opening businesses, testing, many coronaviruses, locking down the country over a nothing burger, the Prep Act, the Polio vaccine, how the government shuts down medical whistleblowers, and how **"this is the biggest scam ever perpetrated on the human race**."

30. Posted on 13 May 2020 on *"Explore Health"* by *Claire Gillespie* an article titled, "Does Wearing a Face Mask Reduce Oxygen—and Can It Increase CO2 Levels? Here's What Experts Say" (https://www.health.com/condition/infectious-diseases/coronavirus/does-wearing-face-mask-increase-co2-levels). The article states, "In rare cases, it can actually be pretty dangerous, according to the National Institutes of Health (NIH). They say that **inhaling high levels of carbon dioxide (CO2) may be life-threatening**. Hypercapnia (carbon dioxide toxicity) can also cause headache, vertigo, double vision, inability to concentrate, tinnitus (hearing a noise, like a ringing or buzzing, that's not caused by an outside source), seizures, or suffocation due to displacement of air." "It's also possible to have too little CO2. "This is when you exhale too fast or too often," Dr. [Bill] Carroll says. "If you hold your breath, you wind up with too much CO2. The core issue is that CO2 regulates the pH of the blood—too much CO2 and the blood becomes too acidic; too little and it becomes too basic (alkaline). In either case, your body detects the

change in acidity and you pass out, which is the body's way of saying, 'please stop fooling with me and breathe normally.'"" "When it comes to face masks, we know they're not all made equally. *The extent to which a mask could affect $CO_2$ levels depends on what it's made of, and how tightly it fits.*" ""If you put a plastic bag over your head and tie it tight around your neck, no coronavirus could get in, but neither could any oxygen and you would suffocate, so we obviously don't recommend that," says Carroll. "I think it's highly unlikely that you would pass out from a lack of oxygen with a cloth mask, which generally doesn't fit tightly to your face. When you exhale or inhale, **air can go around the mask** as well through the pores in the material. This is why **a cloth mask does not absolutely protect you from inhaling the virus**, but by disturbing your exhalation flow it tends to protect those around you from aerosols in your breath."" [But as stated above, when you exhale, air can go around the mask. So how does that protect those around you?]

31. A video posted by Infinite Seeker on 9 July 2020 [the original video posted on 13 June 2020 was taken down] titled, "Latest Facts on COVID-19 by Doctor Kelly" (https://www.youtube.com/watch?v=WQB_nksm5Gc). Dr. Kelly Victory is a trauma and emergency physician with a specialty in disaster preparedness and response and the management of mass casualty. At the 3:43 mark, she states, "This particular **virus doesn't do well when exposed to warm temperatures or to sunshine**. It simply can't survive for more than a few minutes when the temperatures are above about 70 degrees. And certainly not when the temperatures are in the mid-80s or higher." At the 5:40 mark, she states, "In fact, outside of New York City, this virus has essentially been a nursing home problem. The general public has simply not been impacted the way the media and public health officials have led us to believe. Given everything I've just laid out in terms of the nature of the virus itself and those who are truly at risk, I can say that the national response to COVID-19 was horribly misguided. Let's start with

the idea of social distancing. **Social distancing isn't even an established health care concept**, and certainly not one in the public health. **The whole idea of social distancing was based on a theoretical model explored by a high school student in a science fair some years ago**. Looking at how an infectious disease might hypothetically spread as the result of potential exposures amongst kids at school. In other words, it was never scientifically based as a method for responding to a pandemic. What IS a fundamental public health method for controlling the spread of infectious diseases is quarantine. **In quarantine the sick are isolated**, kept indoors, away from others. And those who are at significant risk, the elderly, and those with underlining diseases, are protected, say by the wearing of masks in public. Keeping healthy People isolated from one another simply isn't necessary. **Masks are intended for the ill**, when they will be potentially in contact with others, and for those who are caring for them. Multiple medical authorities including the World Health Organization, the CDC, the New England Journal of Medicine, have now all acknowledge that **there is no scientific justification for normal healthy People to be wearing masks**. In fact, prolonged mask wearing actually **increases the risk of disease to the wearer**. People tend to touch their faces much more often when they're wearing a mask. In addition, **we end up rebreathing particles that our lungs have exhaled**, whether it's pollen, dust, virus, or bacteria particles, they are trapped in the mask, and on the very next inhale, we breathe them back in. Lastly, many People are wearing masks other than surgical or medical masks and many of them are not porous enough to allow carbon dioxide that we exhale to fully dissipate. So on every inhalation, we breathe back in more carbon dioxide. Furthermore, and very importantly, habitual wearing of masks **decreases the body's natural immune response**. We're supposed to come into contact regularly with foreign things; bacteria, viruses, all kinds of things. And that's what helps to keep our immune systems on alert, working at full capacity. If you limit your exposure to everything by constantly wearing masks or the over

use of hand sanitizers and disinfectants, your immune system in effect says, "apparently I'm not needed, I'll go on vacation, take a nap." And it won't be prepped and ready when you need it to mount the appropriate immune response." She then goes into the real risk of contracting COVID-19. "Despite what you were led to believe, COVID-19 has not proven to be as contagious. The recent New England Journal of Medicine study showed that it really takes quite a **significant face-to-face exposure to someone who is sick from the virus** for a matter of minutes, and even then transmission is far from certain. There's a very low risk of contracting the virus from exposure to hard surfaces. The CDC now admits that continuously disinfecting surfaces is unnecessary because the **virus simply doesn't live for more than a very brief period of time on surfaces**."

32. Posted on 8 June 2020 on "Natural News" by Mike Adams an article titled, "The WHO just obliterated every argument for mandatory vaccines or contact tracing by declaring asymptomatic carriers don't spread COVID-19" (https://www.naturalnews.com/2020-06-08-who-obliterated-argument-mandatory-vaccines-contact-tracing-asymptomatic-carriers-covid-19.html). The article starts, "Today the WHO declared that COVID-19 almost never spreads through asymptomatic carriers, all at once wiping out the entire justification for mandatory vaccines and contact tracing. As CNBC.com reported: "From the data we have, it still seems to be rare that **an asymptomatic person actually transmits onward to a secondary individual**," Dr. Maria Van Kerkhove, head of WHO's emerging diseases and zoonosis unit, said at a news briefing from the United Nations agency's Geneva headquarters. "It's very rare.""

"*Asymptomatic spread* was the entire reason why world authorities demanded lockdowns, social distancing and masks, too. It was also the underlying justification for demanding mandatory vaccinations and contact tracing. After all, if the spread of coronavirus were limited to only those who obviously showed symptoms — and could therefore be easily identified and avoided —

there would be no logical need for lockdowns, social distancing, masks, contact tracing or mandatory vaccines, since spreaders of the pandemic could be easily identified and avoided (or isolated with *selective stay-at-home orders only for the symptomatic*)." "*All at once, the WHO has just exploded all these narratives that were so aggressively pushed by the CDC, Democrat governors, Dr. Fauci at the White House and even the WHO itself. Now, based on the WHO's new admission, not only should every lockdown be immediately ended;* **any government effort to initiate new lockdowns should be vehemently rejected** [highlight in original] *as being utterly groundless and anti-science.*" "*Now that the WHO is claiming there's virtually no risk of catching the coronavirus from someone who isn't showing any symptoms,* **mandatory vaccines are impossible to medically justify** [highlight in original] *since symptomatic carriers can be easily identified and isolated from others.*" "Simultaneously, the argument that the lockdowns need to continue "until there's a vaccine" have just been decimated, too. In reality, the WHO just *admitted that lockdowns aren't necessary at all, except among those who are actively showing symptoms (which is a very tiny percentage of the population, probably far less than 1% on any given day).*" "It also means that everybody can safely go back to work with nothing more than a **low-cost handheld thermometer checking temperatures of workers** as they enter the workplace. **No symptoms means no risk of spread**, according to the WHO, so checking for *symptoms is now synonymous with achieving a safe workplace for all.*" "It also means the occupancy limits at workplaces should be immediately lifted, allowing all gyms, bars, restaurants and movie theaters to operate at full capacity. The only required rule is that people who sneeze or show fevers must be asked to leave, and that's it." "All this is on top of the CDC recently announcing that the coronavirus can't be spread via surfaces, either. So there's no more *justification for people wearing gloves or sanitizing packages or grocery bags. In fact, according to the CDC's newest admissions, there's no more reason to avoid shaking hands, either.*" "So if

the coronavirus only spreads through people who are actively showing symptoms, then the entire argument behind everybody wearing masks — which was that **we all needed to wear them because none of us knew whether we, ourselves, were spreading the virus** [highlight in original] — instantly collapses. **The WHO just made mask mandates a complete joke**, which makes us wonder why the government continues to hoard them, of course." So why are we forced to wear masks, to social distance, and be locked in our homes under house arrest? It is about control over the People and there is also a political reason that I will not discuss here.

33. On the OSHA website, there is a section of "COVID-19 Frequently Asked Questions" (https://www.osha.gov/SLTC/covid-19/covid-19-faq.html) with a link to "Cloth Face Coverings". In that link it shows the key differences between cloth face coverings, surgical masks, and respirators. Under "Cloth face coverings" one of the bullet points states, "**Will not protect the wearer against airborne transmissible infectious agents** due to loose fit and lack of seal or inadequate filtration." Under "Surgical masks" one of the bullet points states, "**Will not protect the wearer against airborne transmissible infectious agents** due to loose fit and lack of seal or inadequate filtration." OSHA also has regulations that **ALL** companies **MUST** follow. I called, asked about this, and was confirmed. One regulation is 1910.134(b) Definitions (https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.134). It states, "The following definitions are important terms used in the respiratory protection standard in this section." "*Oxygen deficient atmosphere* means an atmosphere with an oxygen content below 19.5% by volume." Maybe we should have OSHA come into FedEx to test all the employees!

34. Posted by Stand Up Michigan on 8 July 2020, a video titled, "Masks Exposed and the Health Risks Involved with Tammy Clark and Kristen Meghan" (https://www.youtube.com/watch?v=KeovvuviAJM), both being OSHA Environmental Safety Consultants. At around the 2:00 minute mark, Tammy gives her list of credentials. At around the

4:00 minute mark, she starts to talk about masks and first goes into describing the corona virus. She states, "Let's talk about masks. Alright. So what do we know about this virus to begin with. *Because this is really all about COVID-19 and it's really all about the corona virus. So what do* you know about this? We have to talk about what we know about it before we can talk about what we don't know about it. Right? So what do we know about the corona virus? Well, we know that this particular virus is incredibly, incredibly tiny. And it is a virion that is part of the classification of corona viruses. There's a lot of corona viruses out there. This is a magoo virus. So this is, *when we say this is a magoo virus, what that means in biology, is that this is a strain of* the virus that we have never seen before. And this actually goes back to Semtemeric[??] research. If you don't know the thing, you can look it up. Semtemeric[??] research that the virus itself has been intentionally genetically modified and engineered with another strain of another virus." "So, what we do know, though, is that **it is so tiny, that it's between .06 microns and .125 microns,** *so what that means when it comes to masks and the homemade cloth mask in* particular is really the topic that we want to address, um, **there is literally nothing to protect you from disease transmission**. Ok. So everybody's talks about masks that to protect your neighbors, you don't kill grandma, all that kind of thing. This is what we are hearing from people. Well, what you really need to understand from a variety prospective that **that mask is not protecting anybody around you at all** *from the expiration of lithe pathogens to those* around you." So why are we wearing a mask? It certainly is not for our health or anybody else's health.

35. In a video titled "Oxygen mask test" (https://www.youtube.com/watch?v=D76j-vbLsf0&feature=youtu.be) a man using an air quality monitor that is tested every day and calibrated every 30 days. He first does a test without a mask and gets a reading of 20.5%. He then puts on a blue mask, just like what FedEx gives to its employees, and runs the test again.

The alarm goes off meaning the level of oxygen is less than 19.5%. The reading is 17.4%. Two other tests have been done and posted where the oxygen levels in the blood are tested using a *Pulse Oximeter. A normal reading should be between 94% and 99%. The first test shows a* normal level of 97%. After wearing an N95 mask for 5 minutes, the level dropped to 77%. The second test shows a normal level of 97%. After wearing a mask for 20 minutes (type mask unknown), the level dropped to 83%. (See Exhibit V). Therefore, you are not getting enough oxygen! **This can cause health problems for People.**

36. In a video posted on 22 July 2020 by Linda titled, "Science Teacher Explains Why Children SHOULD Wear Face Masks When They Return to School" (https://www.youtube.com/watch?v=S1bc5500tBQ&feature=youtu.be), the teacher shows how much carbon dioxide a child would breathe in wearing a mask for just 10 breaths. He uses a carbon dioxide detector and places the reading tube under the mask. Any reading under 1000 parts per million is deemed safe, any reading over 1000 is deemed problematic, and any reading over 2000 you will start having problems. He took the test for 10 breaths and the reading went over 10,000. Take note, he did this video in a way that, hopefully, YouTube does not take it down.

37. Another video carbon dioxide test was posted on "Bit Chute" titled "This Live Mask Test Shocks Viewers" (https://www.bitchute.com/video/ypLjmXQoLygi/). Hosted by Del Bigtree and using his son, Ever, they demonstrate the carbon dioxide levels being breathed in. Using an OSHA-approved Carbon-Dioxide meter, they did three tests. The readings are the same as in the above paragraph. The first test was with a surgical mask. The reading went over 10,000. The second test was with a face shield and no mask. The reading got as high as 1542. The boy was protected by not breathing in too much carbon dioxide, but not stated in the video, being that the face shield is very open, this does not protect anyone from getting a virus. The third test was with

a cloth mask. The reading got as high as 9699 that was shown.

38. An article posted on the Asian Review website on 4 May 2020 by Junichi Oshita titled "UV light robot destroys coronavirus in 2 minutes" (https://asia.nikkei.com/Spotlight/Coronavirus/UV-light-robot-destroys-coronavirus-in-2-minutes), states, "A machine that uses ultraviolet light to disinfect hospitals has been shown **to deactivate the novel coronavirus in just two minutes**, providing a potentially effective method of removing the virus from public spaces." "Texas-based Xenex Disinfection Services recently announced a successful test of its LightStrike robot against the virus. The robot, sold in Japan by medical equipment maker Terumo, emits light of wavelengths between 200 and 315 nanometers to decontaminate beds, doorknobs and other surfaces." "Two or three five-minute rounds of ultraviolet radiation leave pathogens too damaged to function. This technology has been proven to work against multidrug-resistant bacteria and the Ebola virus, according to Xenex." "The LightStrike robot was also shown to be 99.99% effective in eliminating the coronavirus from N95 masks, which would reduce the risk of reusing this vital protective equipment amid an acute global shortage."

39. On "The Epoch Times" Facebook page on 22 May 2020, stated, "UV light is incredibly efficient at killing both viruses and bacteria." "New York's transit authority launched a #CCPVirus-busting pilot that uses a special kind of germicidal ultraviolet light to disinfect the city's subways and buses." Clicking on the picture will bring you to its article on "The Epoch Times" website posted 20 May 2020 (https://www.theepochtimes.com/new-york-subways-test-germicidal-uv-light-to-kill-covid-19_3358676.html).

40. Dr. Eric Berg posted a video on 15 May 2020 titled, "The Cheapest COVID-19 Therapy in the World" (https://www.youtube.com/watch?v=Y2Hnl7iRvpo&feature=em-uploademail). He starts by saying, "So, today we're going to talk about the cheapest COVID-19 therapy in the

world. Can you take a guess as to what it is? Wala. It's the sun. And what it can do to give you vitamin D. And I'm talking about the cheapest; I'm talking about ... the cheapest. It's actually ... free; *it costs you nothing. All you have to do is go out in the sun for 20 minutes of it.*" He then discusses the evaluating of a concept and looking at all the factors surrounding the concept that align with it. Shows where there is a lack of vitamin D plays a role in the number of deaths from the virus. And he ends with, "Unfortunately, it probably won't be studied, or even talked about, simply because, it's the cheapest COVID-19 therapy in the world."

41. In the article "*Corrupt World Health Organization Does a 180 – Now Says Asymptomatic Spread of Coronavirus is "Very Rare""* (https://healthandmoneynews.wordpress.com/2020/06/09/corrupt-world-health-organization-does-a-180-now-says-asymptomatic-spread-of-coronavirus-is-very-rare/) posted on the "Health and Money News" website on 9 June by Cristina Laila, states, "The corrupt World Health Organization did a complete 180 on Monday." "The WHO is now admitting that asymptomatic spread of the Coronavirus is "very rare."" "For months, the world was told to stay home and if you dare go out in public, wear a mask and stay 6 feet away from each other." ""They're not finding secondary transmission onward. It's very rare." WHO official Dr. Maria Van Kerkhove said. "It appears to be rare **that an asymptomatic individual actually transmits onward**.""

42. In the article "*To citizens wearing medical masks: You're whacko conspiracy theorists*" (https://healthandmoneynews.wordpress.com/2020/06/09/to-citizens-wearing-medical-masks-youre-whacko-conspiracy-theorists/) posted on the "Health and Money News" website on 9 June by Jon Rappoport, states, "Mask wearers of the world, take them off—you have nothing to lose but your insanity…" "Journal of the American Medical Association, April 17, 2020, "Masks and Coronavirus Disease": "**Unless you are sick**, a health care worker, or caring for someone who has COVID-19, **medical masks** (including surgical face masks and N95s) **are not**

recommended.'"" "At Children's Health Defense, JB Handley has written an excellent article, "LOCKDOWN LUNACY: The Thinking Person's Guide." Here are two highlights from his section on masks:" ""*May 29, the World Health Organization announced that masks should only be worn by healthy people if they are taking care of someone infected with COVID-19:*'" ""'**If you do not have any respiratory symptoms such as fever, cough or runny nose, you do not need to wear a mask**,' Dr. April Baller, a public health specialist for the WHO, says in a video on the world health body's website posted in March. 'Masks should only be used by healthcare workers, caretakers or by people who are sick with symptoms of fever and cough'.'"" ""…I often see this study from 2015 in the BMJ cited: 'A cluster randomised trial of cloth masks compared with medical masks in healthcare workers', and it bears repeating, since MOST of the masks I see people wearing in the community right now are cloth masks. **Not only are these masks 100% ineffective** at reducing the spread of COVID-19, but **they can actually harm you**. As the researchers explain:'" ""'This study is the first RCT of cloth masks, and the results caution against the use of cloth masks. This is an important finding to inform occupational health and safety. Moisture retention, reuse of cloth masks and poor filtration may result in increased risk of infection…'"" The company is temperature testing everyone and is presumed that no one is sick, therefore, why is there a need for a mask if asymptomatic People do not transmit the virus and the workers are not sick? What are they preventing from wearing a mask?

43. In the article "Masks Found Not To Prevent Disease, Now Social Distancing Also a Hoax" (https://healthandmoneynews.wordpress.com/2020/06/18/masks-found-not-to-prevent-disease-now-social-distancing-also-a-hoax/) posted on the "Health and Money News" website on 18 June, states, "Oxford Experts: "There Is No Scientific Evidence For COVID Two-Meter-Rule"". **It's become a farce of historic proportions.**" [Highlight in original.] "*The **UK Telegraph** reports*… [Italics in original]" "**The two-metre rule has no basis in science, leading**

scientists **have said as the Government comes under increasing pressure to drop the measure.**" [Highlight in original.] "Writing for The Telegraph, Professors Carl Heneghan and Tom Jefferson, from the University of Oxford, said there is little evidence to support the restriction and called for an end to the "formalised rules"." **"The University of Dundee also said there was no indication that distancing at two metres is safer than one metre."** [Highlight in original.] "Examining the current evidence for the two-metre rule, Prof Heneghan and Prof Jefferson looked at 172 studies cited in a recent review in The Lancet and found just five had dealt explicitly with coronavirus infection in relation to distance. Only one mentioned coming within six feet of a patient, and that paper showed proximity had no impact."

44. The article "Masked Science: Major Medical Journals — Masks Do Not Protect Anyone, and Cause Disease!" (https://healthandmoneynews.wordpress.com/2020/06/30/masked-science-major-medical-journals-masks-do-not-protect-anyone-and-cause-disease/) was posted on the "Health and Money News" website on 30 June 2020. It has a picture titled, "Masked Science", with the following Major Medical Journals: Journal Neurocirugia; New England Journal of Medicine; Annals of Internal Medicine; Journal Headache; Journal of Life and Environmental Sciences; American Journal of Infection Control; Journal of Epidemiology & Infection; British Medical Journal; Respiratory Acidosis; University of Edinburgh; Journal of the American Medical Association; and Journal of Influenza & Other Respiratory Viruses. Each one has a small statement about the wearing of a mask. The statement from the Journal of Influenza & Other Respiratory Viruses sums up what they all stated, which is, **"None of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection."**

45. The article "CDC: Masks Do Not Work & Here is the Science" (https://healthandmoneynews.wordpress.com/2020/07/21/cdc-masks-do-not-work-here-is-the-

science/) was posted on the "Health and Money News" website by Jon Rappoport on 21 July 2020. It states, "Study-review Published by the CDC: Face Masks Don't Work" "Alert to citizens, governors, mayors, presidents, prime ministers, and public health officials." "You want science. You always state that. Well, here is your very own science." "The reference is: "Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures." Published in: "Emerging Infectious Diseases, Vol.26, No. 5, May 2020." (That journal is published by the CDC.)" "Although mechanistic studies [*] support the potential effect of hand hygiene or face masks, evidence from 14 randomized controlled trials of these measures **did not support a substantial effect on transmission of laboratory-confirmed influenza**. We similarly found limited evidence on the effectiveness of improved hygiene and environmental cleaning." "In our systematic review, we identified 10 RCTs [randomized controlled trials [brackets in original]] that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946 – July 27, 2018. In pooled analysis, we found **no significant reduction in influenza transmission with the use of face masks**…" "Disposable medical masks (also known as surgical masks) are loose-fitting devices that were designed to be worn by medical personnel to protect accidental contamination of patient wounds, and to protect the wearer against splashes or sprays of bodily fluids…" "There is limited evidence for their effectiveness **in preventing influenza virus transmission** either when **worn by the infected person for source control or when worn by uninfected persons** to reduce exposure. Our systematic review found no significant effect of face masks on transmission of laboratory-confirmed influenza." "In this review, we did not find evidence to support a protective effect of personal protective measures or environmental measures in reducing influenza transmission." "We did not find evidence that surgical-type face masks are effective in reducing laboratory-

confirmed influenza transmission, either when worn by infected persons (source control) or by persons in the general community to reduce their susceptibility…" "[*] In case you want to quibble about the value of what the authors refer to as "mechanistic studies," the authors are correctly setting those studies off to the side, in favor of the material they preferred to examine: randomized controlled trials — which are widely considered to be more valuable, relevant, and meaningful." "So there you have it." "Your science." "Take off your masks. Governors and mayors and presidents and prime ministers, cancel the orders to wear masks. You're non-scientific. In the extreme."

46. Health and Money has made numerous posts about the coronavirus, vaccines, masks, the scam of this pandemic, and other important information (see Exhibit W, 140 to date). Here is a list of some of the articles on masks and a few other important information: (All posted in 2020.)

a. 10 June - "Face Mask Safety… Please pass this along!"
b. 14 June - "THE CAT IS OUT OF THE BAG THE VIRUS WAS A HOAX AFTER ALL"
c. 18 June - "EXCLUSIVE: Coronavirus Mortality Study Continues to Confirm Overall Mortality Not Much Different Than a Bad Seasonal Flu"
d. 19 June - "Corona Face Mask: Symbol of Slavery"
e. 20 June - "HOW NOT TO WEAR A MASK IN PUBLIC"
f. 20 June - "The Face Mask Scam"
g. 20 June - "NO GOVERNOR CAN ORDER YOU TO WEAR A MASK"
h. 22 June - "WHO Says COVID-19 Asymptomatic Transmission Is 'Very Rare'"
i. 24 June - "Face Masks Are Dangerous!!!!!!!!!"
j. 25 June - "Silent Weapons-Oxygen Depletion: Best Way to Achieve Population Control"
k. 26 June - "How To Commit Suicide…?? Wear a Mask"
l. 26 June - "Divide & Rule: Masks, Social Distancing, House Arrest, Riots- Look in the Other Direction"
m. 27 June - "Mesh Mask Man Rides!"
n. 27 June - "It's Not About Masks or Health– It's About POWER"
o. 28 June - "North Carolina Woman Starts 'Burn Your Mask' Challenge to 'Ignite Freedom'",
p. 2 July - "3033 - COVID TEST DOESN'T TEST FOR COVID--WE HAVE BEEN SCAMMED BY THE DOCTORS, DRUG COMPANIES, & POLITICIANS!"
q. 7 July - Petition To White House: We the People ask the Administration to STOP Face Mask Draconian Mandates"
r. 7 July - "Breaking: WHO Corona Asymptomatic Patients Are Not Infectious"
s. "The Biggest Global Hoax In History", 10 July

t.  10 July - "18 Second Video Prove… Masks Do Not Work!!!!"
u.  16 July - "OSHA Covering Up Face Mask Danger?"
v.  20 July - "CDC: Dear Humans: Face Masks Don't Work; The Study-review was Published by Your Very Own CDC"
w.  21 July - "All *the official COVID-19 numbers are fake, totally made up!*"
x.  22 July - "Mandatory Masks = Mass Conditioning & Weaken Your Immune System"
y.  23 July - "Why Doctors & Hospitals Demand You Wear A Mask"
z.  25 July - "Physicians For Informed Consent Say Infection Fatality Rate of COVID-19 Is 0.26 Percent"
aa.  28 Jul - FrontLine Doctors: Deaths From Covid a Huge Lie!!!
bb.  28 Jul - Unmasking the Maskholes – Freedom Is Essential New Jersey
cc.  29 Jul - Frontline Doctors With The Cure For Covid 19 – Part 2

47. An article was posted on the website "The Truth About Cancer" on 16 July 2020 titled "8 "Facts" About Coronavirus That Are Actually Lies" (https://thetruthaboutcancer.com/8-facts-actually-lies/). Number 8 is "Everyone Should Wear a Mask, Even Healthy People – FALSE". It states, "**No studies** [highlight in original] have been done to demonstrate that **either a cloth mask or the N95 mask has any effect on transmission of COVID-19.**" "The fact is that masks are designed for surgeons or people who are already sick, **not** [highlight in original] for healthy people, according to the WHO." "Plus, **the "masks" many people are wearing** (bandanas, handkerchiefs, crochet, and yes, even lettuce) **are a joke if you think they will stop a virus which is measured in nanometers. They won't stop a virus.**" "It is a "psy-op" faux security measure. And due to the COVID-19 fearmongering from the mainstream media liars, the lemmings are all wearing masks, despite the fact that on the box, it says that **the mask does NOT** [bold and all caps in original] **protect you from COVID-19.**"

48. Posted on the World Health Organization's web site is the "WHO Director-General's opening remarks at the media briefing on COVID-19 - 5 June 2020" (https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---5-june-2020). Within the article it states, "Today WHO is publishing updated guidance on the use of masks for control of COVID-19." "**Masks on their own will not**

protect you from COVID-19." "**I cannot say this clearly enough: masks alone will not protect you from COVID-19.**" In their "COVID Peer-Reviewed Research" dated 5 June 2020 (*see Exhibit X*), *they have the following statements*, "At present, there is **no direct evidence** (from studies on COVID-19 and in healthy people in the community) **on the effectiveness of universal masking of healthy people** in the community to prevent infection with respiratory viruses, including COVID-19." "One study that evaluated the use of cloth masks in a health care facility found that health care workers using cotton cloth masks were at increased risk of *influenza-like illnesses compared with those who wore medical masks.*" "*Many countries have* recommended the use of fabric masks/face coverings for the general public. [As of June 2020 [brackets in original]], the widespread use of masks by healthy people in the community setting is not yet supported by high-quality or direct scientific evidence. There are potential harms to consider (see below): [list of harms not included here, see Exhibit X.]" "A recent study of 455 *individuals showed that asymptomatic people are not causing infectivity. A person who was an* asymptomatic carrier was known to have been in close contact with 455 other people. Each of these people were tested via blood test, CT scan of the lungs, and a nucleic acid test. **They all demonstrated no infection.**"

49. Exhibit Y has a number of pictures about masks. First, "Verbatim quotes from the "Experts", *which shows what these experts have stated that masks don't prevent COVID-19.* Second, what a virologist wears, which shows the oxygen filled suit they use in a laboratory. Third, a picture of a woman holding a sign that says, "If you're wearing a mask, why would you care if I'm not? Your mask works, right?" Fourth, a picture of a mask that covers the eyes, nose, and mouth, something that criminal Dr. Fauci is now taunting. Fifth, different masks used for *different jobs. Sixth, statements about being selfish by not wearing a mask.* Seventh, six pictures of what can happen from wearing a mask. Eighth, a picture of a crowd of protesters with a list of

things the government has done to the People. Ninth, a list of things the government has lied to the People about, but is telling the truth about COVID-19? Tenth, a thought for the week by *Sarah Huckabee, daughter to Arkansas governor Mike Huckabee, and was press secretary to President Trump*, which states, "It's not the governments job to protect my health. It's the government's job to protect my Constitutional rights. It's my job to protect my health. When you trade liberty for safety, you end up losing both." Eleven, and probably the best of all, **Confirmed Cases of women** in Pakistan, Turkey, Iran, Saudi Arabia, and India **who have contracted the corona virus** (1,487,000), and ***they wear a mask all their lives!***

50. The Defendants, obviously, have no basic comprehension of how our government is supposed to work, and are most likely under the belief that the governor has the authority to mandate to the People that they are required to wear a mask because of a "health emergency". What is the health emergency? That there is a virus? We have had a virus, called the flu, for well *over 100 years and more. Never in the history of those 100 years and more did we shut down the* country or force People to wear a mask. Tens of thousands of People die from the flu each year. That is a fact of life. In 1918 we had the Spanish Flu where People wore a mask. Did that work? No. Over 50,000,000 People died worldwide. (See Exhibit Z.) The governor has no authority to mandate to the People by executive order to wear a mask, to "social distance", and to be under *house arrest locked down in their homes without due process of law. There are only two places* in the Colorado Constitution where the term "executive order" is stated, and neither of them gives the governor authority over the People. **Executive orders only apply to those working in the executive branch, not the People**. The People created the Constitutions for those in the government **to protect the Rights of the People**. Nowhere in any Constitution did the People give authority to the governor ***to remove the Rights of the People.***

51. The Colorado Constitution is the major rule book to be used and followed by those who

choose to be in the governmental system. This governmental system was created by the People to protect the Rights of the People. **That makes them the sovereigns of the state.** The Bill of Rights, *Article II in the Colorado Constitution, is the first major section as it describes some of* the Rights the People have in this state. It is first because it is the most important part of the Constitution. A few are listed here:

   a. Section 1 states, "All political power is vested in and derived from the people; all government, of right, originates from the people, is founded upon their will only, and is instituted solely for the good of the whole."
   b. Section 2 states, "The people of this state have the sole and exclusive right of governing themselves, *as a free, sovereign and independent state; and to alter and abolish* their constitution and form of government whenever they may deem it necessary to their safety and happiness, provided, such change be not repugnant to the constitution of the United States."
   c. Section 3 states, "All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness."
   d. Section 25 states, "No person shall be deprived of life, liberty or property, without due process of law."
   e. Section 28 states, "The enumeration in this constitution of certain rights shall not be construed to deny, impair or disparage others retained by the people."

52. Even the court case of *Bowers v. DeVito*, 686 F2d 616, 618 (Ill. 1982), states:

**"The Constitution is a charter of negative liberties; it tells the state to let people alone**; it does not require the federal government or the state to provide services, even so elementary a service as maintaining law and order." (Emphasis added.)

53. *This quote has been cited by these cases that I have in my library, and I would believe* there may be more that I don't have: *Jackson v. City of Joliet*, 715 F.2d 1200 (Ill. 1983); *Beard v. O'Neal*, 728 F.2d 894 (Ill. 1984); *Jackson v. Byrne*, 738 F.2d 1443 (Ill. 1984); *Wittkowski v. State of New Mexico*, 103 N.M. 526, 710 P.2d 93 (N.M. 1985); *Schaffrath v. Village of Buffalo Grove*, 513 N.E.2d 1026, 160 Ill.App.3d 999, 112 Ill.Dec. 417 (Ill. 1987); *Henderson v. Bradford*, 523 N.E.2d 64, 168 Ill.App.3d 777, 119 Ill.Dec. 596 (Ill 1988); *Archie v. City of Racine*, 847 F.2d 1211, 1220-1223 (Wis. 1988); *Minor Child A. Doe v City of Chattanooga*, No. 876 (Tenn. 1989);

*Jenicke v. City Forest Hill*, 873 S.W.2d 776 (Tex. 1994); *Jones v. Dane County*, 537 N.W.2d 74, 195 Wis.2d 892 (Wis. 1995); *Moore v. Ganim*, 660 A.2d 742, 233 Conn. 557 (Conn. 1995); *Lewis E. v. Spagnolo*, 186 Ill.2d 198, 710 N.E.2d 798, 238 Ill.Dec. 1 (Ill. 1999); *Allen v. Illinois Community College Board*, No. 5-99-0012 (Ill. 2000); *Workman v. Franklin County*, No. 00AP-1449 (Ohio 2001); *Severson v. Board of Trustees of Purdue University*, 777 N.E.2d 1181 (Ind. 2002); *Severson v. Board of Trustees of Purdue University*, 777N.E.2d 1181 (Ind. 2002); *Gormley v. Latanya Wood-El*, 422 N.J.Super. 426, 29 A.3d 336 (N.J. 2011).

54. The governor took an oath of office to uphold and defend the United Sates Constitution and the Colorado Constitution. The Constitution is "a services for hire contract that sets forth who or what is providing the service, the limitations they have when providing that service, and who pays for the service. It's not some sacred cow and it's not the "source" of your rights." "All the rights discussed in the Bill of Rights attached to the Constitutions **don't scratch the surface of your natural and unalienable rights** as a living man or woman and those rights don't come to you from the hands of men, but from the hands of your Creator, the Living God." (Quoting Judge Anna Von Reitz, 17 July 2020, Paul Stramer - Lincoln County Watch: About Oaths and Constitutions.)

55. It is the duty of the courts to be watchful in protecting the Rights of the People.

"It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon. Their motto should be *obsta principiis*." *Boyd v. United States*, 116 U.S. 616, 635 (1886). See also *Hale v. Henkel*, 201 U.S. 43, 88 (1906); *Byars v. U. S.*, 273 U.S. 28, 32 (1927); *Gouled v. United States*, 255 U.S. 298, 304, 41 S.Ct. 261, 65 L.Ed. 647 (1921).

"Constitutional rights would be of little value if they could be thus indirectly denied. *Lane v. Wilson*, 307 U.S. 268, 275, 59 S.Ct. 872, 876." *Smith v. Allwright*, 321 U.S. 649, 664 (1944).

""It is inconceivable that guaranties embedded in the Constitution of the United States may thus be manipulated out of existence." *Frost & Frost Trucking Co. v. Railroad Commission of California*, 271 U.S. 583, 594." *Gomillion v. Lightfoot*, 364 U.S. 339, 345 (1960).

""The Court . . . plays a crucial and necessary function in our system of checks and balances. It is the responsibility of the judiciary to safeguard the rights afforded under our State Constitution." *People v. LaValle*, 3 NY3d at 128." <u>Hernandez v. Robles</u>, 7 Misc.3d 459, 794 N.Y.S.2d 579 (2005).

56. An article was published 12 March 2020 on Fox News titled "Judge Andrew Napolitano: In coronavirus response, Constitution restricts mandatory government quarantines" (https://fox40jackson.com/headlines/judge-andrew-napolitano-in-coronavirus-response-constitution-restricts-mandatory-government-quarantines/). It states, "We begin our analysis with the observation of the truism that freedom is the default position. The <u>language</u> of the Declaration of Independence, as well as various amendments in the Bill of Rights, unambiguously reflects the views that those who wrote, ratified and amended the Constitution recognized that our rights – to think, speak, publish, worship, defend ourselves, travel, own property, **be left alone** – are natural to our humanity." "These rights preexisted the government. Their source is our humanity. <u>Government</u> does not grant these rights. Rather, its primary purpose – as stated in the Declaration of Independence, its sole purpose – **is to protect these rights**." "*Though the courts have interpreted the Constitution to possess lamentable exceptions,* the framers and ratifiers arguably accepted the non-aggression principle – articulated in the modern era by the late Professor Murray Rothbard – that declares that **all aggression against persons and property, even by the government, is immoral**." "Can the government quarantine people without proof of contagion and imminent assault? The short answer is no." "We know that, under the *Fifth Amendment, if any government – state or federal – wants to impair the life,* liberty or property of any person, **it must follow due process**." "Due process has two components – substantive and procedural. The substantive component asks if the impairment of liberty is proper to the government that seeks the impairment, and the procedural component asks if the impairment has come about fairly." "Now back to our question of whether the

government – state or federal – can confine persons against their will in order to protect public health. The short answer is yes, but the Constitution requires procedural due process. **That means a trial for every person confined**." There should have been approximately 5,759,000 (https://www.google.com/search?client=firefox-b-1-d&q=colorado+population)   due   process trials. I did not have one.

"Not only that no such power is given, but that it is absolutely prohibited, both to the executive and the legislative, to deprive any one of life, liberty, or property without due process of law, or to take private property without just compensation." *United States v. Lee*, 106 U.S. 196, 220 (1882).

"The words 'due process of law' 'were intended to secure the individual from the arbitrary exercise of the powers of government, unrestrained by the established principles of private rights and distributive justice.' *Bank of Columbia v. Okely*, 4 Wheat. 235, 244, 4 L. ed. 559, 561 (approved in *Hurtado v. California*, 110 U.S. 516, 527, 28 S. L. ed. 232, 235, 4 Sup. Ct. Rep. 111, 292; *Leeper v. Texas*, 139 U.S. 462, 468, 35 S. L. ed. 225, 227, 11 Sup. Ct. Rep. 577; *Scott v. McNeal*, 154 U.S. 34, 45, 38 S. L. ed. 896, 901, 14 Sup. Ct. Rep. 1108)." *Twining v. State of New Jersey*, 211 U.S. 78, 101 (1908).

""The fundamental requisite of due process of law is the opportunity to be heard." *Grannis v. Ordean*, 234 U.S. 385, 394 (1914)." *Goldberg v. Kelly*, 397 U.S. 254, 268 (1970).

"At its core, the right to due process reflects a fundamental value in our American constitutional system." *Boddie v. Connecticut*, 401 U.S. 371, 374 (1971).

"Jackson wrote for the Court in *Mullane v. Central Hanover Tr. Co.*, 339 U.S. 306, 313 (1950), "there can be no doubt that at a minimum they require that deprivation of life, liberty or property by adjudication be preceded by notice and opportunity for hearing appropriate to the nature of the case."" *Boddie v. Connecticut*, 401 U.S. 371, 378 (1971).

"Procedural due process imposes constraints on governmental decisions which deprive individuals of "liberty" or "property" interests within the meaning of the Due Process Clause of the Fifth or Fourteenth Amendment." *Mathews v. Eldridge*, 424 U.S. 319, 332 (1976).

57. Another article was published 28 March 2020 on Fox News by Judge Andrew P. Napolitano titled "Judge Andrew Napolitano: Coronavirus shutdowns ordered by governors and mayors are unconstitutional" (https://www.foxnews.com/opinion/judge-andrew-napolitano-coronavirus-shutdown-orders-by-governors-and-mayors-are-unconstitutional). The Judge states "The governors of all 50 states and the mayors of many large cities have assumed unto

themselves the powers to restrict private personal choices and lawful public behavior in an effort to curb the spread of COVID-19." "They have done so **not by enforcing previously existing legislation but by crafting their own executive orders**, styling those orders as if they were laws, using state and local police to enforce those so-called laws and – presumably when life returns to normal and the courts reopen – prosecuting the alleged offenders in court." "It is hard to believe that any judge in America would permit a criminal trial of any person for violating a standard of behavior that has **NOT** been enacted into **law by a legislature**." "We know this because under our system of representative government, separated powers and guaranteed liberties, only the legislative branch can craft laws and assign punishments for noncompliance. This is Constitutional Law 101." "Supreme Court Justice Neil Gorsuch has written that **the executive branch cannot enforce a law that it has written**. If it does, we will have approached tyranny."

58. Peggy Hall founder of "The Healthy American" posted a video on 4 August 2020 titled, "GOV     NEWSOM     ADMITS     HE     CAN'T     MANDATE     LAW" (https://www.youtube.com/watch?v=6d2qhhR1jBc&feature=youtu.be ). Within that video she shows a video of his presser on 27 July 2020 about COVID-19 where he states at the 3:44 mark, "I can't mandate anything." She repeats this segment at the 4:11 mark and lets it continue where he states, "I can only help infer." He has admitted that **his executive orders do not apply to the People** of his state! Only the legislature can make law that applies to the People! If one governor now has admitted that he cannot mandate to the People of his state, **ALL** the other governors cannot mandate to the People in all the other states!  That includes the governor of Colorado when Mr. Pelky and Mr. Burgelon handed me the executive order, which I told them was unconstitutional and did not apply to the People. (See paragraph 15 above.)

59. I have been researching this pandemic fraud since the beginning. Exhibit AA has the list

of research I have done since the start of this fraud pandemic. Currently, I have reviewed 186 articles and/or videos and I continue to get more links to articles and/or videos every day. Take note that *two have been blocked or taken down by Facebook, two have been removed by Twitter,* two have been removed from two other servers, and 22 have been removed by YouTube because of "violating YouTube's Community Guidelines". I wonder why? Maybe because YouTube and other LSM [Lame Stream Media, also known as Main Stream Media] types don't want the People to know the truth? There is still plenty of truth out there. As stated from the TV show "The X Files", *"The Truth is out there". One YouTube video removed is titled "Americas Front Line Doctors Speak OUT! (Finally!!!)".* A dozen or so doctors from around the country had a conference in Washington DC on 27 July 2020. Afterwards they came out, in front of the Supreme Court building, gave a press conference to tell the country and the world that there is a cure for the corona virus, and it is hydroxychloroquine, therefore, they stated, no need for masks, no need for social distancing, *no need for lockdowns, and no need to close businesses.* The web site "COVID-91 Refusers" posted the video ([https://www.covid19refusers.com/front-line-doctors-tell-the-world-that-hydroxychloroquine-prevents-cures-covid-19/](https://www.covid19refusers.com/front-line-doctors-tell-the-world-that-hydroxychloroquine-prevents-cures-covid-19/)). A friend sent me an email with this same video, which now can also be found on "Armstrong Economics" titled, "YouTube Is Engaged in Sedition to Overthrow the Government Removing Frontline Doctors Video ([https://www.armstrongeconomics.com/world-news/press/youtube-is-engaged-in-sedition-to-overthrow-the-government/](https://www.armstrongeconomics.com/world-news/press/youtube-is-engaged-in-sedition-to-overthrow-the-government/)). **Just from the titles of the articles and/or videos I have reviewed shows that this whole pandemic is a scam/fraud!!!**

60. When attempting to show Mr. Baier some of the research I have done, he refused to see it calling it "propaganda". Within the 186 articles and/or videos, (and I have more that I have not included here) the following doctors, researchers, or other professionals can be found: Dr. Judy Mikovits, Dr. Russell Blaylock, Denis Rancourt, PhD, Dr. April Baller, Dr. Anthony Fauci, Dr.

Sherri J. Tenpenny, Dr. Bill Carroll, Dr. Kelly Victory, Dr. Maria Van Kerkhove, Dr. Eric Berg, Dr. Shiva Ayadurai, Andrew Kaufman, MD, Dr. Rashid A Buttar, Dr. Richard Bartlett, Dr. Pamela Popper, Dr. Charles Calisher, Dr. Brian Procter, Dr. Carrie Madej, Dr. Mike Ryan, Senator and Dr. Scott Jensen, Lisa Brosseau, ScD, Tammy Clark and Kristen Meghan, both OSHA Environmental Safety Consultants. I would presume there are more within the articles and/or videos in my list. I do not believe these People would go out of their way to produce an article and/or video to educate the People of this country with the truth and they did it as "propaganda". The propaganda has come from our government and the LSM.

61. An interesting article posted on the New York Post on 22 July 2020 titled, "'Panera Karen' claims masks won't stop COVID-19 since pants don't contain farts" (https://nypost.com/2020/07/22/panera-karen-masks-dont-stop-covid-19-since-pants-dont-contain-farts/) about a woman in a Panera Bread restaurant refused to wear a mask. The article starts with, "Talk about public health advice not passing the smell test." "A woman refused to wear a mask at a Panera Bread in California, claiming they're useless to stop the spread of COVID-19 since people can still smell farts through pants, video shows." The woman is absolutely correct. The smell has to go through two layers of material; the mask is only one layer. More proof masks don't work.

62. I was informed from a lawyer, who is on one of the groups I associate with, that because the masks can cause death, besides serious injury and health problems, and there have been some deaths that I have read about, the Defendants can be charged with attempted murder. I am not looking to go that way unless the Defendants do not want to correct their stance on this whole situation about wearing a mask.

## QUESTIONS

A. Where is the statutory law passed by the State Legislature and Senate, and signed by the

governor that requires the People of the State to wear a mask? Please cite the statute.

B. Where did the governor acquire the authority that his executive orders apply to the People of Colorado?

C. If face masks work, why are we social distancing?

D. If social distancing works, why are we wearing masks?

E. **Where did the Defendants acquire authority to force workers to wear a mask?**

F. **Where did the Defendants acquire authority to force workers to wear a mask that can cause health problems or even death to the workers?**

G. **Where did the Defendants acquire authority to force workers to wear a mask that takes away their Right to determine their own medical/health decisions?**

## CONCLUSION

a. WHEREAS, it has been proven that face masks do not prevent anyone from getting the virus or giving the virus to someone else;

b. WHEREAS, it has been proven that social distancing does not prevent anyone from getting the virus or giving the virus to someone else;

c. WHEREAS, it has been proven that someone who is asymptomatic cannot pass the virus to another, only a sick person can pass it;

d. WHEREAS, it has been proven the many doctors and health organizations like the CDC, WHO, NEJM, and OSHA to name a few, that face masks don't work;

e. WHEREAS, this country has had the flu for over 100 years or more and we never wore masks, social distanced, held People under house arrest in their homes, and shut down the country, while tens of thousands of People died from the flu each year;

f. WHEREAS, the governor has no authority to issue an executive order that applies to the People as there does not exist any such authority in the Colorado Constitution, which makes the

executive order unconstitutional to the People;

g. WHEREAS, executive orders only apply to the employees in the executive branch of the government;

h. WHEREAS, the governor of California has admitted that he cannot mandate the wearing of masks, social distancing, and lockdowns;

i. WHEREAS, where one governor cannot mandate to the People, all governors cannot mandate to the People of their state;

j. WHEREAS, the government was establish to protect the Rights of the People and those Rights cannot be taken away by the government;

k. WHEREAS, the company has no authority to require the wearing of a mask as that could cause health issues or even death to a worker;

l. WHEREAS, the company has no authority to require the wearing of a mask as that infringes upon the Rights of the workers to make their own medical/health decisions;

m. WHEREAS, requiring workers to wear a mask is tantamount to committing fraud on the workers;

n. THEREFORE, the company and the Defendants must remove the requirement of wearing a mask.

## DEMAND

A. The company pays each worker $1000 for committing fraud on the workers and forcing them to wear a mask when the company has no scientific evidence that masks work and no authority to require workers to wear one.

B. For perpetrating this fraud on me claiming "company policy", refusing to bother to learn the truth about the wearing of a mask, causing me anguish, pain and suffering, and not being able to work, Mr. Baier is to pay me $5 million.

C.  For perpetrating this fraud on me claiming "company policy", refusing to bother to learn the truth about the wearing of a mask, causing me anguish, pain and suffering, and not being able to work, Mr. Burgelon and Mr. Pelky are each to pay me $2.5 million.

### IN THE ALTERNATIVE

D.  If the company will remove the signs requiring the wearing of a mask, remove that from the company policy, it can still take temperature readings of the workers as they enter the premises, and apologizes to the workers of each shift in a group meeting, for not having to take the time to learn the truth about masks that they do not prevent anything, I will remove the demand to pay each worker $1000. I also would like my FedEx ID returned to me and be allowed to return to work.

E.  If the above alternative is agreed upon, then I reduce the amount that Mr. Baier should pay me to $5,000 for causing me anguish, pain and suffering, not being able to work, and having to file a lawsuit. I will also reduce the amount that Mr. Burgelon and Mr. Pelky should pay me to $2,500 each for causing me anguish, pain and suffering, not being able to work, and having to file a lawsuit.

Submitted this 10th day of August 2020.

By: _____
Sal Celauro Jr
In Propria Persona, Sui Juris

# And The Truth Shall Set You Free

In an interview which aired in 2014, Harry Vox shares his thoughts:
https://beforeitsnews.com/alternative/2020/05/mindblowing-a-must-watch-13-minutes-for-today-3721982.html?fbclid=IwAR3lpy9KQEbPVEjR0AubYGs0JQu4aVpxx1zp6AlKpFJQkkFGEUqHBfcrfL0

*Dr Judy Michowitz's Video Restored | Armstrong Economics:*
https://www.armstrongeconomics.com/international-news/politics/dr-judy-michowitzs-video-restored/

Pennsylvania Takes Hundreds of 'Probable' COVID Deaths Off Books After Coroners Come Forward:
https://www.westernjournal.com/pennsylvania-takes-hundreds-probable-covid-deaths-off-books-coroners-come-forward/

BREAKING: Funeral Directors in COVID-19 Epicenter Doubt Legitimacy of Deaths Attributed to Pandemic:
https://www.youtube.com/watch?v=g5f_6ltv7oI&feature=youtu.be

BOOM! Funeral Directors EXPOSE Death Certificate Frauds Behind CV Deaths:
https://www.youtube.com/watch?v=V-rlEQb2gPc

BREAKING! FAUCI, BIRX ARE FINISHED! This NEW Study Just DEMOLISHED Their Bill Gates LIES!:
https://www.youtube.com/watch?v=M0WXwTul9jc

*EXCLUSIVE: Drs. Buttar, Shiva & Mikovits BLAST Gates, Call to ARREST Fauci as Crisis CRUSHES Economy:*
https://www.youtube.com/watch?v=s8qJMbNwheA

*Dr. Tenpenny: This is The Biggest Scam Ever Perpetrated on The Human Race…:*
https://beforeitsnews.com/health/2020/05/dr-tenpenny-this-is-the-biggest-scam-ever-perpetrated-on-the-human-race-3022120.html

UV light robot destroys coronavirus in 2 minutes:
https://asia.nikkei.com/Spotlight/Coronavirus/UV-light-robot-destroys-coronavirus-in-2-minutes

CDC Documented..Telling Doctors… to Lie About Cause of Death:
https://healthandmoneynews.wordpress.com/2020/04/09/cdc-telling-doctors-to-lie-about-cause-of-death/

Sweden resisted a lockdown, and its capital Stockholm is expected to reach 'herd immunity' in weeks:
https://www.cnbc.com/2020/04/22/no-lockdown-in-sweden-but-stockholm-could-see-herd-immunity-in-weeks.html?fbclid=IwAR0XdO4HihvjsR0R6p4ljqK8DmR9GhVVZznwu34cQKv5yn7ezM8FLPdQAtY

*HUGE UPDATE: Dr. Fauci and Dr. Birx Used Imperial College Model -- NOW CONFIRMED AS A COMPLETE FRAUD:*
https://www.thegatewaypundit.com/2020/05/huge-news-dr-fauci-dr-birx-used-imperial-college-model-now-confirmed-complete-fraud-persuade-president-trump-lock-entire-us-economy/

COVID-19: Is It as Deadly as They Say?
https://www.youtube.com/watch?v=OjS1HpA-Q48&feature=em-uploademail

Stanford doctor explains why coronavirus lockdown policies need to end: 'Ignore the panic and rely on facts':
https://www.theblaze.com/news/stanford-doctor-end-coronavirus-lockdown

Top Doctor EXPOSES EVERYTHING The Deep State Is Trying To Hide About CV:
https://www.youtube.com/watch?feature=youtu.be&v=xf-qv9o8nq8&fbclid=IwAR3zbFBxRR5_63rBzAo499l2FFpaaKkIW7WD8f9Bx8Vj9LAPLnYlmEYrVxY&app=desktop

Coronavirus outbreak in U.S. on track to be less severe than this year's seasonal flu:
https://www.youtube.com/watch?v=9iKJ98ZpatA&feature=share&fbclid=IwAR337_gjYwKrWkWjIsHczDNAot7KHa43MOOvR48LRakVJ-XC-pRtwa8xVCI

Ron Paul !COVID is nothing more than the deliberate collapsing of the global economy.
https://healthandmoneynews.wordpress.com/2020/04/18/ron-paul-covid-is-nothing-more-than-the-deliberate-collapsing-of-the-global-economy/

Research shows propylene glycol vapor kills airborne influenza virus – VAPES
https://www.vapes.com/blogs/news/research-shows-propylene-glycol-vapor-kills-airborne-influenza-virus

"This Video Will Be DELETED Within 24 HOURS!" Dr. Rashid Buttar
https://www.youtube.com/watch?v=5es3lG26R30


Titles in *italics* are very important

# And The Truth Shall Set You Free

FAUCI SAYS NO MASKS:
https://www.youtube.com/watch?v=LScHAvufgfM&feature=em-uploademail

There It Is: CDC Equates Coronavirus Hospitalizations to Seasonal Flu and Finally Admits It's MUCH LESS Dangerous for Children:
https://www.thegatewaypundit.com/2020/05/cdc-equates-coronavirus-hospitalizations-seasonal-flu-finally-admits-much-less-dangerous-children/

URGENT! Full Disclosure from 'INSIDE' -- Dr [Buttar]:
https://www.youtube.com/watch?v=UtbtpLLFyuQ&feature=youtu.be

Should Be a Headline: German Autopsy Study Finds EVERY Coronavirus Victim had Previous Illness -- All Had Cancer, Lung Disease, Were Heavy Smokers or Morbidly Obese:
https://www.thegatewaypundit.com/2020/05/headline-german-autopsy-study-finds-every-coronavirus-victim-previous-illness-cancer-lung-disease-heavy-smoker-morbidly-obese/

Philip Anderson on Twitter: "A Doctor with absolutely no f*cks left to give; grabs a microphone &amp; absolutely DESTROYS Democrats and their nation wide corona virus shut down.:
https://twitter.com/Kingfreespeech/status/1258628590926729217

Leaked Documents Show China Hid Info On Virus Human Transmission; Secret Social Monitoring Exposed:
https://www.youtube.com/watch?v=iZT0t3Fv1tU&feature=youtu.be

Police Speaks Out Against Tyrannical Orders by Governors:
https://www.armstrongeconomics.com/international-news/disease/police-speaks-out-against-tyrannical-orders-by-governors/

Study proves that coronavirus vaccine would never work; might actually create MORE new viruses through recombination in human hosts:
https://www.naturalnews.com/2020-04-24-study-coronavirus-vaccine-never-work.html

COVID-19 Mortality Rates Might Be Slightly Less:
https://www.youtube.com/watch?v=GoWCWRIMMrM&feature=em-uploademail

EXCLUSIVE: TOP Scientist & HIV/AIDS Research Pioneer Dr. Judy Mikovits Blows Whistle on Dr. Fauci; DISTURBING Details of Threats; Research Theft; Tainted Vaccines; Fraud; Cover-Ups; Pay to Play:
https://truepundit.com/exclusive-top-scientist-disturbing-details-of-threats-research-theft-tainted-vaccines-fraud-cover-ups-pay-to-play/

BOMBSHELL: NIH KNEW ABOUT CHLOROQUINE:
https://www.youtube.com/watch?v=7hvkq-R1QGU&feature=youtu.be&fbclid=IwAR233czF_4tO9KyWpcAi6kwrgSk-4OZdrh6ZmwCr38NChXd8fnzSGNZqF-g

Gates Foundation Behind Completely WRONG Coronavirus "Death Toll" Numbers:
https://www.youtube.com/watch?v=jYZjW11EiHI&feature=youtu.be

EXCLUSIVE INTERVIEW: Robert Kennedy Jr. Destroys Big Pharma, Fauci & Pro-Vaccine Movement:
https://www.youtube.com/watch?v=QLi6ZrFp6vQ&feature=share

Robert De Niro, Robert F. Kennedy Jr. offer $100K to anyone who can provide proof vaccines are safe:
https://globalnews.ca/news/3253840/robert-de-niro-robert-f-kennedy-jr-offer-100g-to-anyone-who-can-provide-proof-vaccines-are-safe/

MUST WATCH: Tearful Nurse Blows Whistle on New York Hospitals 'Murdering' COVID Patients With 'Complete Medical Mismanagement':
https://www.thegatewaypundit.com/2020/05/must-watch-tearful-nurse-blows-whistle-new-york-hospitals-murdering-covid-patients-complete-medical-mismanagement/

Explain to me why the media takes their masks off when they think the cameras are off?:
https://twitter.com/Matt_Zawadzki/status/1260091180190240768

Titles in *italics* are very important

# <u>Can the Government Restrict Travel to Protect Public Health?</u>

By Andrew P. Napolitano

March 12, 2020

The issue of whether government in America can quarantine persons against their will, ostensibly for their own health and that of others with whom they may come in contact, requires a dual analysis — one of the powers of the federal government and the other of the powers of the states. For constitutional analysis purposes, since local and regional governments derive their powers from the states in which they are located, the analysis of state powers pertains to them as well.

We begin our analysis with the observation of the truism that freedom is the default position. The language of the Declaration of Independence, as well as various amendments in the Bill of Rights, unambiguously reflects the views that those who wrote, ratified and amended the Constitution recognized that our rights — to think, speak, publish, worship, defend ourselves, travel, own property, be left alone — are natural to our humanity.

These rights preexisted the government. Their source is our humanity. Government does not grant these rights. Rather, its primary purpose — as stated in the Declaration of Independence, its sole purpose — is to protect these rights.

Though the courts have interpreted the Constitution to possess lamentable exceptions, the framers and ratifiers arguably accepted the non-aggression principle — articulated in the modern era by the late Professor Murray Rothbard — which declares that all aggression against persons and property even by government is immoral.

In the case of the federal government, it is one of limited, delegated powers. Of course, 230 years of legislation and litigation have blown its powers outside the confines of the Constitution and, invariably, in the direction of expanding federal power at the expense of personal liberty and the states.

The states formed the federal government and not the other way around. Yet today, the feds stay in power by bribing the states with cash grants, the rich with bailouts, the middle class with tax breaks and the poor with transfer payments. Notwithstanding all this, the courts continue to recognize the concept of personal liberty in a free society.

All this is background to the issue lurking beneath the headlines this week. Can the government quarantine people without proof of contagion and imminent assault? The short answer is no.

We know that, under the Fifth Amendment, if any government — state or federal — wants to impair the life, liberty or property of any person, it must follow due process. Due process has two components — substantive and procedural. The substantive component asks if the impairment of liberty is proper to the government that seeks the impairment, and the procedural component asks if the impairment has come about fairly.

Now back to what the feds can do and what the states can do in a public health crisis. There are no emergency provisions or triggers in the Constitution; yet, Congress gave itself the power to regulate public health and safety under various pretexts. The pretexts exist because the nanny state urge of members of Congress to regulate is confronted by the reservation in the Tenth Amendment of health and safety to the states. Those pretexts are regulating commerce and all that affects commerce, and paying the states to do Congress' will.

Stated differently, the Supreme Court has ruled that both the federal government and the states can confine a person who has not committed a crime, or one who has but has served one's full sentence, in order to protect society from the person's intentional or uncontrollable harmful tendencies.

It is contrary to the plain meaning of the Constitution for Congress to give itself powers that were not delegated to it by the Constitution, but the courts have permitted this. Yet, even in the case of a lunatic who has committed a crime and served his full sentence but remains dangerous, the courts have recognized constitutional safeguards to protect his natural rights.

Now back to our question of whether the government — state or federal — can confine persons against their will in order to protect public health. The short answer is yes, but the Constitution requires procedural due process. That means a trial for every person confined.

Thus, a government-ordered quarantine of all persons in a city block or a postal ZIP code or a telephone area code would be an egregious violation of due process, both substantive and procedural. Substantively, no government in America has the lawful power to curtail natural rights by decree.

Procedurally, notwithstanding the fear of disease contagion, the states and feds may only quarantine those who are actively contagious and will infect others imminently. And it must present evidence of both at a trial at which it bears the burden of proof.

While the non-aggression principle permits offensive aggression in self-defense when an attack is imminent and certain, that is a high standard for the government to meet, as it should be. Freedom — even the freedom of a madman or a dangerously sick and contagious person — is the default position. Infringing upon it without procedural due process is always constitutionally impermissible.

The Constitution was not written for the government to right every wrong. We know that government itself causes most wrongs — the theft of property by taxation, the impairment of economic liberty by regulation, the slaughter of innocents by war, the infringement of expressive liberties by majority vote. Yet, the Constitution still mandates an exacting due process for all whom the government would restrain.

That means a trial before any quarantine, no matter the public danger, and a fair trial, not one animated by mass hysteria or government-generated fear.

*Reprinted with the author's permission.*

an American syndicated columnist whose work appears in numerous publications including *The Washington Times* and *Reason*. He is an analyst for Fox News, commenting on legal news and trials.

Napolitano served as a New Jersey Superior Court judge from 1987 to 1995. He was a visiting professor at Brooklyn Law School. He has written nine books on legal and political subjects.

https://www.lewrockwell.com/2020/03/andrew-p-napolitano/can-the-government-restrict-travel-to-protect-public-health/

# Draconian coronavirus closures of restaurants threatens due process granted by Constitution

### Maintaining freedom in America during coronavirus madness

Andrew P. Napolitano

## ANALYSIS/OPINION:

*"The Constitution of the United States is a law for rulers and people, equally in war and in peace, and covers with the shield of its protection all classes of men, at all times and under all circumstances."*

— Ex parte Milligan, U.S. Supreme Court (1866)

During the Civil War, when President Abraham Lincoln thought it expedient to silence those in the northern states who challenged his wartime decisions by incarcerating them in military prisons in the name of public safety, he was rebuked by a unanimous U.S. Supreme Court. The essence of the rebuke is that no matter the state of difficulties — whether war or pestilence – the U.S. Constitution protects our natural rights, and its provisions are to be upheld when they pinch as well as when they comfort.

This basic principle of American law — our rights can only be interfered with by means of due process — is being put to a severe test today in most American states.

Here is the backstory.

The coronavirus pandemic, which ravaged portions of China and Italy, has arrived in the United States and our central planners have panicked. We do not have a free market here in the health care delivery system; rather, we have thousands of pages of regulations and control at the federal, state and local levels.

That control was revealed as manifestly deficient and ignorant when the virus struck. The feds have been so protective of their control of health care — an area of governance that the Supreme Court has ruled is nowhere delegated to them in the Constitution, and but for their power to tax those who defy them, would be nonexistent — that they insisted that only the Centers for Disease Control and Prevention in Atlanta can be trusted to test for the virus.

It took weeks of begging by governors and mayors for the feds to relent. Of course, once they acknowledged that labs throughout the country are as competent as theirs to conduct the tests, they realized that their incompetence had deprived all physicians as well as most private-sector and state government-owned labs of the test kits themselves.

We all know how central economic planning diminishes freedom and adds to the cost of products. Now we know that central micromanagement of health care can kill people.

But these mayors and governors were not to be outdone by the feds in their totalitarian impulses. Many of them, particularly in the Northeast and the West Coast, have issued decrees that are as profoundly unconstitutional as Lincoln's efforts to silence dissent.

The governors of New York, New Jersey, Pennsylvania and Connecticut have all issued decrees closing most retail establishments, particularly all restaurants, bars and theaters. The governor of New Jersey is threatening to ban all travel after dark. And, the mayor of New York City is threatening to ban all travel all the time.

The fulfillment of these totalitarian impulses has put more than 1 million folks out of work, closed thousands of businesses and impaired the fundamental rights of tens of millions of persons — all in violation of numerous sections of the Constitution.

The Contracts Clause of the Constitution prohibits the states from interfering with lawful contracts, such as leases and employment agreements. And the Due Process Clause of the Fourteenth Amendment prohibits the states from interfering with life, liberty or property without a trial at which the state must prove fault. The Takings Clause of the Fifth Amendment requires just compensation when the state meaningfully interferes with an owner's chosen lawful use of his property.

Taken together, these clauses reveal the significant protections of private property in the Constitution itself. Add to this the threat of punishment that has accompanied these decrees and the fact that they are executive decrees, not legislation, and one can see the paramount rejection of basic democratic and constitutional principles in the minds and words and deeds of those who have perpetrated them.

Add to all this, the protection in the First Amendment of the right to associate and the judicially recognized right to travel — both of which are natural rights — and it is clear that these nanny-state rules are unconstitutional, unlawful and unworthy of respect or compliance.

Why is this happening? Throughout history, free people have been willing to accept the devil's bargain of trading liberty for safety when they are fearful. We supinely accept the shallow and hollow offers of government that somehow less liberty equals more safety.

This happened here with the Alien and Sedition Acts in the 1790s when the Federalists feared a second revolution, during the Civil War when Lincoln feared dissent and Congress feared defeat, during World War I when President Wilson suppressed the speech he hated and feared, and during the Great Depression when FDR feared economic calamity and seized property without compensation. And after 9/11, fearing another attack, Congress secretly crafted the Patriot Act's circumvention of the Fourth Amendment and creation of the total surveillance state.

This sordid history came about when the public was fearful of the unknown and trustful of the government's bargain. But the safety offered for the liberty sacrificed never came to pass.

Moreover, liberty is natural and personal. You can sacrifice yours, but you cannot sacrifice mine. The natural nature of personal liberty — Jefferson's Declaration of Independence calls our rights inalienable and Madison's Ninth Amendment reflects their nature as limitless — insulates their existence and exercise in a free society from totalitarian and even majoritarian interference.

Today, the fear of contagion gives government cover for its assaults on freedom and poses a question the government does not want to answer: If liberty can be taken away in times of crisis, then is it really liberty; or is it just a license, via a temporary government permission slip, subject to the whims of politicians in power?

• *Andrew P. Napolitano, a former judge of the Superior Court of New Jersey, is a regular contributor to The Washington Times. He is the author of nine books on the U.S. Constitution.*

https://m.washingtontimes.com/news/2020/mar/18/draconian-coronavirus-closures-of-restaurants-thre/

Can the Government Restrict Travel to Protect Public Health?
https://www.lewrockwell.com/2020/03/andrew-p-napolitano/can-the-government-restrict-travel-to-protect-public-health/

Draconian coronavirus closures of restaurants threatens due process granted by Constitution
https://m.washingtontimes.com/news/2020/mar/18/draconian-coronavirus-closures-of-restaurants-thre/

Judge Andrew Napolitano: In coronavirus response, Constitution restricts mandatory government quarantines
https://www.foxnews.com/opinion/goverment-restrict-public-health-judge-andrew-napolitano

Judge Andrew Napolitano: Coronavirus fear lets government assault our freedom in violation of Constitution
https://www.foxnews.com/opinion/judge-andrew-napolitano-liberty-coronavirus

Coronavirus: Fox News correspondent claims governors' stay-home-orders are 'unconstitutional'
https://www.independent.co.uk/news/world/americas/coronavirus-stay-at-home-order-constitution-fox-news-andrew-napolitano-governors-a9477086.html

"But there is no constitutional right to be protected by the state against being murdered by criminals or madmen.  * * *  The Constitution is a charter of negative liberties; it tells the state to let people alone; it does not require the federal government or the state to provide services, even so elementary a service as maintaining law and order." *Bowers v. Devito*, 686 F.2d 616.

[Dr.] Blaylock: Face Masks Pose Serious Risks To The Healthy:
https://www.technocracy.news/blaylock-face-masks-pose-serious-risks-to-the-healthy/

Dr. Kaufman:
https://twitter.com/KateShemirani/status/1260893755160367104?s=09

# FAUCI SAYS NO MASKS

https://www.youtube.com/watch?v=LScHAvufgfM&feature=em-uploademail

Broadcast on 60 Minutes 8 March 2020

Dr. Fauci: Right now in the United States People should not be walking around with masks.

Host: You're sure of it cause People (can't make out) really … to it.

Dr. Fauci: Right now People should not be, there's no reason to be walking around with a mask. When you're in the middle of an outbreak, wearing a mask might make People feel a little bit better. And it might even block a droplet. But it's not providing the perfect protection that People think that it is. And often there are unintended consequences. People keep fiddling with the mask and they keep touching their face.

Host: And can you get some snucks and things inside there?

Dr. Fauci: Of course, of course. But when you think masks, you should thinking of heath care providers needing them and People like them.



# Statements of Dr. Judy Mikovits

### A Virology Researcher

https://beforeitsnews.com/health/2020/05/dr-judy-mikovits-interviewed-by-the-health-ranger-on-the-coronavirus-pandemic-fauci-fraud-nih-corruption-more-video-3023956.html

Posted on: Before It's News on 16 May 2020 by Mike Adams

Title: Dr. Judy Mikovits Interviewed by the Health Ranger on the Coronavirus Pandemic: Fauci Fraud, NIH Corruption & More! +Video

Start at 33:50:

The viruses that, corona viruses don't go through dry air. And so this whole six foot rule is crazy. They go through water droplets. They have to be in sneeze, in cough. So wearing the mask is protecting nobody, especially if you're not, if you're a healthy person. And, so, nothing as we see People, I'm pointing to the beach out here, as we see People on the beach running with a mask, they're actually crimpling their own immune system, they're protecting no one. They're hurting themselves. Um, corona viruses aren't going through dry air. It's not how they transmit. They transmit in water droplets. And, and I have that in one of the slide shows that I have shown, um, around the world on the truth about vaccines a week or so ago. And, and we keep trying to explain to People this is, this is how they transmit. And so again the masks are no good. There is no reason to wear a mask other than to hurt yourself. And if you get that through vaccine, you're going to be amplifying the live attenuated influenza to you, back to you. You're still shedding it and making People sick with the influenza. But more importantly, you are doing huge amplified damage to your own immune system if you wear a mask.

I made some, some little, um, labels and tags that actually said, I don't have to wear a mask. Um, I have, a, a lung disease. You can't ask me where, what it is. The, um, American Disabilities Acts, and the HIPAA, the Privacy Protection Act, and all those benefits that act up in the advocates in HIV aids got to us says, none of these things are legal. There is nothing legal about forcing us and we're not irresponsible. And, an, an, we just simply go in and say, thank you very much for protecting my health.

# Dr. Blaylock: Face Masks Pose Serious Risks to the Healthy

Posted on: Saturday, May 16th 2020 at 10:00 am
Written By: **Dr. Russell Blaylock**
Originally published on www.technocracy.news

*Dr. Russell Blaylock warns that not only do face masks fail to protect the healthy from getting sick, but they also create serious health risks to the wearer. The bottom line is that if you are not sick, you should not wear a face mask.*

*As businesses reopen, many are requiring shoppers and employees to wear a face mask. Costco, for instance, will not allow shoppers into the store without wearing a face mask. Many employers are requiring all employees to wear a face mask while at work. In some jurisdictions, all citizens must wear a face mask if they are outside of their own home.* ▪ TN Editor

With the advent of the so-called **COVID-19** pandemic, we have seen a number of medical practices that have little or no scientific support as regards reducing the spread of this infection. One of these measures is the wearing of facial masks, either a surgical-type mask, bandana or N95 respirator mask. When this pandemic began and we knew little about the virus itself or its epidemiologic behavior, it was assumed that it would behave, in terms of spread among communities, like other respiratory viruses. Little has presented itself after intense study of this virus and its behavior to change this perception.

This is somewhat of an unusual virus in that for the vast majority of people infected by the virus, one experiences either no illness (asymptomatic) or very little sickness. Only a very small number of people are at risk of a potentially serious outcome from the infection--mainly those with underlying serious medical conditions in conjunction with advanced age and frailty, those with immune compromising conditions and nursing home patients near the end of their lives. There is growing evidence that the treatment protocol issued to treating doctors by the Center for Disease Control and Prevention (CDC), mainly intubation and use of a ventilator (respirator), may have contributed significantly to the high death rate in these select individuals.

*By wearing a mask, the exhaled viruses will not be able to escape and will concentrate in the nasal passages, enter the olfactory nerves and travel into the brain.*
*Russell Blaylock, MD*

As for the scientific support for the use of face mask, a recent careful examination of the literature, in which 17 of the best studies were analyzed, concluded that, "None of the studies established a conclusive relationship between mask/respirator use and protection against **influenza** infection."[1]  Keep in mind, no studies have been done to demonstrate that either a cloth mask or the N95 mask has any effect on transmission of the COVID-19 virus. Any recommendations, therefore, have to be based on studies of influenza virus transmission. And, as you have seen, there is no conclusive evidence of their efficiency in controlling flu virus transmission.

It is also instructive to know that until recently, the CDC did not recommend wearing a face mask or covering of any kind, unless a person was known to be infected, that is, until recently. Non-infected people need not wear a mask. When a person has **TB** we have them wear a mask, not the entire community of non-infected. The recommendations by the CDC and the WHO are not based on any studies of this virus and have never been used to contain any other virus pandemic or epidemic in history.

Now that we have established that there is no scientific evidence necessitating the wearing of a face mask for prevention, are there dangers to wearing a face mask, especially for long periods? Several studies have indeed found significant problems with wearing such a mask. This can vary from **headaches**, to increased airway resistance, carbon dioxide accumulation, to **hypoxia**, all the way to serious life-threatening complications.

There is a difference between the N95 respirator mask and the surgical mask (cloth or paper mask) in terms of side effects. The N95 mask, which filters out 95% of particles with a median diameter >0.3 $\mu m^2$, because it impairs respiratory exchange (breathing) to a greater degree than a soft mask, and is more often associated with headaches. In one such study, researchers surveyed 212 healthcare workers (47 males and 165 females) asking about presence of headaches with N95 mask use, duration of the headaches, type of headaches and if the person had preexisting headaches.[2]

They found that about a third of the workers developed headaches with use of the mask, most had preexisting headaches that were worsened by the mask wearing, and 60% required pain medications for relief. As to the cause of the headaches, while straps and pressure from the mask could be causative, the bulk of the evidence points toward hypoxia and/or hypercapnia as the cause. That is, a reduction in blood oxygenation (hypoxia) or an elevation in blood C02 (hypercapnia). It is known that the N95 mask, if worn for hours, can reduce blood oxygenation as much as 20%, which can lead to a loss of consciousness, as happened to the hapless fellow driving around alone in his car wearing an N95 mask, causing him to pass out, and to crash his car and sustain injuries. I am sure that we have several cases of elderly individuals or any person with poor lung function passing out, hitting their head. This, of course, can lead to death.

A more recent study involving 159 healthcare workers aged 21 to 35 years of age found that 81% developed headaches from wearing a face mask.[3]  Some had pre-existing headaches that were precipitated by the masks. All felt like the headaches affected their work performance.

Unfortunately, no one is telling the frail elderly and those with lung diseases, such as **COPD**, emphysema or pulmonary fibrosis, of these dangers when wearing a facial mask of any kind--which can cause a severe worsening of lung function. This also includes **lung cancer** patients and people having had lung surgery, especially with partial resection or even the removal of a whole lung.

While most agree that the N95 mask can cause significant hypoxia and hypercapnia, another study of surgical masks found significant reductions in blood oxygen as well. In this study, researchers examined the blood oxygen levels in 53 surgeons using an oximeter. They measured blood oxygenation before surgery as well as at the end of surgeries.[4] The researchers found that the mask reduced the blood oxygen levels (pa0$^2$) significantly. The longer the duration of wearing the mask, the greater the fall in blood oxygen levels.

The importance of these findings is that a drop in oxygen levels (hypoxia) is associated with an impairment in immunity. Studies have shown that hypoxia can inhibit the type of main immune cells used to fight viral infections called the CD4+ T-lymphocyte. This occurs because the hypoxia increases the level of a compound called hypoxia inducible factor-1 (HIF-1), which inhibits T-lymphocytes and stimulates a powerful immune inhibitor cell called the Tregs. . This sets the stage for contracting any infection, including COVID-19 and making the consequences of that infection much graver. In essence, your mask may very well put you at an increased risk of infections and if so, having a much worse outcome.[5,6,7]

People with cancer, especially if the cancer has spread, will be at a further risk from prolonged hypoxia as the **cancer** grows best in a microenvironment that is low in oxygen. Low oxygen also promotes inflammation which can promote the growth, invasion and spread of cancers.[8,9] Repeated episodes of hypoxia has been proposed as a significant factor in atherosclerosis and hence increases all cardiovascular (heart attacks) and cerebrovascular (strokes) diseases.[10]

There is another danger to wearing these masks on a daily basis, especially if worn for several hours. When a person is infected with a respiratory virus, they will expel some of the virus with each breath. If they are wearing a mask, especially an N95 mask or other tightly fitting mask, they will be constantly rebreathing the viruses, raising the concentration of the virus in the lungs and the nasal passages. We know that people who have the worst reactions to the coronavirus have the highest concentrations of the virus early on. And this leads to the deadly cytokine storm in a selected number.

It gets even more frightening. Newer evidence suggests that in some cases the virus can enter the brain.[11,12] In most instances it enters the brain by way of the olfactory nerves (smell nerves), which connect directly with the area of the brain dealing with recent memory and memory consolidation. By wearing a mask, the exhaled viruses will not be able to escape and will concentrate in the nasal passages, enter the olfactory nerves and travel into the brain.[13]

It is evident from this review that there is insufficient evidence that wearing a mask of any kind can have a significant impact in preventing the spread of this virus. The fact that this virus is a relatively benign infection for the vast majority of the population and that most of the at-risk group also survive, from an infectious disease and epidemiological standpoint, by letting the virus spread through the healthier population we will reach a herd

immunity level rather quickly that will end this pandemic quickly and prevent a return next winter. During this time, we need to protect the at-risk population by avoiding close contact, boosting their immunity with compounds that boost cellular immunity and in general, care for them.

One should not attack and insult those who have chosen not to wear a mask, as these studies suggest that is the wise choice to make.

**[For additional research questioning the value of face masks read: <u>FACE IT: The Evidence Proving the Effectiveness of Community Mask Wearing Doesn't Exist; The WHO Agrees</u>. For information that challenges the dominant narrative about COVID-19 use the resource: <u>www.QuestioningCovid.com</u>]**

# References

1. bin-Reza F et al. The use of mask and respirators to prevent transmission of influenza: A systematic review of the scientific evidence. *Resp Viruses* 2012;6(4):257-67.

2. Zhu JH et al. Effects of long-duration wearing of N95 respirator and surgical facemask: a pilot study. *J Lung Pulm Resp Res* 2014:4:97-100.

3. Ong JJY et al. Headaches associated with personal protective equipment- A cross-sectional study among frontline healthcare workers during COVID-19. *Headache* 2020;60(5):864-877.

4. Bader A et al. Preliminary report on surgical mask induced deoxygenation during major surgery. *Neurocirugia* 2008;19:12-126.

5. Shehade H et al. Cutting edge: Hypoxia-Inducible Factor-1 negatively regulates Th1 function. *J Immunol* 2015;195:1372-1376.

6. Westendorf AM et al. Hypoxia enhances immunosuppression by inhibiting CD4+ effector T cell function and promoting Treg activity. *Cell Physiol Biochem* 2017;41:1271-84.

7. Sceneay J et al. Hypoxia-driven immunosuppression contributes to the pre-metastatic niche. *Oncoimmunology* 2013;2:1 e22355.

8. Blaylock RL. Immunoexcitatory mechanisms in glioma proliferation, invasion and occasional metastasis. *Surg Neurol Inter* 2013;4:15.

9. Aggarwal BB. Nucler factor-kappaB: The enemy within. *Cancer Cell* 2004;6:203-208.

10. Savransky V et al. Chronic intermittent hypoxia induces atherosclerosis. *Am J Resp Crit Care Med* 2007;175:1290-1297.

11. Baig AM et al. Evidence of the COVID-19 virus targeting the CNS: Tissue distribution, host-virus interaction, and proposed neurotropic mechanisms. *ACS Chem Neurosci* 2020;11:7:995-998.

12. Wu Y et al. Nervous system involvement after infection with COVID-19 and other coronaviruses. *Brain Behavior, and Immunity*, In press.

13. Perlman S et al. Spread of a neurotropic murine coronavirus into the CNS via the trigeminal and olfactory nerves. *Virology* 1989;170:556-560.



Dr. Russell Blaylock, author of **<u>The Blaylock Wellness Report</u>** newsletter, is a nationally recognized board-certified neurosurgeon, health practitioner, author, and lecturer. He attended the Louisiana State University School of Medicine and completed his internship and neurological residency at the Medical University of South

Carolina. For 26 years, practiced neurosurgery in addition to having a nutritional practice. He recently retired from his neurosurgical duties to devote his full attention to nutritional research. Dr. Blaylock has authored four books, Excitotoxins: The Taste That Kills, Health and Nutrition Secrets That Can Save Your Life, Natural Strategies for Cancer Patients, and his most recent work, Cellular and Molecular Biology of Autism Spectrum Disorders.

# WHO stands by recommendation to not wear masks if you are not sick or not caring for someone who is sick

https://www.cnn.com/2020/03/30/world/coronavirus-who-masks-recommendation-trnd/index.html

Posted by Jacqueline Howard, CNN 31 March 2020

World Health Organization officials Monday said they still recommend people not wear face masks unless they are sick with Covid-19 or caring for someone who is sick.

"There is no specific evidence to suggest that the wearing of masks by the mass population has any potential benefit. In fact, there's some evidence to suggest the opposite in the misuse of wearing a mask properly or fitting it properly," Dr. Mike Ryan, executive director of the WHO health emergencies program, said at a media briefing in Geneva, Switzerland, on Monday.

"There also is the issue that we have a massive global shortage," Ryan said about masks and other medical supplies. "Right now the people most at risk from this virus are frontline health workers who are exposed to the virus every second of every day. The thought of them not having masks is horrific."

Dr. Maria Van Kerkhove, an infectious disease epidemiologist with the WHO, also said at Monday's briefing that it is important "we prioritize the use of masks for those who need it most," which would be frontline health care workers.

"In the community, we do not recommend the use of wearing masks unless you yourself are sick and as a measure to prevent onward spread from you if you are ill," Van Kerkhove said.

"The masks that we recommend are for people who are at home and who are sick and for those individuals who are caring for those people who are home that are sick," she said.

World Health Organization officials warned at a media briefing last week that globally there is a "significant shortage" of medical supplies, including personal protective gear or PPE, for doctors.

"We need to be clear," Van Kerkhove said last week. "The world is facing a significant shortage of PPE for our frontline workers -- including masks and gloves and gowns and face shields -- and protecting our health care workers must be the top priority for use of this PPE."

# WHO guidance: Healthy people should wear masks only when 'taking care of' coronavirus patients

https://www.msn.com/en-us/health/health-news/who-guidance-healthy-people-should-wear-masks-only-when-taking-care-of-coronavirus-patients/ar-BB14JBI4?li=BBnb7Kz

Fox News – posted 30 May 2020 by Louis Casiano

The World Health Organization is recommending healthy people, including those who don't exhibit COVID-19 symptoms, only wear masks when taking care of someone infected with the contagion, a sharp contrast from the advice given by American public health officials who recommend everyone wear a mask in public.

"If you do not have any repository symptoms such as fever, cough or runny nose, you do not need to wear a mask," Dr. April Baller, a public health specialist for the WHO, says in a video on the world health body's website posted in March. "Masks should only be used by health care workers, caretakers or by people who are sick with symptoms of fever and cough."

The recommendation has not changed and differs from the Centers for Disease Control and Prevention (CDC), which urges individuals to wear a mask or face covering in public settings, regardless of infection or not, to limit the spread of the virus.

"We now know from recent studies that a significant portion of individuals with coronavirus lack symptoms ('asymptomatic') and that even those who eventually develop symptoms ('pre-symptomatic') can transmit the virus to others before showing symptoms," the CDC mask guidance says. "In light of this new evidence, CDC recommends wearing cloth face coverings in public settings where other social distancing measures are difficult to maintain."

Baller noted that masks can give people a "false feeling of protection" and noted that sick individuals should wear one to prevent transmitting the virus to others.

Messages to the WHO from Fox News were not immediately returned.

The CDC recommended last month that people wear nonsurgical face coverings when out in public after previously advising only health care workers and people exhibiting symptoms to do so. A new study suggests that wearing masks could cut COVID-19 cases by 80 percent if people heeded the advice.

"Universal masking at 80 [percent] adoption flattens the curve significantly more than maintaining a strict lockdown," a group of international researchers wrote in the study, which has not yet been peer-reviewed.

The authors noted that countries and regions -- Macau, Beijing, Taiwan, Singapore and Japan -- with histories of wearing masks have seen huge reductions in the number of coronavirus cases after reaching their peak.

A separate study released earlier this month divided scientists on the effectiveness of wearing masks.

# CREEPY! Biden Scolds Reporter For Not Wearing a Mask on an Empty Street in Creepy Orwellian Video

The Next News Network, hosted by Gary Franchi
Reported by Josh Bernstein on 29 May 2020

https://www.youtube.com/watch?v=LKnvtLSWnUM

Start at 2:00. Read a story from offline:

"My daughter is 19 years old. She is healthy. Front line worker at a huge grocery store chain. She started feeling sick about 2 weeks ago. Side and back pain, followed with nausea, chest pain. The primary doctor that she went to sent her for a chest x-ray. Something quote lit up on the right side of her chest. She then sent for an MRI, and a CAT scan, then ultra sound of back and abdomen areas. Nothing. While at work, she was unable to breathe. Chest pain. They rushed her to the ER and they quarantined her. They tested her for COVID-19. She is young. She was by herself because no one can be with her. It turns out it was pleurisy. Pleurisy is an infection of the outside of the linings of the lungs. They basically told her, well, it's because you've been wearing a mask for over 8 hours a day, 5 to 6 days a week, breathing in your own bacteria. Carbon dioxide. This is what caused the infection in her lungs. And now, unfortunately, she is in severe pain. She has to be off of work without any pay, but you won't see any of this on social media. You won't see this being reported by the Communist News Network, or the Washington Posterior, or the New York Slimes, or any other of the alphabet type channels out there. And she's 19 years old and she was healthy. Now, she is bed ridden and she is struggling to breathe, and she is on antibiotics and steroids and breathing treatments.

This is Hypercapnia. It can be caused by rebreathing your own exhaled CO2 by wearing a mask continually.



Main symptoms of
# Carbon dioxide toxicity

**Volume %
in air**

- 1%
- 3%
- 5%
- 8%

**Visual**
- Dimmed sight

**Auditory**
- Reduced hearing

**Central**
- Drowsiness
- Mild narcosis
- Dizziness
- Confusion
- Headache
- Unconsciousness

**Skin**
- Sweating

**Respiratory**
- Shortness of breath

**Heart**
- Increased heart rate and blood pressure

**Muscular**
- Tremor



**WARNING:**

THIS PRODUCT IS AN EAR LOOP MASK. THIS PRODUCT IS NOT A RESPIRATOR AND WILL NOT PROVIDE ANY PROTECTION AGAINST COVID-19/CORONA OR OTHER VIRUSES OR CONTAMINANTS

You THINK your MASK will help against a virus! It will NOT STOP DRY WALL DUST! Thank You brother for illustration!





It Is Like Using Chicken Wire To Protect Against Mosquitos -DWK

# Dr. Tenpenny: This is The Biggest Scam Ever Perpetrated on The Human Race...

https://beforeitsnews.com/health/2020/05/dr-tenpenny-this-is-the-biggest-scam-ever-perpetrated-on-the-human-race-3022120.html

Posted by Before It's News – 2020-05-04

Dr. Sherri J. Tenpenny is an osteopathic medical doctor, board certified in three medical specialties.

In this explosive interview, Spiro Skouras is joined by Dr. Sherri Tenpenny. The two discuss the latest developments regarding the coronavirus situation which was declared a global health pandemic, by the Gates funded World Health Organization, as more information comes to light questioning the need for a global lockdown.

Dr. Tenpenny and Spiro examine and explore, the motives of the global response by governments, global institutions and private interests, as Dr. Tenpenny exposes perhaps the most alarming aspect of the crisis yet!

No, it is not the virus, it is the blank check issued to the vaccine and drug manufacturers, which not only provides unlimited funding, but also provides blanket immunity to Big Pharma for any harm attributed with the treatments produced during the declared emergency, including all drugs and vaccines.

This blanket immunity is provided by the US government under the PREP Act and provides the drug and vaccine manufacturers the 'Ultimate Blank Check' during a declared emergency. As Dr. Tenpenny points out, the vaccine and drug manufacturers have zero incentive to produce a safe product, as the declared emergency not only rolls back regulatory standards and removes them from any and all liability, but it also ensures the government will purchase their products.

This is an unprecedented level of immunity which raises many questions and safety concerns.

# Ron Paul !COVID is nothing more than the deliberate collapsing of the global economy.

https://healthandmoneynews.wordpress.com/2020/04/18/ron-paul-covid-is-nothing-more-than-the-deliberate-collapsing-of-the-global-economy/

By Health & Money News - April 18, 2020

*"When all else fails, they take you to war." If we don't fight for freedom, we will die in war"*

[11 paragraphs skipped.]

**COVID is nothing more than the deliberate collapsing of the global economy**, so the real culprits, the US government, The US Federal Reserve, and the Big banks on Wall Street have a scapegoat. Don't blame us. It was that virus that did it. Trump calls it The Chinese Virus. Trend forecaster, and publisher of the Trends Journal, Gerald Celente, warned that: "When all else fails, they take you to war."If we don't fight for freedom, we will die in war, Celente adds. It's said the road to hell is paved with good intentions. It is with the same good intentions that we blindly place our trust in those with power, the architects of our future, and all too often, the manipulators of our ultimate fate. It's just a bad feeling I had last night. I say it sincerely without cryptic irony or conspiracy, I have no information, and also there is no need to create alarmism, but I know that Our politicians with their bankers' overlords only know one way out of depressions, World War.

[The rest of the article is skipped.]

**German Official Leaks Report Denouncing Corona as 'A Global False Alarm' – as I've said from day one: You've been had people (which is why they are desperately trying to silence me)**



Germany's federal government and mainstream media are engaged in damage control after a report that challenges the established Corona narrative leaked from the interior ministry.

Some of the report key passages are:

- The dangerousness of Covid-19 was overestimated: probably at no point did the danger posed by the new virus go beyond the normal level.

- The people who die from Corona are essentially those who would statistically die this year, because they have reached the end of their lives and their weakened bodies can no longer cope with any random everyday stress (including the approximately 150 viruses currently in circulation).

- Worldwide, within a quarter of a year, there has been no more than 250,000 deaths from Covid-19, compared to 1.5 million deaths [25,100 in Germany] during the influenza wave 2017/18.

- The danger is obviously no greater than that of many other viruses. There is no evidence that this was more than a false alarm.

- A reproach could go along these lines: During the Corona crisis the State has proved itself as one of the biggest producers of Fake News.

So far, so bad. But it gets worse.

The report focuses on the "manifold and heavy consequences of the Corona measures" and warns that these are "grave".

More people are dying because of state-imposed Corona-measures than they are being killed by the virus.

The reason is a scandal in the making:

A Corona-focused German healthcare system is postponing life-saving surgery and delaying or reducing treatment for non-Corona patients.

https://davidicke.com/2020/05/30/german-official-leaks-report-denouncing-corona-global-false-alarm/

# Enraged Italians Abandon Masks, Denounce Pandemic As Scam

https://www.zerohedge.com/geopolitical/enraged-italians-abandon-masks-denounce-pandemic-scam

Posted on Zero Hedge by Tyler Durden on 3 June 2020

Hundreds of Italian demonstrators gathered in Rome's Piazza del Popolo on Tuesday, ditching their masks in a protest against the Italian government's lockdown restrictions aimed at controlling the spread of COVID-19.

The group, which calls themselves the 'Orange Vests,' is led by retired Carabinieri general Antonio Pappalardo, who doesn't believe children should be made to wear masks, according to _TIME_.

Refusing to wear a mask himself, Pappalardo said "These lungs mine. I will take care of my lungs. Breathing is sacred."

> The people packing the square didn't adhere to social-distancing guidelines set by the government.

> Pappalardo portrayed such containment measures as an infringement of freedom. Other speakers at the protest asserted that the pandemic "never existed" and alleged that politicians had played it up to enhance their own powers. -_TIME_

Elsewhere in Rome, **opposition leaders, including League Party chief Matteo Salvini, marched on Tuesday** to demand that the government resign.

Unveiling an Italian flag along the Via del Corso, Rome's central artery, the gathering soon turned into a procession led by Salvini and two other party leaders: Giorgia Meloni of the right-wing Brothers of Italy, and Antonio Tajani, who co-founded former PM Silvio Berlusconi's center-right Forza Italia, according to _France24_.

According to a Facebook post by Salvini, the march was "a symbolic gesture to make heard the voices of the citizens who do not give up."

> **As Italy faces the worst recession since the war,** the crisis could further bolster the far-right with the country scrambling to support businesses.

> **"There is an immediate need for money for the Italians, yet we are promised the recovery fund in 2021,"** Salvini told reporters, referring to the 750-billion-euro European recovery plan.

> "There can be no forgotten Italian workers," he added.

> He also expressed opposition to the government's decision to temporarily allow illegal migrants to work on the land or as domestic helpers. -_France24_

Salvini was spared standing trial last week by a special committee over allegations of illegally detaining migrants at sea.



https://www.youtube.com/watch?v=Y2Hnl7iRvpo&feature=em-uploademail



I am ***exempt*** from ALL REGULATION mandating face mask usage in public. Wearing a face mask poses a health risk to me.

Under the **ADA** and **HIPAA**, I am NOT required to disclose my medical condition to anyone.

Department of Justice ADA Violation information line: 800-514-0301 Organizations and businesses can be fined up to $75,000 for the first ADA violation and $150,000 for any subsequent violation

## ATTN GOVERNMENT AGENTS

**PLEASE PROVIDE LAWFUL AND NECESSSARY CONSIDERATION TO AID THE BEARER IN THE UNIMPEDED EXERCISE OF CONSTITUTIONALLY PROTECTED RIGHTS.  THANK YOU FOR YOUR UNDERSTANDING AND ASSISTANCE.**

By Health & Money News / June 10, 2020

# FACE MASK SAFETY
## KNOW THE FACTS BEFORE YOU WEAR ONE



### DECREASES OXYGEN INTAKE
**BREATHING THROUGH A MASK DECREASES THE AMOUNT OF OXYGEN WE NEED TO LIVE & BE HEALTHY, INCREASES BLOOD ACIDITY & MAKES BREATHING DIFFICULT.**



### INCREASES TOXIN INHALATION
**TOXINS THAT WE NORMALLY EXHALE AS WE BREATHE BECOME TRAPPED IN THE MASK AND RE-INHALED INTO THE LUNGS, INCREASING SYMPTOMS.**



### SUPPRESSES IMMUNE SYSTEM
**DECREASES OXYGEN INTAKE, INCREASES CARBON DIOXIDE & TOXIN INTAKE PUTTING BODY UNDER STRESS, RELEASING CORTISOL & SHUTTING DOWN IMMUNE PROCESSES.**



### INCREASES VIRUS RISK
**ENCOURAGES TRIGGERING & INFECTION FROM DORMANT RETRO VIRUSES ALREADY IN THE BODY, TAKING ADVANTAGE OF A WEAKENED IMMUNE SYSTEM DUE TO MASK WEARING.**



### SCIENTIFICALLY INACCURATE
**VIROLOGISTS MEASURE COVID-19 TO BE 80-140nm IN SIZE MAKING THE WEAVE OF MATERIAL MASKS TO BE THE EQUIVALENT OF A CHAIN-LINK FENCE TO A MOSQUITO.**



### EFFECTIVENESS NOT STUDIED
**ABSOLUTELY NO PEER-REVIEWED STUDIES HAVE BEEN CARRIED OUT OF MASK EFFECTIVENESS WITHIN A SOCIAL ENVIRONMENT TO CONTROL, PREVENT OR ELIMINATE THE SPREAD OF DISEASE.**

## MASK SAFETY INFORMATION
## 6 FACTS TO BE AWARE OF BEFORE
## WEARING A FACE MASK

https://go.selfrely.com/masks-back-in-stock?aff_sub=NATIVE&aff_sub2=Ad6&affiliate_id=596955&click_id=&cookiepreview=false&noautoplay=false&nopopup=false&pi_adid=597145&pi_clickid=19f7a19cbce6405eb21f65843d7f356e&pi_creativeid=636590



The vast majority of the air these well-meaning folks are breathing is coming through the gaps.

**Even the best homemade masks filter only 65% of particulates that could be carrying the coronavirus**

OSHA - https://www.osha.gov/SLTC/covid-19/covid-19-faq.html

**COVID-19 Frequently Asked Questions**

Cloth Face Coverings

Cloth face coverings:

> Will not protect the wearer against airborne transmissible infectious agents due to loose fit and lack of seal or inadequate filtration.

Surgical masks:

> Will not protect the wearer against airborne transmissible infectious agents due to loose fit and lack of seal or inadequate filtration.

https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.134

1910.134(b) - *Definitions.* The following definitions are important terms used in the respiratory protection standard in this section.

*Oxygen deficient atmosphere* means an atmosphere with an oxygen content below 19.5% by volume.

https://www.youtube.com/watch?v=3STOGvsVCPs&feature=share

Health and Money News  18 June 2020
https://healthandmoneynews.wordpress.com/2020/06/18/covid-19-questions/

# COVID-19 QUESTIONS

A PHILOSOPHER NAMED MENCIUS ONCE REMARKED, "TO ACT WITHOUT CLEAR UNDERSTANDING, TO FORM HABITS WITHOUT INVESTIGATION, TO TRAVEL A PATH ALL ONE'S LIFE WITHOUT KNOWING WHERE IT REALLY LEADS; SUCH IS THE BEHAVIOR OF THE MULTITUDE." MOST DON'T ASK QUESTIONS AND SO, ARE EASILY DECEIVED. ARE YOU ONE OF THE UNTHINKING "MULTITUDE?" HERE ARE SOME PERTINENT QUESTION CONCERNING COVID-19. SEE IF YOU CAN FIND THE ANSWERS.

1.) HOSPITALS ARE INCENTIVIZED TO RECEIVE A $13,297 MEDICARE REIMBURSEMENT FOR EVERY REGISTERED COVID PATIENT; ADDITIONALLY THEY RECEIVE $40,218 FOR PUTTING A PATIENT ON A VENTILATOR. DO YOU SEE A "MONEY MOTIVE" CONFLICT OF INTEREST IN THIS "REWARDS PROGRAM?" IS IT POSSIBLE THAT HOSPITALS WOULD SAY A PERSON HAS COVID WHEN HE DOESN'T, THEREBY RESULTING IN FRAUDULENT TOTAL COVID-19 CASES & DEATHS?

2.) MEDICARE REIMBURSEMENT FOR COVID-19 TESTS WILL BE $36 FOR EVERY CDC TEST AND $51 FOR ALL THOSE CREATED IN HOUSE OR BY OTHER ENTITIES. FOLLOW THE MONEY. WHO BENEFITS FROM ALL THESE TESTS BEING MARKETED BY CORPORATE MEDIA AND SOLD?

3.) KOCH'S POSTULATES ARE FOUR CRITERIA DESIGNED TO ESTABLISH A CAUSATIVE RELATIONSHIP BETWEEN A MICROBE AND A DISEASE. NO TOP MEDICAL RESEARCH PAPER (ZHOU, KIM, POUTANEN, DROSTEN, KSIAZEK, PEIRIS) HAS MET KOCH'S CRITERIA. NOT ONE! THIS ALONE PLACES COVID-19 AS THE CAUSE OF A PANDEMIC WITHOUT MEDICAL PROOF. WHY DO YOU THINK THIS IS?

4.) THESE MAJOR RESEARCH PAPERS INDICATE THAT CV-19 HAS NEVER BEEN ISOLATED, PURIFIED OR VISUALIZED. HOW THEN, CAN ANYONE SAY WHO DOES OR DOESN'T HAVE THE VIRUS?

5.) BECAUSE COVID-19 HAS NOT BEEN ISOLATED, PURIFIED OR VISUALIZED WHAT'S THE POINT OF TAKING A RT-PCR TEST OR AN ANTIBODY TEST?

6.) THE RT-PCR TEST CAN'T LOOK FOR A VIRUS THAT'S NEVER BEEN ISOLATED. IT CAN ONLY LOOK FOR SOMETHING THAT IS ASSOCIATED WITH WHAT PEOPLE CONSIDER "VIRAL ACTIVITY." WHY ISN'T MAINSTREAM MEDIA REPORTING ON THIS?

7.) MEDICAL PROFESSIONALS AS WELL AS CORPORATE MEDIA ADMIT THAT THE PCR TEST IS HIGHLY INACCURATE, EVEN APART FROM THE FACT THAT THE VIRUS HASN'T BEEN VISUALIZED. DOES THAT SOUND LIKE A TEST YOU STILL WANT TO TAKE? – WHO BENEFITS FROM THE CREATION OF ALL THESE TESTS? COULD HARM COME TO YOU IF YOU TAKE SUCH A TEST?

8.) ACCORDING TO THE CDC, REGULAR SEASONAL INFLUENZA AFFLICTS, HOSPITALIZES AND KILLS FAR MORE PEOPLE THAN CV-19. WHY, THEN, WOULD WE SHUT EVERYTHING DOWN WHEN WE DEAL WITH MUCH WORSE EVERY YEAR?

9.) CONSIDER CHICAGO HEALTH OFFICIAL DR. NGOZI EZIKE'S STATEMENT: "IF YOU WERE IN HOSPICE AND HAD ALREADY BEEN GIVEN A FEW WEEKS TO LIVE, AND THEN YOU ALSO WERE FOUND TO HAVE COVID, THAT WOULD BE COUNTED AS A COVID DEATH. IT MEANS TECHNICALLY EVEN IF YOU DIED OF A CLEAR ALTERNATE CAUSE, BUT YOU HAD COVID AT THE SAME TIME, IT'S STILL LISTED AS A COVID DEATH. SO, EVERYONE WHO'S LISTED AS A COVID DEATH DOESN'T MEAN THAT THAT WAS THE CAUSE OF THE DEATH, BUT THEY HAD COVID AT THE TIME OF THE DEATH.

10.) FORCED CLOSURES ARE DESTROYING LIVES, LEADING TO BANKRUPTCY AND HOMELESSNESS. THE "STIMULUS" WILL DEVALUE OUR DOLLAR AND LEAD US INTO HYPER-INFLATION AND A CASHLESS SOCIETY. IF WE LET THAT HAPPEN AMERICA IS DONE! GO TO HIGHIMPACTFLIX.COM TO FIND OUT HOW YOU CAN CHANGE YOUR COMMUNITY AND TAKE YOUR COUNTRY BACK!

Virologist says …

From Dr. Judy Mitkovitz:

"The pandemic is being misrepresented as if viruses float through the air. *Viruses don't float through the air. They don't live on surfaces, especially corona viruses, much more than an hour.* We're being told wipe down our groceries, this is ridiculous."

"*It's far more plausible that's it's (the virus) been injected.* … This virus didn't spread to 110 countries from a seafood market in China - it's plausible, *it's probable that's it's been in the flu vaccine since 2013-2015. … we have no idea, but the flu vaccine is driving the infections.*"

"I object to the mask because if you are carrying these injected viruses and you are wearing a mask … and *you activate the virus with things like stress* … these dormant viruses will wake up in yourself and you will re-infect yourself with a mask. Especially those with asthma, COPD, those living in pollution. … There are a lot of co-factors to disease development. … *Wearing a mask will kill more people than this virus.*"

"*It is the vaccinated spreading the virus because they are immunocompromised.*"


El virólogo dice …

Del Dr. Judy Mitkovitz:

"La pandemia está siendo tergiversada como si los virus flotaran por el aire. *Los virus no flotan en el aire. No viven en superficies, especialmente estos virus corona, mucho más de una hora.* Se nos dice que limpie nuestros alimentos, esto es ridículo."

"*Es mucho más plausible que se haya inyectado (el virus).* … Este virus no se propagó a 110 países desde un mercado de productos del mar en China - es plausible, *es probable que haya estado en la vacuna contra la gripe desde 2013-2015. … no tenemos idea, pero la vacuna contra la gripe está impulsando las infecciones.*"

"Me opongo a la máscara porque si llevas estos virus inyectados y estás usando una máscara ... y *activas el virus con cosas como el estrés* ... estos virus latentes se despertarán en ti y te volverás a infectar con una máscara. Especialmente aquellos con asma, EPOC, aquellos que viven en la contaminación. ... Hay muchos cofactores para el desarrollo de la enfermedad. ... *Usar una máscara matará a más personas que este virus.*"

"*Es la vacuna que propaga el virus porque están inmunocomprometidos.*"

Dr. Mitkovits, former virologist at the U.S. Biological Warfare Lab, explains some startling truths:

- Wearing a mask will make you sicker by forcing you to re-breathe the bacteria and viruses already in your respiratory system.
- COVID-19 strain used in winter flu vaccines throughout the world since 2013.
- No test for COVID-19 is worthy of credence without at least another confirmatory results by a different kind of test.
- The only criteria for immunity is having the antibodies.
- Never accept the COVID-19 vaccine.
- You cannot catch a virus from coughing, it live no more than 1 hour on surfaces.
- COVID-19 is not lethal enough to cause any more than 0.8% of those infected seriously sick.
- The Pandemic is a complete hoax being used to enslave humanity.
- All vaccines will make some of those who receive them sick with the disease against which it was developed to prevent.
- COVID-19 does not come from animal to human transfer, it was grown in a lab.
- Winter flu vaccines is the only plausible explanation for world wide spread of COVID-19.
- Being infected does not mean you are sick or infectious to others.
- Symptoms are not a scientific way of diagnosing COVID-19.
- Dr. Anthony Fauci has intervened to cover up study which proved that vaccinations cause cancer and other cancer causing viruses, in addition to Autism.
- Polio vaccines transmitted cancer causing SIV & Sv40 virus.
- The immunity granted by the U.S. Government in 1986 at the insistence of Dr. Anthony Fauci, to Vaccine Manufacturers has made them dangerous, dirty and unsafe.
- Every vaccine can cause in some persons a lethal immune response which can kill them.
- The FDA is a criminal organization.
- Korea responded by using the correct tests.
- The USA is suffering from a plague of corruption in the Vaccine industry.
- Vaccine Industry is systematically ending the production of safer medicines which could cure or prevent infection, because there is no money in preventing or curing disease.

# WHO: No evidence wearing a mask can protect healthy people from coronavirus

**The World Health Organization (WHO) said masks should only be worn by health care workers and those who are infected.**

https://thehill.com/changing-america/well-being/prevention-cures/491725-who-no-evidence-wearing-a-mask-can-protect

The Hill - by *Joseph Guzman* 8 April 2020

Story at a glance

- WHO released new guidance Monday advising that healthy people don't need to wear masks.
- WHO said the use of masks in the community may create a false sense of security, prompting people to disregard physical distancing measures.
- The CDC recently recommended the public wear homemade masks or face coverings, as people who unknowingly have the virus could pass it to others.

The World Health Organization (WHO) says healthy people don't need to wear face masks to prevent the spread of the coronavirus, and masks should only be for those who are sick, their caretakers and health care workers.

In guidance released by WHO Monday, the United Nations public health agency said "there is currently no evidence that wearing a mask (whether medical or other types) by healthy persons in the wider community setting, including universal community masking, can prevent them from infection with respiratory viruses, including COVID-19."

WHO said the use of medical masks among the general public could create a false sense of security and cause people to ignore social distancing measures and hygiene practices. Currently in the U.S., the overwhelming majority of states have issued stay-at-home orders to stop the spread of the virus, and federal guidance advises citizens to stay home and not gather in groups of more than ten through April 30.

WHO said another concern is people may contaminate themselves by touching their face more frequently when they adjust, remove and dispose of their masks.

The agency said masks should be reserved for those who are infected with the virus or are in close contact with infected patients. People experiencing cough or shortness of breath or other symptoms of COVID-19 should also wear masks even if they have not tested positive, and should self-isolate and seek medical attention.

The agency reviewed its position on masks after data from Hong Kong suggested the widespread use of masks in the community may have reduced the spread of COVID-19 in some regions.

But the Centers for Disease Control and Prevention (CDC) issued new guidance last week recommending people wear homemade masks or face coverings to stop the spread of coronavirus, a reversal for the agency that said at the beginning of the outbreak healthy people did not need to wear mask because it would not protect them from contracting the disease.

Research released in recent weeks indicates people can have the virus, show no symptoms and unknowingly pass it to others. The CDC says wearing face coverings could prevent that.



The **NEW ENGLAND**
**JOURNAL** *of* **MEDICINE**

**May 21, 2020**
N Engl J Med 2020; 382:e63
DOI: 10.1056/NEJMp2006372

## Excerpt:

We know that wearing a mask outside health care facilities offers little, if any, protection from infection. Public health authorities define a significant exposure to Covid-19 as face-to-face contact within 6 feet with a patient with symptomatic Covid-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes). The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal. In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic.

 **David E. Crain**                                    •••

Paperwork from my negative test today, Beaumont
Emergency center



PATIENT  Crain David
MRN  86126                                      PROVIDER  Anthony Williams MD
Acct No  57224                                       DOS  06/29/2020 10:09
DOB  06/13/1965                                         Page 2 of 3

- • *Cover your cough or sneeze with a tissue, then throw the tissue in the trash. If you cannot cough into a tissue, cough into your elbow.*

- • *Clean and disinfect frequently touched objects and surfaces using a regular household cleaning spray or wipe. Especially your phone / electronics.*

- • *Follow CDC's recommendations for using a facemask.*

  - *CDC does not recommend that people who are well wear a facemask to protect themselves from respiratory diseases, including COVID-19.*

  - *Facemasks should be used by people who show symptoms of COVID-19 to help prevent the spread of the disease to others. The use of facemasks is also crucial for health workers.*

*Wash your hands often with soap and water for at least 20 seconds, especially after going to the bathroom; before eating; and after blowing your nose, coughing, or sneezing.*

- ○ *If soap and water are not readily available, use an alcohol-based hand sanitizer with at least 60% alcohol. Always wash hands with soap and water if hands are visibly dirty.*

Because I was curious. First pic no mask. Second 5 min of an N95. (Don't worry I took it off and my O2sat returned to normal.) I literally can't breathe in a mask!





**Baseline**

**20 minutes of mask wearing**

A PULSE OXIMETER measures the OXYGEN in one's blood.

Pulse oximetry is a noninvasive and painless test that measures your oxygen saturation level, or the oxygen levels in your blood. It can rapidly detect even small changes in how efficiently oxygen is being carried to the extremities furthest from the heart, including the legs and the arms.

The Pulse Oximetry Test: A pulse oximeter clips onto your finger and indirectly measures oxygen saturation. A reading of 94 to 99 PERCENT or higher indicates NORMAL OXYGEN SATURATION, and anything BELOW 90 PERCENT is considered to be LOW BLOOD OXYGEN, also known as HYPOXEMIA.

# Health and Money News

**Highlighted** titles are **HIGHLY RECOMMENDED** for reading.

Articles can be found at https://healthandmoneynews.wordpress.com/author/tdmrica/

1. 09 Jun - **Corrupt World Health Organization Does a 180 – Now Says Asymptomatic Spread of Coronavirus is "Very Rare"**
2. 09 Jun - Coronavirus: The Merger of Corruption & Tyranny
3. 09 Jun - New York State Barr Association proposes mandatory COVID-19 vaccine, in violation of Nuremburg code, medical ethics, informed consent
4. 09 Jun - It's Official 5G Killing Bees, but so is 4G, 3G, 2G
5. 09 Jun - **To citizens wearing medical masks: You're whacko conspiracy theorists**
6. 10 Jun - Never Mind: CDC & WHO Lied…….. Constantly!
7. 10 Jun - **Face Mask Safety… Please pass this along!**
8. 10 Jun - WE'VE BEEN BAMBOOZLED! Experiments with Spanish Influenza, 1918-1919 (The Invisible Rainbow)
9. 11 Jun - Even COVID-19 Can't Kill the Anti-Vaccination Movement—Thoughts of a Vaccine Safety Advocate
10. 11 Jun - Nurse tells all: Covid19 patients that are put on ventilators are sedated and never wake up!!
11. 12 Jun - U.K. Declares Covid 19 a Scam???
12. 12 Jun - Colorado Bill Requires "Re-education" For Parents Who Refuse The Coronavirus Vaccine
13. 12 Jun - The Nightmare called Fauci is Back… !
14. 13 Jun - Spain Under Permanent Lock Down… Till All Are Vaccinated!
15. 14 Jun - **THE CAT IS OUT OF THE BAG THE VIRUS WAS A HOAX AFTER ALL**
16. 14 Jun - The Time Has Come for Civil Disobedience
17. 14 Jun - After Covid 19 ….Now Comes the Davos 'Great Reset'
18. 15 Jun - Utilitarianism Demands Sacrifice 'for the Greater Good'
19. 15 Jun - WALMART POLICY SUPPORTS BLM OVER POLICE, CHECKER REFUSED TO RING UP OFFICER & Family
20. 15 Jun - "How is Money Created? Everything You Need to Know"
21. 16 Jun - If You Want to Make The Best Change, Reject The Entire System And Refuse To Vote!
22. 16 Jun - Planned "Second Wave" is Coming: The Terrorism Committed By Government Isn't Over Yet
23. 16 Jun - Dr. Judy Mikovits: 50 Million People will die if they get the Covid-19 Vaccine- 2 min.
24. 16 Jun - Virginia, Get Your Children Out of This State
25. 18 Jun - **Masks Found Not To Prevent Disease, Now Social Distancing Also a Hoax**
26. 18 Jun - Covid 19 was Cover for the Federal Reserve's Failings, Riots Laid Even More Cover For What's to Come
27. 18 Jun - Covid 19 Questions
28. 18 Jun - **EXCLUSIVE: Coronavirus Mortality Study Continues to Confirm Overall Mortality Not Much Different Than a Bad Seasonal Flu**
29. 19 Jun - Coronavirus- The Pathetic Truth About Americans
30. 19 Jun - **Corona Face Mask: Symbol of Slavery**
31. 19 Jun - Americans Should Never Again Comply With Pandemic Lockdown Orders
32. 19 Jun - "We Are In A Live Exercise Here"
33. 20 Jun - **HOW NOT TO WEAR A MASK IN PUBLIC**
34. 20 Jun - Fema Officer: Vaccine Agenda Exposed!
35. 20 Jun - **The Face Mask Scam**
36. 20 Jun - **NO GOVERNOR CAN ORDER YOU TO WEAR A MASK**
37. 20 Jun - "Why America Closed Down Bro" With A Phony Virus
38. 20 Jun - Why & How, Everything is Owned by The Banksters
39. 21 Jun - This CongressWoman Gets It
40. 22 Jun - Simple Cure for the Flu?

41.  22 Jun - Resist Or Submit
42.  22 Jun - **WHO Says COVID-19 Asymptomatic Transmission Is 'Very Rare'**
43.  24 Jun - **Face Masks Are Dangerous!!!!!!!!!**
44.  25 Jun - Nothing Will Change, Till We Stop Cooperating With Our Slavery
45.  25 Jun - ***Silent Weapons-Oxygen Depletion: Best Way to Achieve Population Control***
46.  26 Jun - Is the Coronavirus Scare a Psychological Operation?
47.  26 Jun - **How To Commit Suicide…?? Wear a Mask**
48.  26 Jun - **Divide & Rule: Masks, Social Distancing, House Arrest, Riots- Look in the Other Direction**
49.  26 Jun - Soylent Green is people; COVID-19 is old people
50.  27 Jun - **Mesh Mask Man Rides!**
51.  27 Jun - **It's Not About Masks or Health– It's About POWER**
52.  28 Jun - **North Carolina Woman Starts 'Burn Your Mask' Challenge to 'Ignite Freedom'**
53.  28 Jun - The Long-Planned Second Wave of This Coronavirus Is Now Going Into High Gear
54.  29 Jun - *COVID-19 Hype Is Essential…*
55.  29 Jun - Vaccination – It Will Happen By December
56.  29 Jun - The Second Round Of Lockdowns Won't Be As Easy As The First
57.  29 Jun - It is Time To Stop Funding the Corporations That Are Killing Us
58.  29 Jun - Covid 911 – The Rest of The Story
59.  29 Jun - The Right To Hate, The Right To Love
60.  29 Jun - You Don't Have To Take the Gates Vaccine
61.  29 Jun - The Farce and Diabolical Agenda of a 'Universal Lockdown'
62.  29 Jun - The Media Is Lying About The "Second Wave".. Hospitals admit the numbers are lie….
63.  29 Jun - BUSTED: NIH Owns Financial Stake In Gates-Funded Coronavirus Vaccine
64.  30 Jun - Mandatory Vaccination Passport planned long Before the Scamdemic
65.  30 Jun - **Masked Science: Major Medical Journals — Masks Do Not Protect Anyone, and Cause Disease!**
66.  30 Jun - How The Global Elite Take A Vaccine?? Maybe
67.  01 Jul - Radical Frugality Is the Only Way Out
68.  02 Jul - **3033 - COVID TEST DOESN'T TEST FOR COVID--WE HAVE BEEN SCAMMED BY THE DOCTORS, DRUG COMPANIES, & POLITICIANS!**
69.  04 Jul - Many Pathologists Agree "No One Has Died from the Coronavirus"
70.  05 Jul - *Declare independence from medical tyranny: We all have the right of self-defense against forced vaccines*
71.  06 Jul - Deaths From Measles Vs Deaths From Measles Vaccine
72.  06 Jul - To Patriots: Look at Italy Now
73.  07 Jul - Robert Kennedy Jr.: "Pharmaceutical Drugs Are Now The 3rd Leading Cause of DEATH" In US
74.  07 Jul - **Petition To White House: We the People ask the Administration to STOP Face Mask Draconian Mandates**
75.  07 Jul - THE 1918 "SPANISH FLU" ONLY THE VACCINATED DIED – POLIO VACCINE ALSO A FRAUDULENT RUSE
76.  07 Jul - *A View of The Covid Test That is Very Uncomfortable*
77.  07 Jul - **Breaking: WHO Corona Asymptomatic Patients Are Not Infectious**
78.  07 Jul - THE STORY OF INFLUENZA. AN IMPORTANT TALE TO TELL YOUR FRIENDS
79.  08 Jul - Worldwide Population Being Tortured in Deep State PsyOP
80.  08 Jul - We've Been Duped: CDC-Covid Test Means You Have Had a Cold?
81.  08 Jul - Covid 19 Test Swabs Are Tainted With Covid 19…. ???
82.  09 Jul - An Assessment of the ScamDemic & The Fall Of The Republic
83.  10 Jul - Covid Was The Plan All Along to Destroy The Economy & People of the US
84.  10 Jul - **The Biggest Global Hoax In History**
85.  10 Jul - ***18 Second Video Prove… Masks Do Not Work!!!!***
86.  11 Jul - ScamDemic Causes Collapse of Town Economy, So They Printed Their Own Currency
87.  11 Jul - AOC Spills The Beans On Why We Are Locked Down & Locking Down Again?????

88.   11 Jul - Everybody Knows! - Everyone knows in their heart that the Corona flu is ********
89.   13 Jul - Coming Very Soon: Proof Of Vaccination to Use Currency??
90.   14 Jul - It's Just a Mask
91.   14 Jul - More Proof Trump Is Working On Bill Gates' Vaccine Under "Operation Warp Speed"
92.   14 Jul - *Covid-10: The Most Successful Global Psychological Operation Ever Perpetuated in Human History*
93.   15 Jul - Africa Leader Finally Reject & Exposes Bill Gate Deadly Vaccine For Africa
94.   16 Jul - **OSHA Covering Up Face Mask Danger?**
95.   16 Jul - Life as We Know it May Soon be Over and Replaced by the New World Order
96.   17 Jul - Vaccine Guinea Pig: "Sickest in His Life" after Covid 1984 Vaccine Trial
97.   17 Jul - A Cashless Society
98.   18 Jul - Fox News: Virus is a Scam??? What They're Not Telling You
99.   18 Jul - UN... This is Just an Exercise– a Live Simulation – 196 Countries Agreed to Participate!!
100.  19 Jul - Meet Your New Ruler– THE BEAST!
101.  19 Jul - My State Authorized Mandatory Vaccination... Has Yours?
102.  20 Jul - Covid Vaccine:Half of Clinical Trial Volunteers Have Adverse Reactions
103.  20 Jul - **CDC: Dear Humans: Face Masks Don't Work; The Study-review was Published by Your Very Own CDC**
104.  21 Jul - **"All the official COVID-19 numbers are fake, totally made up!"**
105.  21 Jul - The Real Cause of The ScamDemic: Lack of Oxygen, Bad Food! Leading to Bad Politics!
106.  21 Jul - **CDC: Masks Do Not Work & Here is the Science**
107.  21 Jul - Florida covid hustle
108.  21 Jul - *The Great Reset Is The War Against The People*
109.  22 Jul - Not a Virus – 2 Causes of Disease: Toxicity and Deficiency
110.  22 Jul - **Mandatory Masks = Mass Conditioning & Weaken Your Immune System**
111.  22 Jul - Make Congress Take The Bill Gates Vaccine of Death First!!!
112.  22 Jul - Our Next Mask?
113.  22 Jul - How Our Corporate Owners Shut Down America with a Phony Virus
114.  23 Jul - Ingredient That Causes Narcolepsy Being Used in Coronavirus Vaccine?
115.  23 Jul - How to Clean Your Arteries With One Simple Fruit
116.  23 Jul - The Truth About the TEST! or Why Big Pharma is a lie from the pit of Hell
117.  23 Jul - **Why Doctors & Hospitals Demand You Wear A Mask**
118.  24 Jul - Mandatory vaccination is in direct violation of the Nuremberg Code
119.  25 Jul - No Vaccine? No Facebook, No Google, and soon No Internet?
120.  25 Jul - **Physicians For Informed Consent Say Infection Fatality Rate of COVID-19 Is 0.26 Percent**
121.  25 Jul - How The 'Elites' Have Pulled Off the Plandemic
122.  26 Jul - Proof of Covid 19 ? Something Huge is Missing?
123.  26 Jul - A Message To All Americans: Who is Destroying Your Country !!
124.  27 Jul - Interview With Arthur Firstenberg: The Invisible Rainbow... or how Electricity is Toxic
125.  27 Jul - Many In Covid Vaccine Trials Are Having Serious Severe Adverse Reactions
126.  28 Jul - *?p=3346 - They Moved The Goalposts...AGAIN!: "It's Not Over When The Vaccine Arrives"*
127.  28 Jul - Dinesh D'Souza: Government Using Corona To Turn U.S. Into a Socialist/Communist State
128.  28 Jul - FOX NEWS: Military, Directed by Contact Tracers At Gunpoint, Transporting Civilians to Secret Facility??
129.  28 Jul - RAGE: Woman MACES Maskless Couple Enjoying Picnic
130.  28 Jul - **FrontLine Doctors: Deaths From Covid a Huge Lie!!!**
131.  28 Jul - Bill Gates caught on video admitting that his 'experimental' vaccine will CHANGE our DNA FOREVER.
132.  28 Jul - **Unmasking the Maskholes – Freedom Is Essential New Jersey**
133.  29 Jul - Trouble in covid vaccine paradise
134.  29 Jul - **Frontline Doctors With The Cure For Covid 19 – Part 2**
135.  29 Jul - 'We are not guinea pigs,' say South African anti-vaccine protesters



136. 29 Jul - Congressional Testimony: Two Children Dead in Earlier Corona Vaccine Trials
137. 29 Jul - Robert F. Kennedy Jr. and Dr.Andrew Kaufman on VACCINES
138. 29 Jul - Corona: This Was Only The Beginning
139. 30 Jul - No Vaccine …… Ever!- 2 min
140. *30 Jul - NY Times: PCR (Corona) Test is a Fraud – The Epidemic That Wasn't*



**World Health Organization**

**COVID PEER-REVIEWED RESEARCH**
June 5th, 2020

"At present, there is no direct evidence (from studies on COVID- 19 and in healthy people in the community) on the effectiveness of universal masking of healthy people in the community to prevent infection with respiratory viruses, including COVID-19 (63)."



Aiello AE, Perez V, Coulborn PM, Davis BM, Uddin M, Monto AS. Facemasks, hand hygiene, and influenza among young adults: a randomized intervention trial. PLoS One. 2012;7(1):e29744

"One study that evaluated the use of cloth masks in a health care facility found that health care workers using cotton cloth masks were at increased risk of influenza-like illness compared with those who wore medical masks (52)."



52. MacIntyre CR, Seale H, Dung TC, Hien NT, Nga PT, Chughtai AA, et al. A cluster randomized trial of cloth masks compared with medical masks in healthcare workers. BMJ Open. 2015;5(4):e006577.

"Many countries have recommended the use of fabric masks/face coverings for the general public. [As of June 2020], the widespread use of masks by healthy people in the community setting is not yet supported by high-quality or direct scientific evidence. There are potential harms to consider (see below):

• a false sense of security, leading to potentially lower adherence to other critical preventive measures
• difficulty with communicating clearly
• disadvantages for those with mental illness, elderly persons with cognitive impairment, those with asthma or chronic respiratory or breathing problems, those who have had facial trauma, those living in hot and humid environments."

"A recent study of 455 individuals showed that asymptomatic people are not causing infectivity. A person who was an asymptomatic carrier was known to have been in close contact with 455 other people. Each of these people were tested via blood test, CT scan of the lungs, and a nucleic acid test. They all demonstrated no infection."



Gao M, Yang L, Chen X. et al. A study on infectivity of asymptomatic SARS-CoV-2 carriers. Respir Med. 2020;169:106026
doi.10.1016/j.rmed.2020.106026

--

Verbatim quotes from the "Experts."

CDC- "Masks Don't Prevent Covid 19."
WHO- "Masks Don't Prevent Covid 19."
Fauci- "Masks Don't Prevent Covid 19. Only
Symbolic."
Dr. Birx- "Masks Don't Prevent Covid 19."
Masks Manufacturers- "Masks Don't Prevent
Covid 19."

OSHA... "Wearing Masks Longer Than 20 Mir
Without Changing Them Out Dangerously
Increases Infection Rates, Increases Co2
Levels & Significantly Decreases Oxygen
Levels Causing Multiple Life Threatening
Illnesses & Existing Illness Flair Ups. Cloth
masks increase infection rates."

Knowing all of this, masks are REQUIRED
everywhere by the government.  Why?
Because they perpetuate the fear in everyone
and dehumanize the people behind them.







**This is the Mask needed
to prevent Virus inhalation and
absorption through the eyes**

**This is a Mind Control Device**



I see a whole lot of this: 'People who don't wear masks are selfish and putting everyone else in danger.'

Just no. Stop.

Do you know what's selfish? Passing off responsibility for YOUR health to everyone else around you. It doesn't work that way. 😂

YOUR health is YOUR responsibility. MY health is MINE.

Trust me, you don't want ME in charge of your health because I'll swoop in and toss out all your junk food, processed crap, alcohol, & cigs, fill your fridge with fruits and veggies, force you to drink water, take quality supplements, exercise daily, and get plenty of sleep.

Oh, what's that? You don't want to be told what to eat, drink, take, do, etc? Well, Karen, if the way you're living promotes poor health and a depleted immune system that isn't functioning at its best, then you don't get to make a single health decision for me. 😏

My freedoms don't end where your fear begins. We are all adults that make our own decisions regarding the level of risk we are willing to take in everyday life. As of now, we're a free country, although that seems to be changing.

If YOU want to wear a mask, bleach everything around you, wear gloves, and never touch anyone or anything .. that's up to you. I do not and cannot accept that life.

# What Can Happen When You Wear A Face Mask




**WARNING on Mask Packaging · Will NOT Provide Protection from Viruses and COVID19**


Decreases Oxygen which can lead to Hypoxia


Can increase Pulse rate and Blood Pressure


Increases CO2 which can lead to hypercapnia


Suppresses Immune System which can increase susceptibility


Physiologic stress which can increase sympathetic (fight or flight) response increasing cortisol


Increased risk for developing a life threatening situation in Respiratory disease or heart conditions




ASHTON · JOYCE · NMD

• THEY CLOSED YOUR BUSINESS.
• THEY CLOSED YOUR CHURCH.
• THEY CLOSED YOUR PARKS.
• THEY CLOSED YOUR BEACHES.
• THEY BANNED FUNERALS.
• THEY BANNED GRADUATIONS.
• THEY MADE YOU WEAR MASKS.
• THEY BANNED DADS IN DELIVERY ROOMS.
• BUT THEY ALLOW THIS.
**YOU WERE PLAYED.**



They lied about THALIDOMIDE. They lied about TOBACCO. They lied about ASBESTOS. They lied about MERCURY. They lied about OPIOIDS. They're lying about VACCINES. They lied about ALUMINIUM in deodorants. They lied about TALC HYGIENE PRODUCTS. They lied about HORMONE REPLACEMENT THERAPY. They lied about LEAD IN PAINT. They lied about FLUORIDE. They lied about ANTIBIOTICS. They lied about SATURATED FAT. They lied about RAW MILK. They lied about PESTICIDES. They lied about GMO'S. They lied about NATURAL MEDICINES. They lied about CLIMATE CHANGE. They lied about SOY. They lied about ARTIFICIAL SWEETENERS. They lied about LED LIGHT BULBS. They lied about MERCURY FILLINGS. They lied about RF RADIATION. They lied about GLYPHOSATE. They're lying about FLUMIST. They're lying about STATINS. They're lying about SUGAR. They're lying about PROCESSED FOOD. They're lying about ANTIDEPRESSANTS. They're lying about ANTIPSYCHOTICS. They're lying about CHEMOTHERAPY. They're lying about RADIOTHERAPY...

**BUT THEY'RE TELLING THE TRUTH ABOUT COVID-19?**

# Thought for the week

It's not the government's job to protect my health. It's the government's job to protect my Constitutional rights. It's my job to protect my health. When you trade liberty for safety, you end up losing both.

Sarah Huckabee







**My Research**

1. 18 Second Video Prove… Masks Do Not Work!!!! | Health and Money News
2. 5G Whistleblower: Coronavirus Test Spreading Virus! You Cannot Catch the Coronavirus Unless You Take The COVID-19 Test Or COVID-19 Vaccines! Exposing the COVID-19 Lie! Great Videos. | Prophecy | Before It&apos;s News
3. 7.8.20: It&apos;s time to STAND/END the HORROR SHOW! Who wears mask and who DOES NOT?
4. Blaylock: Face Masks Pose Serious Risks To The Healthy
5. BOMBSHELL: NIH KNEW ABOUT CHLOROQUINE
6. BREAKING: Funeral Directors in COVID-19 Epicenter Doubt Legitimacy of Deaths Attributed to Pandemic
7. BREAKING: Researchers claim 100 percent cure rate vs. covid-19 in 100+ patient trial conducted in Ecuador, using intravenous chlorine dioxide – NaturalNews.com
8. Can the Government Restrict Travel to Protect Public Health? - LewRockwell
9. CDC Documented..Telling Doctors… to Lie About Cause of Death | Health and Money News
10. Censored: A Review Of Science Relevant To COVID-19 Social Policy And Why Face Masks Don&apos;t Work
11. Colorado amends coronavirus death count - says fewer have died of COVID-19 than previously reported | Fox News
12. Common steroid found to reduce deaths in sickest COVID-19 patients, researchers say
13. Corona Debunked by Biochemistry
14. Corona Emergency Hearing 6: Andrew Wakefield & Dr. Sherri Tenpenny
15. Coronavirus becoming far less deadly as it "adapts" to human hosts… no vaccine necessary, says doctor | The Common Sense Show
16. Coronavirus hype biggest political hoax in history - Washington Times
17. CoronaVirus Notable Cases - Google Drive
18. Coronavirus outbreak in U.S. on track to be less severe than this year&apos;s seasonal flu
19. Coronavirus: Fox News correspondent claims governors' stay-home-orders are &apos;unconstitutional&apos; | The Independent
20. COVID-19 - An Easy Way to Know You DON&apos;T HAVE IT!
21. COVID-19 is close to losing its epidemic status in the U.S., according to the CDC | Just The News
22. COVID-19 Mortality Rates Might Be Slightly Less
23. COVID-19: Is It as Deadly as They Say?
24. CovidTV Ad They Rejected
25. CREEPY! Biden Scolds Reporter For Not Wearing a Mask on an Empty Street in Creepy Orwellian Video
26. David Icke | German Official Leaks Report Denouncing Corona as 'A Global False Alarm' - as I&apos;ve said from day one: You&apos;ve been had people (which is why they are desperately trying to silence me)
27. Denver man files suit challenging state, city stay-at-home orders | Coronavirus | coloradopolitics.com
28. Doctor Says COVID-19 Death Statistics are Criminally Fraudulent - Red Pill University
29. Does Wearing a Face Mask Reduce Oxygen—and Can It Increase $CO_2$ Levels? Here&apos;s What Experts Say | Health.com
30. Dr Judy Michowitz&apos;s Video Restored | Armstrong Economics
31. Dr Judy Mikovits on Fire! Covid19, Vaccines, Cancer, Gmo, MESSAGE TO FAUCI!
32. Dr Judy Mikowits-Interview by Mikki Willis.mp4
33. Draconian coronavirus closures of restaurants threatens due process granted by Constitution - Washington Times
34. Dr. Blaylock: Face Masks Pose Serious Risks to the Healthy
35. Dr. Judy Mikovits Interviewed by the Health Ranger on the Coronavirus Pandemic: Fauci Fraud, NIH Corruption & More! +Video | Health | Before It&apos;s News
36. Dr. Richard Bartlett | ACWT Interview 7.2.20

37. Dr. Tenpenny: This is The Biggest Scam Ever Perpetrated on The Human Race… | Health | Before It&apos;s News
38. Enraged Italians Abandon Masks, Denounce Pandemic As Scam | Zero Hedge
39. EXCLUSIVE INTERVIEW: Robert Kennedy Jr. Destroys Big Pharma, Fauci & Pro-Vaccine Movement
40. EXCLUSIVE: TOP Scientist & HIV/AIDS Research Pioneer Dr. Judy Mikovits Blows Whistle on Dr. Fauci; DISTURBING Details of Threats; Research Theft; Tainted Vaccines; Fraud; Cover-Ups; Pay to Play – True Pundit
41. Face Masks Are Dangerous!!!!!!!!! | Health and Money News
42. Face Masks Can Be Deadly To Healthy People Says Neurologist
43. Face masks: WHO stands by recommendation to not wear them if you are not sick or not caring for someone who is sick - CNN
44. Facebook-Chasing The White Rabbit
45. Fauci changes tune, now says second COVID-19 wave may never happen –– and mask-wearing is symbolic – True Pundit
46. FAUCI SAYS NO MASKS
47. Gates Foundation Behind Completely WRONG Coronavirus "Death Toll" Numbers
48. German virologist: Covid-19 is less deadly than we thought
49. HALLELUJA THANK GOD TRUTH IS COMING OUT
50. Healthy people should wear masks only if caring for coronavirus patients, WHO says
51. Horowitz: The CDC Confirms Remarkably Low Coronavirus Death Rate
52. How Coronavirus aka COVID19 Kills Some People (But Not Others) - I&apos;m a Lung Doctor (MEDICAL TRUTH)
53. HUGE UPDATE: Dr. Fauci and Dr. Birx Used Imperial College Model -- NOW CONFIRMED AS A COMPLETE FRAUD -- To Persuade President Trump to Lock Down Entire US Economy!
54. HUNDREDS of Patriots March in the Streets Chanting the HILARIOUS Truth about Face Masks
55. Illinois is OPEN! Judge Rules Against Pritzker - Citizens Are CELEBRATING!
56. Indonesia Study Finds 99% Of Covid Victims Were Vitamin D Deficient. Naughty Beaver Investigates
57. Irreversible Brain Damage from Prolonged Mask Wearing
58. Is It Dangerous to Wear a COVID-19 Protective Mask for Too Long?
59. Italy Blows the Lid Off Vaccine Scam. Will No Longer Poison Citizens with Globalist Eugenics
60. Jeremy Elliott talks Covid/corona
61. Judge Andrew Napolitano: Coronavirus fear lets government assault our freedom in violation of Constitution | Fox News
62. Judge Andrew Napolitano: Coronavirus shutdowns ordered by governors and mayors are unconstitutional | Fox News
63. Judge Andrew Napolitano: In coronavirus response, Constitution restricts mandatory government quarantines | Fox News
64. Judge Rules Against Stay At Home Order: &apos;People Are Not Being Governed, They Are Being Ruled&apos; | MRCTV
65. Leaked Documents Show China Hid Info On Virus Human Transmission; Secret Social Monitoring Exposed
66. Lockdowns Were a SCAM! Asymptomatic Carriers Don&apos;t Spread COVID-19
67. Man wears mesh face mask to prove mandatory masks in Florida is not about protection but compliance
68. Mandatory Masks Aren't About Safety, They're About Social Control
69. Mask Facts - AAPS | Association of American Physicians and Surgeons
70. MASKS EXPOSED - (short version)
71. Masks Exposed and the Health Risks Involved with Tammy Clark and Kristen Meghan
72. Medical Doctor Blows C-Vi-Rus Scamdemic Wide Open!!
73. Mindblowing - A Must Watch 13 Minutes for Today | Alternative | Before It&apos;s News
74. MUST WATCH: Tearful Nurse Blows Whistle on New York Hospitals &apos;Murdering&apos; COVID Patients With &apos;Complete Medical Mismanagement&apos;
75. No lockdown in Sweden but Stockholm could see &apos;herd immunity&apos; in weeks

76. Oxygen mask test
77. Paul Stramer - Lincoln County Watch: Silence of the Medical Scams with special Guest Dr. Judy Mikovits
78. Pennsylvania Takes Hundreds of &apos;Probable&apos; COVID Deaths Off Books After Coroners Come Forward
79. People with lung conditions &apos;should NOT wear face masks if it makes it hard to breathe&apos; | Daily Mail Online
80. Physician/State Sen claims feds pressuring doctors to inflate COVID-19 cases, reveals 7-page doc
81. Police Speaks Out Against Tyrannical Orders by Governors - Armstrong Economics
82. QAnon Johnus🐝 on Twitter: "EVERY Governor
83. R95 Reusable Face Mask
84. Rand Paul: Dr. Fauci Not 'End All' Authority on Coronavirus Response · American Truth Today
85. Research shows propylene glycol vapor kills airborne influenza virus – VAPES
86. Robert De Niro, Robert F. Kennedy Jr. offer $100K to anyone who can provide proof vaccines are safe - Globalnews.ca
87. Ron Paul !COVID is nothing more than the deliberate collapsing of the global economy.
88. Scandal: COVID+ Numbers Proven Fake In Florida...100% Positive Test Rate - CD Media
89. Senator Scott Jensen targeted by Minnesota Medical Board for speaking out about COVID-19
90. Should Be a Headline: German Autopsy Study Finds EVERY Coronavirus Victim had Previous Illness -- All Had Cancer, Lung Disease, Were Heavy Smokers or Morbidly Obese
91. Stanford doctor explains why coronavirus lockdown policies need to end: &apos;Ignore the panic and rely on facts&apos; - TheBlaze
92. Study proves that coronavirus vaccine would never work; might actually create MORE new viruses through recombination in human hosts – NaturalNews.com
93. Surgeon General warned against face masks but CDC now recommends it - Business Insider
94. Tammy K. Herrema Clark DESTROYING the mask narrative especially masks and children!
95. Texas Doctor Reverses Coronavirus Symptoms In 100% Of Cases With Inexpensive Treatment
96. The 1918 "Spanish Flu": Only The Vaccinated Died - Sal Martingano
97. The Cheapest COVID-19 Therapy in the World
98. The Epoch Times on Twitter: ""UV light is incredibly efficient at killing both viruses and bacteria." New York's transit authority launched a #CCPVirus-busting pilot that uses a special kind of germicidal ultraviolet light to disinfect the city's subways and buses. https://t.co/qdDAWb1cu4" / Twitter
99. The WHO just obliterated every argument for mandatory vaccines or contact tracing by declaring asymptomatic carriers don't spread COVID-19 – NaturalNews.com
100. There Isn't a Coronavirus 'Second Wave' | The White House
101. There It Is: CDC Equates Coronavirus Hospitalizations to Seasonal Flu and Finally Admits It&apos;s MUCH LESS Dangerous for Children
102. Top Doctor EXPOSES EVERYTHING The Deep State Is Trying To Hide About CV
103. Unmasking The Science You Aren't Hearing On TV | COVID-19 Facts from the Frontline
104. Unusual Videos - 🎇 An epic journey of new discovery
105. Urgent information on Covid Vacc!ne
106. URGENT! Full Disclosure from &apos;INSIDE' - Dr
107. UV light robot destroys coronavirus in 2 minutes - Nikkei Asian Review
108. Vaxxter - Scientific articles exposing vaccine myths and pharma foibles
109. What face masks actually do against coronavirus
110. Whistleblowers Doctors say FAKE CV19 Numbers Dr Annie - altCensored
111. WHO: No evidence wearing a mask can protect healthy people from coronavirus | TheHill
112. Why lockdowns are the wrong policy - Swedish expert Prof. Johan Giesecke
113. Yet Another Medical Study on the Nasty Contamination by Respiratory Viruses on Outer Surface of Masks
114. YOUR+QUICK+ACTION+GUIDE+from+Peggy+at+The+Healthy+American.pdf

**Pages Removed or Blocked**

115. zblocked - Kenny Larson - If you get headaches while wearing a mask check...
116. zremoved - Facebook-COVID-911
117. zremoved - John B Wells 11:11 on Twitter: "BREAKING: The #WorldHealthOrganization made a complete U turn and said that #coronavirus patients doesn&apos;t need to be isolated or quarantined. No #SocialDistancing and it cannot even transmit from one patient to another. *See the video.* #coronascam https://t.co/l2qiTw4Lco" / Twitter
118. zremoved - Philip Anderson on Twitter: "A Doctor with absolutely no f*cks left to give; grabs a microphone &amp; absolutely DESTROYS Democrats and their nation wide corona virus shut down. https://t.co/QjnERQvG8D" / Twitter
119. zremoved - Ep. 23 -- PAYBACK: Dr. Judy Mikovits Comes Out Swinging & Dropping Bombs On Dr. Fauci & Critics & Dismantles the Coronavirus Con Job | Thomas Paine Podcast
120. zremoved - WHO guidance: Healthy people should wear masks only when &apos;taking care of&apos; coronavirus patients
121. zremoved - 01-07 EXCLUSIVE: Drs. Buttar, Shiva & Mikovits BLAST Gates, Call to ARREST Fauci as Crisis CRUSHES Economy
122. zremoved - 01-19 "This Video Will Be DELETED Within 24 HOURS!" Dr. Rashid Buttar
123. zremoved - Americas Front Line Doctors Speak OUT! (Finally!!!)
124. zremoved - Are Mandatory Masks "OSHA"-Approved?
125. zremoved - Bobby Kennedy Jr. Just How Much Money Bill Gates, Dr. Fauci Will BENEFIT from Vaccine
126. zremoved - BOOM! Funeral Directors EXPOSE Death Certificate Frauds Behind CV Deaths
127. zremoved - Breaking down Covid-19 by Dr. Kelly Victory
128. zremoved - BREAKING! FAUCI, BIRX are FINISHED! This NEW Study Just DEMOLISHED Their Bill Gates LIES!
129. zremoved - DOCTORS IN BLACK - PlanDemic, global plan to take control of our lives, liberty, health & freedom
130. zremoved - Dr. Anthony Fauci&apos;s ex-employee, was jailed, finally tells all.
131. zremoved - Dr. Birx CONFRONTED on Her and Fauci MISLEADING Trump, Her Reaction Says EVERYTHING
132. zremoved - Dr. Fauci Reveals How EVIL He Really Is While Discussing The Future of Sports
133. zremoved - Dr Rashid A Buttar WHAT FACE MASKS ACTUALLY DO TO YOUR HEALTH
134. zremoved - EXCLUSIVE: Dr. Rashid Buttar BLASTS Gates, Fauci, EXPOSES Fake Pandemic Numbers As Economy Collapses
135. zremoved - Fauci Approved Chloroquine, Hydroxychloroquine 15 Years Ago to Cure Coronaviruses
136. zremoved - Frank Hahnel A real Doctor telling it like it is. It&apos;s all Fake.
137. zremoved - MASK TEST PROVES TOXIC FOR CHILDREN
138. zremoved - OSHA SAYS MASKS DON&apos;T WORK -- AND VIOLATE OSHA OXYGEN LEVELS -- The Healthy American, Peggy Hall
139. zremoved - PlanDemic, a film about the global plan to take control of our lives, liberty, health & freedom.
140. zremoved - Taught to Believe MASKS Aren&apos;t Harmful, Here&apos;s Proof IT IS!
141. zremoved - What in the world is actually going on? Document reveals plans, step by step.
142. zremoved - What They Don't Want You To Know About Covid-19. Dropping Bombs (Ep 264) | Dr. Rashid Buttar

**Research Added Since 14 July 2020**

143. My Dr has helped over 75 patients with Covid-19
144. Cloth Masks Are Useless Against COVID-19
145. A Conversation with Dr. Kelly Victory
146. Latest Facts on COVID-19 by Doctor Kelly
147. Face Masks - Helpful or Hoax?

148. Expert warns AGAINST masks, CDC Exposed (COVID-19) - short version
149. POTUS TRUMP TO SIGN AN EXECUTIVE ORDER TO MAKE MANDATORY MASK WEARING UNLAWFUL. | We the People: Your Voice in Our Government
150. 8 "Facts" About Coronavirus That Are Actually Lies
151. Mask Wearers are Collaborators Who Could Destroy Us All - YouTube
152. EXPOSING THE OCCULT CORONA-INITIATION RITUAL - DC Dirty Laundry
153. Chinese Virologist Reveals WHO Colluded With the CCP in COVID-19 Cover-Up
154. Paul Stramer - Lincoln County Watch: About Oaths and Constitutions
155. The most important video you&apos;ll ever watch.
156. The Truth About Social Distancing
157. Facebook-New Cases
158. Ian56 on Twitter: "Surgical masks are designed to prevent HEALTHY surgeons from spraying their breath &amp; spittle containing BACTERIA into the open wounds of the patient they are operating on. They do NOT prevent the spread of viruses like Covid-19. Scott Jensen MD explains https://t.co/OtTRlpH5s5" / Twitter
159. COVID-19 Facts from the Frontline | tonyrobbins.com
160. Dear humans: face masks don't work; the study-review was published by your very own CDC « Jon Rappoport&apos;s Blog
161. Dr. Russell Blaylock Says That Face Masks Pose Serious Risks To The Healthy – Great Mountain Publishing
162. Masks Are Neither Effective Nor Safe: A Summary Of The Science
163. Doctor Says Virus Theory of Illness is Widely Believed But Has Never Been Proven
164. Hydroxychloroquine could save up to 100,000 lives if used for COVID-19: Yale epidemiology professor | Fox News
165. Shocker!!!: Content Of Bill Gate Vaccine Exposed, Wake Up World
166. &apos;Panera Karen&apos;: Masks don&apos;t stop COVID-19 since pants don&apos;t contain farts
167. COVID Scam About To Go Mainstream! 600K People Accidentally Told They Have COVID!
168. Science Teacher Explains Why Children SHOULD Wear Face Masks When They Return to School
169. Covid-1984, an Orwellian Analysis - Red Pill University
170. Fake COVID Data & What Lies Ahead Because of it - Red Pill University
171. COVID19 PCR Tests are Scientifically Meaningless – OffGuardian
172. WHO Director-General&apos;s opening remarks at the media briefing on COVID-19 - 5 June 2020
173. THIS LIVE MASK TEST SHOCKS VIEWERS
174. COVID-19 Is Fizzling Across Nation, Recent Cases Are Less Serious and Deaths Are Diminishing But Democrats Want to Completely Shut Down the Country - Why is That?
175. Brave Frontline COVID Doctor Calls Out Fake News, Challenges CNN&apos;s Chris Cuomo to Take a Urine Test to Prove He Isn&apos;t Taking Hydroxychloroquine (VIDEO)
176. Georgia Governor Kemp bans cities from ordering people to wear face masks - CBS News
177. Hydroxychloroquine - Frontline Doctors Show Treatment for Corona - Michael Tellinger - YouTube
178. Front Line Doctors Tell The World That Hydroxychloroquine Prevents & Cures COVID-19 - COVID-19 REFUSERS
179. CDC Director: Threat Of Suicide, Drugs, Flu To Youth 'Far Greater' Than Covid | The Daily Wire
180. America&apos;s Frontline Doctors Summit - Session 1
181. Video of Doctors' Capitol Hill Coronavirus Press Conference
182. Silenced Frontline Doctors Hold Capitol Hill Press Conference to Challenge Big Tech
183. ACT NOW: Mandatory Masks Endanger Your Health and Your Liberties. Tell Your State and Local Officials To Make Mask-Wearing Voluntary. - Stand for Health Freedom
184. Big Tech commits MEDICAL TREASON by censoring doctors' video revealing covid-19 CURE being suppressed by Big Pharma / Big Science fraudsters - DC Dirty Laundry
185. Police chiefs, sheriffs refuse to enforce mask mandates - Leap Frog America
186. Youtube Is Engaged in Sedition to Overthrow the Government Removing Frontline Doctors Video | Armstrong Economics

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

-------------------------------------------------------------------------------------

Sal Celauro Jr,

### Plaintiff

### - against -

## FEDERAL EXPRESS GROUND,
## ROBBY BAIER,
## PAUL BURGELON
## RYAN PELKY

### Defendants.

-------------------------------------------------------------------------------------

## COMPLAINT

-------------------------------------------------------------------------------------

### Sal Celauro Jr
### c/o 3590 South Pennsylvania Street, Apt 318
### Englewood, Colorado [80113]
### 10 August 2020