IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02398-GPG

SAL CELAURO, JR.,

    Plaintiff,

v.

FEDERAL EXPRESS GROUND,
ROBBY BAIER,
PAUL BURGELON,
RYAN PELKY,

    Defendants.

ORDER DENYING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

    Plaintiff, Sal Celauro, Jr., resides in Englewood, Colorado. Mr. Celauro has filed *pro se* an Amended Complaint (ECF No. 8) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 5). For the reasons stated below, the motion seeking leave to proceed without prepayment of fees or costs will be denied.

    Subsection (a)(1) of 28 U.S.C. § 1915 allows a litigant to commence a lawsuit without prepayment of fees or security therefor. However, there is no fundamental right to file a civil action in federal court without paying a filing fee. *See White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998); *see also* 28 U.S.C. § 1914(a). Proceeding *in*

*forma pauperis* pursuant to § 1915, *i.e.* without paying a filing fee under § 1914, is a privilege extended to individuals unable to pay such a fee. *See id.*

Mr. Celauro states in the Application that he has at least $3,900 in cash or in a checking account. (ECF No. 5 at 2). Further, he states that his average monthly income for the past 12 months has been $2,936.52, although for the next month he expects his income to only be $2,023. (*Id.* at 1-2). His total monthly expenses are $1,964.54. (*Id.* at 4-5). Based on the information provided in the *in forma pauperis* motion and affidavit, the Court finds that Plaintiff has sufficient financial resources to pay the full amount of $400.00 ($350.00 filing fee pursuant to 28 U.S.C. § 1914(a) plus a $50.00 administrative fee) necessary to commence a civil action. "One need not be 'absolutely destitute' to proceed IFP, but IFP need not be granted where one can pay or give security for the costs 'and still be able to provide himself and dependents with the necessities of life.'" *Lewis v. Center Market*, 378 Fed. Appx. 780, 785 (10th Cir. 2010) (unpublished) (brackets in original). Plaintiff will be denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and will be directed to pay the full amount of $400.00 to pursue any claims in this action.

Accordingly, it is

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 5) is DENIED. It is

FURTHER ORDERED that Plaintiff shall pay the full amount of $400.00 ($350.00 filing fee, plus a $50.00 administrative fee) **within thirty (30) days from the date of this order** if Plaintiff wishes to pursue any claims in this action. It is

FURTHER ORDERED that, if Plaintiff fails to pay the full amount of $400.00 within the time allowed, the complaint and the action **will be dismissed without prejudice and without further notice**.

DATED at Denver, Colorado, this  29th   day of    September    , 2020.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court