IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02398-GPG

SAL CELAURO, JR.,

    Plaintiff,

v.

FEDERAL EXPRESS GROUND,
ROBBY BAIER,
PAUL BURGELON,
RYAN PELKY,

    Defendants.

---

MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    On November 24, 2020, Defendants, through counsel, filed a "Motion to Dismiss the Amended Complaint for Insufficient Service of Process." (ECF No. 13).  The motion is DENIED without prejudice as premature.  Service of process is premature until the Court has completed initial review pursuant to D.C.COLO.LCivR 8.1(a).  No answer or other response from Defendants is required at this time.  If and when the case is drawn to a presiding judge, Defendants will be properly served and ordered to file a responsive pleading.

    DATED: December 1, 2020