# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-02398-KLM

------------------------------------------------------------------------------------------------

Sal Celauro Jr,

Plaintiff

- against -

FEDERAL EXPRESS GROUND,
ROBBY BAIER,
PAUL BURGESON
RYAN PELKEY

Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 13 2021**

JEFFREY P. COLWELL
CLERK

------------------------------------------------------------------------------------------------

## OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM

------------------------------------------------------------------------------------------------

### PREPLIMARY STATEMENT

I am Sal Celauro Jr, not SAL CELAURO JR, as indicated on your "Defendant's Motion to Dismiss for Failure to State a Claim" (Motion). I am not an artificial entity as exhibited in the all capitalize name on your Motion.  I am a man acting in propria persona, sui juris, a Natural born Living Soul, a man standing on the Land jurisdiction of the united States of America, of the Posterity of the People of the united States of America, an Inherent Holder of the Political Power of Colorado, and of this American union of States, an American State Citizen, NOT a corporation, NOT a person as statutorily defined, and NOT a surety for the artificial/fictional entity designated as SAL CELAURO JR or any other variation in all capital letters.

### INTRODUCTION

Defendants state that FedEx Ground complied with "applicable local, state and federal guidance." (Again.) *Guidance is not law. Executive orders mandated by the Governor do not apply to the People.* Nowhere in the Constitution does it give the Governor authority to mandate

anything to the People. Plaintiff incorporates here what was written in his Show Cause, the paragraph at the bottom of page 2 into page 3.

*Defendants violated Plaintiff's Right to make his own medical/health decisions. Plaintiff did* not give them that authority. Where did Defendants obtain that authority?

The wearing of a mask is not effective. This is not my opinion; this comes from the many doctors, medical practitioners, medical researchers, medical institutions, medical periodicals, etc. This whole "plandemic" is a fraud. Here is what Plaintiff has researched to date:

### COVID-19 Research

1. 18 Second Video Prove… Masks Do Not Work!!!! | Health and Money News
2. 5G Whistleblower: Coronavirus Test Spreading Virus! You Cannot Catch the Coronavirus Unless You Take The COVID-19 Test Or COVID-19 Vaccines! Exposing the COVID-19 Lie! Great Videos. | Prophecy | Before It&apos;s News
3. 7.8.20: It&apos;s time to STAND/END the HORROR SHOW! Who wears mask and who DOES NOT?
4. Blaylock: Face Masks Pose Serious Risks To The Healthy
5. BOMBSHELL: NIH KNEW ABOUT CHLOROQUINE
6. BREAKING: Funeral Directors in COVID-19 Epicenter Doubt Legitimacy of Deaths Attributed to Pandemic
7. BREAKING: Researchers claim 100 percent cure rate vs. covid-19 in 100+ patient trial conducted in Ecuador, using intravenous chlorine dioxide – NaturalNews.com
8. Can the Government Restrict Travel to Protect Public Health? - LewRockwell
9. CDC Documented..Telling Doctors… to Lie About Cause of Death | Health and Money News
10. Censored: A Review Of Science Relevant To COVID-19 Social Policy And Why Face Masks Don&apos;t Work
11. Colorado amends coronavirus death count - says fewer have died of COVID-19 than previously reported | Fox News
12. Common steroid found to reduce deaths in sickest COVID-19 patients, researchers say
13. Corona Debunked by Biochemistry
14. Corona Emergency Hearing 6: Andrew Wakefield & Dr. Sherri Tenpenny
15. Coronavirus becoming far less deadly as it "adapts" to human hosts… no vaccine necessary, says doctor | The Common Sense Show
16. Coronavirus hype biggest political hoax in history - Washington Times
17. CoronaVirus Notable Cases - Google Drive
18. Coronavirus outbreak in U.S. on track to be less severe than this year&apos;s seasonal flu
19. Coronavirus: Fox News correspondent claims governors' stay-home-orders are &apos;unconstitutional&apos; | The Independent
20. COVID-19 - An Easy Way to Know You DON&apos;T HAVE IT!
21. COVID-19 is close to losing its epidemic status in the U.S., according to the CDC | Just

The News
22.   COVID-19 Mortality Rates Might Be Slightly Less
23.   COVID-19: Is It as Deadly as They Say?
24.   CovidTV Ad They Rejected
25.   CREEPY! Biden Scolds Reporter For Not Wearing a Mask on an Empty Street in Creepy
      Orwellian Video
26.   David Icke | German Official Leaks Report Denouncing Corona as 'A Global False Alarm'
      - as I&apos;ve said from day one: You&apos;ve been had people (which is why they are
      desperately trying to silence me)
27.   Denver man files suit challenging state, city stay-at-home orders | Coronavirus |
      coloradopolitics.com
28.   Doctor Says COVID-19 Death Statistics are Criminally Fraudulent - Red Pill University
29.   Does Wearing a Face Mask Reduce Oxygen—and Can It Increase $CO_2$ Levels?
      Here&apos;s What Experts Say | Health.com
30.   Dr Judy Michowitz&apos;s Video Restored | Armstrong Economics
31.   Dr Judy Mikovits on Fire! Covid19, Vaccines, Cancer, Gmo, MESSAGE TO FAUCI!
32.   Dr Judy Mikowits-Interview by Mikki Willis.mp4
33.   Draconian coronavirus closures of restaurants threatens due process granted by
      Constitution - Washington Times
34.   Dr. Blaylock: Face Masks Pose Serious Risks to the Healthy
35.   Dr. Judy Mikovits Interviewed by the Health Ranger on the Coronavirus Pandemic: Fauci
      Fraud, NIH Corruption & More! +Video | Health | Before It&apos;s News
36.   Dr. Richard Bartlett | ACWT Interview 7.2.20
37.   Dr. Tenpenny: This is The Biggest Scam Ever Perpetrated on The Human Race… | Health
      | Before It&apos;s News
38.   Enraged Italians Abandon Masks, Denounce Pandemic As Scam | Zero Hedge
39.   EXCLUSIVE INTERVIEW: Robert Kennedy Jr. Destroys Big Pharma, Fauci & Pro-
      Vaccine Movement
40.   EXCLUSIVE: TOP Scientist & HIV/AIDS Research Pioneer Dr. Judy Mikovits Blows
      Whistle on Dr. Fauci; DISTURBING Details of Threats; Research Theft; Tainted
      Vaccines; Fraud; Cover-Ups; Pay to Play – True Pundit
41.   Face Masks Are Dangerous!!!!!!!!! | Health and Money News
42.   Face Masks Can Be Deadly To Healthy People Says Neurologist
43.   Face masks: WHO stands by recommendation to not wear them if you are not sick or not
      caring for someone who is sick - CNN
44.   Facebook-Chasing The White Rabbit
45.   Fauci changes tune, now says second COVID-19 wave may never happen — and mask-
      wearing is symbolic – True Pundit
46.   FAUCI SAYS NO MASKS
47.   Gates Foundation Behind Completely WRONG Coronavirus "Death Toll" Numbers
48.   German virologist: Covid-19 is less deadly than we thought
49.   HALLELUJA THANK GOD TRUTH IS COMING OUT
50.   Healthy people should wear masks only if caring for coronavirus patients, WHO says
51.   Horowitz: The CDC Confirms Remarkably Low Coronavirus Death Rate
52.   How Coronavirus aka COVID19 Kills Some People (But Not Others) - I&apos;m a Lung
      Doctor (MEDICAL TRUTH)
53.   HUGE UPDATE: Dr. Fauci and Dr. Birx Used Imperial College Model -- NOW

CONFIRMED AS A COMPLETE FRAUD -- To Persuade President Trump to Lock Down Entire US Economy!
54. HUNDREDS of Patriots March in the Streets Chanting the HILARIOUS Truth about Face Masks
55. Illinois is OPEN! Judge Rules Against Pritzker - Citizens Are CELEBRATING!
56. Indonesia Study Finds 99% Of Covid Victims Were Vitamin D Deficient. Naughty Beaver Investigates
57. Irreversible Brain Damage from Prolonged Mask Wearing
58. Is It Dangerous to Wear a COVID-19 Protective Mask for Too Long?
59. Italy Blows the Lid Off Vaccine Scam. Will No Longer Poison Citizens with Globalist Eugenics
60. Jeremy Elliott talks Covid/corona
61. Judge Andrew Napolitano: Coronavirus fear lets government assault our freedom in violation of Constitution | Fox News
62. Judge Andrew Napolitano: Coronavirus shutdowns ordered by governors and mayors are unconstitutional | Fox News
63. Judge Andrew Napolitano: In coronavirus response, Constitution restricts mandatory government quarantines | Fox News
64. Judge Rules Against Stay At Home Order: &apos;People Are Not Being Governed, They Are Being Ruled&apos; | MRCTV
65. Leaked Documents Show China Hid Info On Virus Human Transmission; Secret Social Monitoring Exposed
66. Lockdowns Were a SCAM! Asymptomatic Carriers Don&apos;t Spread COVID-19
67. Man wears mesh face mask to prove mandatory masks in Florida is not about protection but compliance
68. Mandatory Masks Aren't About Safety, They're About Social Control
69. Mask Facts - AAPS | Association of American Physicians and Surgeons
70. MASKS EXPOSED - (short version)
71. Masks Exposed and the Health Risks Involved with Tammy Clark and Kristen Meghan
72. Medical Doctor Blows C-Vi-Rus Scamdemic Wide Open!!
73. Mindblowing - A Must Watch 13 Minutes for Today | Alternative | Before It&apos;s News
74. MUST WATCH: Tearful Nurse Blows Whistle on New York Hospitals &apos;Murdering&apos; COVID Patients With &apos;Complete Medical Mismanagement&apos;
75. No lockdown in Sweden but Stockholm could see &apos;herd immunity&apos; in weeks
76. Oxygen mask test
77. Paul Stramer - Lincoln County Watch: Silence of the Medical Scams with special Guest Dr. Judy Mikovits
78. Pennsylvania Takes Hundreds of &apos;Probable&apos; COVID Deaths Off Books After Coroners Come Forward
79. People with lung conditions &apos;should NOT wear face masks if it makes it hard to breathe&apos; | Daily Mail Online
80. Physician/State Sen claims feds pressuring doctors to inflate COVID-19 cases, reveals 7-page doc
81. Police Speaks Out Against Tyrannical Orders by Governors - Armstrong Economics
82. QAnon Johnus👄 on Twitter: "EVERY Governor
83. R95 Reusable Face Mask

84. Rand Paul: Dr. Fauci Not 'End All' Authority on Coronavirus Response · American Truth Today
85. Research shows propylene glycol vapor kills airborne influenza virus – VAPES
86. Robert De Niro, Robert F. Kennedy Jr. offer $100K to anyone who can provide proof vaccines are safe - Globalnews.ca
87. Ron Paul !COVID is nothing more than the deliberate collapsing of the global economy.
88. Scandal: COVID+ Numbers Proven Fake In Florida...100% Positive Test Rate - CD Media
89. Senator Scott Jensen targeted by Minnesota Medical Board for speaking out about COVID-19
90. Should Be a Headline: German Autopsy Study Finds EVERY Coronavirus Victim had Previous Illness -- All Had Cancer, Lung Disease, Were Heavy Smokers or Morbidly Obese
91. Stanford doctor explains why coronavirus lockdown policies need to end: &apos;Ignore the panic and rely on facts&apos; - TheBlaze
92. Study proves that coronavirus vaccine would never work; might actually create MORE new viruses through recombination in human hosts – NaturalNews.com
93. Surgeon General warned against face masks but CDC now recommends it - Business Insider
94. Tammy K. Herrema Clark DESTROYING the mask narrative especially masks and children!
95. Texas Doctor Reverses Coronavirus Symptoms In 100% Of Cases With Inexpensive Treatment
96. The 1918 "Spanish Flu": Only The Vaccinated Died - Sal Martingano
97. The Cheapest COVID-19 Therapy in the World
98. The Epoch Times on Twitter: ""UV light is incredibly efficient at killing both viruses and bacteria." New York's transit authority launched a #CCPVirus-busting pilot that uses a special kind of germicidal ultraviolet light to disinfect the city's subways and buses. https://t.co/qdDAWb1cu4" / Twitter
99. The WHO just obliterated every argument for mandatory vaccines or contact tracing by declaring asymptomatic carriers don't spread COVID-19 – NaturalNews.com
100. There Isn't a Coronavirus 'Second Wave' | The White House
101. There It Is: CDC Equates Coronavirus Hospitalizations to Seasonal Flu and Finally Admits It&apos;s MUCH LESS Dangerous for Children
102. Top Doctor EXPOSES EVERYTHING The Deep State Is Trying To Hide About CV
103. Unmasking The Science You Aren't Hearing On TV | COVID-19 Facts from the Frontline
104. Unusual Videos - 🦋 An epic journey of new discovery
105. Urgent information on Covid Vacc!ne
106. URGENT! Full Disclosure from &apos;INSIDE' - Dr
107. UV light robot destroys coronavirus in 2 minutes - Nikkei Asian Review
108. Vaxxter - Scientific articles exposing vaccine myths and pharma foibles
109. What face masks actually do against coronavirus
110. Whistleblowers Doctors say FAKE CV19 Numbers Dr Annie - altCensored
111. WHO: No evidence wearing a mask can protect healthy people from coronavirus | TheHill
112. Why lockdowns are the wrong policy - Swedish expert Prof. Johan Giesecke
113. Yet Another Medical Study on the Nasty Contamination by Respiratory Viruses on Outer Surface of Masks
114. YOUR+QUICK+ACTION+GUIDE+from+Peggy+at+The+Healthy+American.pdf

**Pages Removed or Blocked**

115. zblocked - Kenny Larson - If you get headaches while wearing a mask check...
116. zremoved - Facebook-COVID-911
117. zremoved - John B Wells 11:11 on Twitter: "BREAKING: The #WorldHealthOrganization made a complete U turn and said that #coronavirus patients doesn&apos;t need to be isolated or quarantined. No #SocialDistancing and it cannot even transmit from one patient to another. *See the video.* #coronascam https://t.co/l2qiTw4Lco" / Twitter
118. zremoved - Philip Anderson on Twitter: "A Doctor with absolutely no f*cks left to give; grabs a microphone &amp; absolutely DESTROYS Democrats and their nation wide corona virus shut down. https://t.co/QjnERQvG8D" / Twitter
119. zremoved - Ep. 23 -- PAYBACK: Dr. Judy Mikovits Comes Out Swinging & Dropping Bombs On Dr. Fauci & Critics & Dismantles the Coronavirus Con Job | Thomas Paine Podcast
120. zremoved - WHO guidance: Healthy people should wear masks only when &apos;taking care of&apos; coronavirus patients
121. zremoved - 01-07 EXCLUSIVE: Drs. Buttar, Shiva & Mikovits BLAST Gates, Call to ARREST Fauci as Crisis CRUSHES Economy
122. zremoved - 01-19 "This Video Will Be DELETED Within 24 HOURS!" Dr. Rashid Buttar
123. zremoved - Americas Front Line Doctors Speak OUT! (Finally!!!)
124. zremoved - Are Mandatory Masks "OSHA"-Approved?
125. zremoved - Bobby Kennedy Jr. Just How Much Money Bill Gates, Dr. Fauci Will BENEFIT from Vaccine
126. zremoved - BOOM! Funeral Directors EXPOSE Death Certificate Frauds Behind CV Deaths
127. zremoved - Breaking down Covid-19 by Dr. Kelly Victory
128. zremoved - BREAKING! FAUCI, BIRX are FINISHED! This NEW Study Just DEMOLISHED Their Bill Gates LIES!
129. zremoved - DOCTORS IN BLACK - PlanDemic, global plan to take control of our lives, liberty, health & freedom
130. zremoved - Dr. Anthony Fauci&apos;s ex-employee, was jailed, finally tells all.
131. zremoved - Dr. Birx CONFRONTED on Her and Fauci MISLEADING Trump, Her Reaction Says EVERYTHING
132. zremoved - Dr. Fauci Reveals How EVIL He Really Is While Discussing The Future of Sports
133. zremoved - Dr Rashid A Buttar WHAT FACE MASKS ACTUALLY DO TO YOUR HEALTH
134. zremoved - EXCLUSIVE: Dr. Rashid Buttar BLASTS Gates, Fauci, EXPOSES Fake Pandemic Numbers As Economy Collapses
135. zremoved - Fauci Approved Chloroquine, Hydroxychloroquine 15 Years Ago to Cure Coronaviruses
136. zremoved - Frank Hahnel A real Doctor telling it like it is. It&apos;s all Fake.
137. zremoved - MASK TEST PROVES TOXIC FOR CHILDREN
138. zremoved - OSHA SAYS MASKS DON&apos;T WORK -- AND VIOLATE OSHA OXYGEN LEVELS -- The Healthy American, Peggy Hall
139. zremoved - PlanDemic, a film about the global plan to take control of our lives, liberty, health & freedom.

140. <u>zremoved - Taught to Believe MASKS Aren&apos;t Harmful, Here&apos;s Proof IT IS!</u>
141. <u>zremoved - What in the world is actually going on? Document reveals plans, step by step.</u>
142. <u>zremoved - What They Don't Want You To Know About Covid-19. Dropping Bombs (Ep 264) | Dr. Rashid Buttar</u>

## Research Added Since 14 July 2020

143. <u>My Dr has helped over 75 patients with Covid-19</u>
144. <u>Cloth Masks Are Useless Against COVID-19</u>
145. <u>A Conversation with Dr. Kelly Victory</u>
146. <u>Latest Facts on COVID-19 by Doctor Kelly</u>
147. <u>Face Masks - Helpful or Hoax?</u>
148. <u>Expert warns AGAINST masks, CDC Exposed (COVID-19) - short version</u>
149. <u>POTUS TRUMP TO SIGN AN EXECUTIVE ORDER TO MAKE MANDATORY MASK WEARING UNLAWFUL. | We the People: Your Voice in Our Government</u>
150. <u>8 "Facts" About Coronavirus That Are Actually Lies</u>
151. <u>Mask Wearers are Collaborators Who Could Destroy Us All - YouTube</u>
152. <u>EXPOSING THE OCCULT CORONA-INITIATION RITUAL - DC Dirty Laundry</u>
153. <u>Chinese Virologist Reveals WHO Colluded With the CCP in COVID-19 Cover-Up</u>
154. <u>Paul Stramer - Lincoln County Watch: About Oaths and Constitutions</u>
155. <u>The most important video you&apos;ll ever watch.</u>
156. <u>The Truth About Social Distancing</u>
157. <u>Facebook-New Cases</u>
158. <u>Ian56 on Twitter: "Surgical masks are designed to prevent HEALTHY surgeons from spraying their breath &amp; spittle containing BACTERIA into the open wounds of the patient they are operating on. They do NOT prevent the spread of viruses like Covid-19. Scott Jensen MD explains https://t.co/OtTRlpH5s5" / Twitter</u>
159. <u>COVID-19 Facts from the Frontline | tonyrobbins.com</u>
160. <u>Dear humans: face masks don't work; the study-review was published by your very own CDC « Jon Rappoport&apos;s Blog</u>
161. <u>Dr. Russell Blaylock Says That Face Masks Pose Serious Risks To The Healthy – Great Mountain Publishing</u>
162. <u>Masks Are Neither Effective Nor Safe: A Summary Of The Science</u>
163. <u>Doctor Says Virus Theory of Illness is Widely Believed But Has Never Been Proven</u>
164. <u>Hydroxychloroquine could save up to 100,000 lives if used for COVID-19: Yale epidemiology professor | Fox News</u>
165. <u>Shocker!!!: Content Of Bill Gate Vaccine Exposed, Wake Up World</u>
166. <u>&apos;Panera Karen&apos;: Masks don&apos;t stop COVID-19 since pants don&apos;t contain farts</u>
167. <u>COVID Scam About To Go Mainstream! 600K People Accidentally Told They Have COVID!</u>
168. <u>Science Teacher Explains Why Children SHOULD Wear Face Masks When They Return to School</u>
169. <u>Covid-1984, an Orwellian Analysis - Red Pill University</u>
170. <u>Fake COVID Data & What Lies Ahead Because of it - Red Pill University</u>
171. <u>COVID19 PCR Tests are Scientifically Meaningless – OffGuardian</u>
172. <u>WHO Director-General&apos;s opening remarks at the media briefing on COVID-19 - 5 June 2020</u>

173. THIS LIVE MASK TEST SHOCKS VIEWERS
174. COVID-19 Is Fizzling Across Nation, Recent Cases Are Less Serious and Deaths Are Diminishing But Democrats Want to Completely Shut Down the Country - Why is That?
175. Brave Frontline COVID Doctor Calls Out Fake News, Challenges CNN&apos;s Chris Cuomo to Take a Urine Test to Prove He Isn&apos;t Taking Hydroxychloroquine (VIDEO)
176. Georgia Governor Kemp bans cities from ordering people to wear face masks - CBS News
177. Hydroxychloroquine - Frontline Doctors Show Treatment for Corona - Michael Tellinger - YouTube
178. Front Line Doctors Tell The World That Hydroxychloroquine Prevents & Cures COVID-19 - COVID-19 REFUSERS
179. CDC Director: Threat Of Suicide, Drugs, Flu To Youth 'Far Greater' Than Covid | The Daily Wire
180. America&apos;s Frontline Doctors Summit - Session 1
181. Video of Doctors' Capitol Hill Coronavirus Press Conference
182. Silenced Frontline Doctors Hold Capitol Hill Press Conference to Challenge Big Tech
183. ACT NOW: Mandatory Masks Endanger Your Health and Your Liberties. Tell Your State and Local Officials To Make Mask-Wearing Voluntary. - Stand for Health Freedom
184. Big Tech commits MEDICAL TREASON by censoring doctors' video revealing covid-19 CURE being suppressed by Big Pharma / Big Science fraudsters - DC Dirty Laundry
185. Police chiefs, sheriffs refuse to enforce mask mandates - Leap Frog America
186. Youtube Is Engaged in Sedition to Overthrow the Government Removing Frontline Doctors Video | Armstrong Economics
187. COVER UP: Fauci Approved Chloroquine, Hydroxychloroquine 15 Years Ago to Cure Coronaviruses; "Nobody Needed to Die" – True Pundit
188. Florida Nurse Reports 100% Success Rate With HydroxyChloroquine & Gross Negligent Deaths In New York
189. STRANGE THINGS ARE HAPPENING IN NEW ZEALAND‼ RASHID BUTTAR
190. Facebook-Dr Lisa Koche Md
191. FULL INTERVIEW: Houston-area doctor in viral video touting hydroxychloroquine as virus cure doubles down on claims
192. Hurry and Watch!!!Finally, the Secret Behind Forced Vaccination Exposed!!!! Get This to Everyone
193. Baylor Cardiologists Support Hydroxychloroquine Emergency Use Authorization by FDA | The Texan
194. "IT WOULD CHANGE EVERYTHING" - ER DOCTOR CALLS FOR HCQ TO BE OVER THE COUNTER
195. Paul Stramer - Lincoln County Watch: For Trumpsters Only: Exposing the Covid-19 Lie! Coronavirus Test Spreading Virus!
196. Facebook-Glen Beck Dr Simone Gold
197. How Lethal Is Covid-19 (Coronavirus)?
198. Some States Are Now Police State: Camps and Ankle Bracelets
199. Fake Data And What&apos;s Coming (This is Really Frightening)
200. Steve Deace: &apos;The verdict is in. These maskholes don&apos;t know what the hell they are talking about.&apos; - TheBlaze
201. GOV NEWSOM ADMITS HE CAN&apos;T MANDATE LAW - Peggy Hall
202. Are You Wearing Your Mask Too Long?

203. Covid911 - INSURGENCY
204. Dr. Judy Mikovits: A Force to be Reckoned With: Vaccines and Covid | PROJECT CAMELOT PORTAL
205. Mask Exemption Cards - Mask Exemption Cards
206. Mask the Truth
207. COVID: Is the Virus Real? - LewRockwell
208. A friends account of overcoming the rona
209. 640 DOCTORS, "CV19 IS A GLOBAL SCAM"
210. Covid: is the virus real - Jon Rappoport&apos;s Blog
211. Viruses and the Germ Theory - How your Immune System Works to Protect You 2020
212. BOMBSHELL: New York City Nurse Exposes Elmhurst Hospital Labeling &apos;Negative&apos; Patients As Positive and Killing Them
213. The Deception of Virology | Why Coronavirus Is Not Contagious
214. Scientists Proved Viruses Are Not Contagious in 1918
215. VIDEO: Doctor Vapes Through Face Masks, Shows Thick Clouds Escape Through Sides, Bottom, and Top
216. Drebonacci on Twitter: "https://t.co/uWkDVbLvUF" / Twitter
217. Doctors Pen Open Letter To Fauci Regarding The Use Of Hydroxychloroquine for Treating COVID-19 | Zero Hedge
218. Plandemic: Indoctornation World Premiere - Digital Freedom Platform
219. Dr. Lorraine Day Tells Us the Real Truth About Hydroxychloroquin - It Is Part of the Alice in Wonderland Program - Casey Tells Us That This "Cure All" Has Been Scripted in the Spars Pandemic Paper Written by John Hopkins in 2017 - Awesome Videos for People Searching for the Truth! | Prophecy | Before It&apos;s News
220. Catholic Priests: Masks & Vaccines are Scams… You are Nuts if You Take The Vaccine – Health and Money News
221. Have We Been Had!? New Wuhan Photos Surface That Expose Unimaginable New Chapter Of Covid-19!
222. DO YOU HAVE MASK MOUTH? HERE&apos;S A NEW DANGEROUS HEALTH RISK MILLIONS OF PEOPLE ARE NOW DEVELOPING
223. Belgian Engineers Build Machine To Kill Shopping Cart Germs With UV Light
224. Plandemic, Part 2
225. Mask Mouth Warning from Dentist | NaturalHealth365
226. 1000 German Doctors say COVID-19 is 100% a Scam | FromRome.Info
227. Tucker Carlson Drops Dire Warning! COVID Got Hijacked! We're Never Going Back! | Alternative | Before It&apos;s News
228. CDC: 94% of Covid-19 deaths had underlying medical conditions | WEYI
229. New CDC report shows 94% of COVID-19 deaths in US had underlying medical conditions
230. Finally, CDC Admits Just 9,210 Americans Died FROM Covid19 | Principia Scientific Intl.
231. John MacArthur: There is No Pandemic (8/30/2020) SO4J-TV
232. Game over | Brasscheck TV
233. Plandemic-The Rabbit Hole
234. CDC Admits to Inflating COVID Death Count
235. Join the Legal Challenge to the UK Govt Lockdown
236. CDC & FAUCI CONFIRM: COVID-19 SCAMDEMIC WAS A HOAX! - DC Dirty

Laundry
237. SHOCK REPORT: This Week CDC Quietly Updated COVID-19 Numbers - Only 9,210 Americans Died From COVID-19 Alone - Rest Had Different Other Serious Illnesses
238. New Revelations on the COVID Death Count
239. BREAKING: TREASON Charges Served on ENTIRE County Board After Bold Patriot in Palm Beach Has ENOUGH!
240. EDNb2lyHOdim.mp4  (A nurse tells what is going on in hospital)
241. David Icke&apos;s Explosive Interview /w London Real | The Video Youtube Doesn&apos;t Want You To See (SHARE!)
242. Judge Andrew Napolitano: Coronavirus pandemic doesn't give government right to bar religious services | Fox News
243. The 1% blunder: How a simple but fatal math mistake by US Covid-19 experts caused the world to panic and order lockdowns — RT Op-ed
244. Dr. Tenpenny on Vaccines and Current Events - Dr Sherri Tenpenny and Rocco Galati | Facebook
245. COVID-19 Emails From Nashville Mayor's Office Show Disturbing Revelation
246. Governments Will Impose New Lockdowns If They Think They Can Get Away with It | Mises Wire
247. Systemic discouragement of Hydroxychloroquine is a 'national scandal'
248. Society cannot control COVID-19 by strong action, but we 'must control the panic'
249. HORRIFIC Video Shows How You'll Be Handled in Joe Biden's America if You're Seen Without a Mask - YouTube
250. CDC says it erroneously posted guidance that said coronavirus spreads through air and travels beyond 6 feet
251. Airborne transmission: CDC abruptly removes guidance, says update &apos;was posted in error&apos; - CNN
252. CDC pulls revised guidance on coronavirus from website | TheHill
253. Chief Science Officer for Pfizer Says "Second Wave" Faked on False-Positive COVID Tests, "Pandemic is Over" | HubPages
254. OOPSIE! HOT MIC Catches Top Dems Revealing TRUE THOUGHTS About Masks - BUSTED
255. BOMBSHELL: Former Pfizer executive says covid-19 "pandemic is over," so-called "second wave" based on fraudulent testing – NaturalNews.com
256. Brighteon-CDC states COVID19 test dont exist
257. The Democrats know it's bullshit – they don't wear masks and they're using the masks to control people – Investment Watch
258. Tucker Carlson Tonight - 10/13/20 | Fox News
259. CDC Study Finds Overwhelming Majority Of People Getting Coronavirus Wore Masks : China_Flu
260. World Doctors Alliance 10oct2020
261. Thread by @liberal_not on Thread Reader App – Thread Reader App
262. Ultimate Proof: Covid-19 Was Planned To Usher In The New World Order |
263. Coronavirus Fraud Scandal - The Biggest Fight Has Just Begun
264. CDC Says Virus Was Never Airborne Rendering Masks Worthless
265. Statistical analysis of 118 studies proves &apos;efficacy&apos; of Hydroxychloroquine
266. Does Covid-19 Exist? Genome Sequencing Evidence: Spain Orders Nationwide Curfew, and More 10.25.2020 - YouTube

267. Odds of Dying from COVID-19 vs other Coronaviruses
268. Odds of dying from COVID vs Flu. Update October 2020
269. Fact-checking COVID claims made on county supervisor&apos;s podcast - The San Diego Union-Tribune
270. Dr Kelly Victory Discusses Covid-19 Medical Facts On Dose Of Dr Drew  (Dr. Kelly is in Colorado)
271. Dr. Kelly Victory insists people ignore the hysteria over rising case numbers
272. Dr. Kelly Victory Straight Doc Talk on Dose Of Dr. Drew.
273. Dr. Kelly Victory explains who the people contracting COVID-19 are right now
274. CDC Admits: No Conclusive Evidence Cloth Masks Work Against COVID - The New American
275. Irish Investigative Journalist- We Now Have PROOF Covid19 DOES NOT Exist - Share EVERYWHERE
276. Is the coronavirus pandemic nothing more than overblown hype?
277. COVID Testing: We&apos;ve Been Duped | Zero Hedge
278. New CDC Numbers Show Lockdown's Deadly Toll On Young People | The Daily Wire
279. Court Declares Gov. Newsom&apos;s Abuse of Power Unconstitutional - California Globe
280. Study shows nearly 90% of people are asymptomatic with COVID-19
281. Yardley Yeadon on Twitter: "COVID-19: Do We Have a Coronavirus Pandemic, or a PCR Test Pandemic? - AAPS | Association of American Physicians and Surgeons I'm not alone is completely distrusting current PCR mass testing. "Coronavirus is not a pseudo-epidemic... https://t.co/yWl7ovSTnr" / Twitter
282. Smoking gun: Fauci states COVID test has fatal flaw; confession from the "beloved" expert of experts « Jon Rappoport&apos;s Blog
283. Covid911 - INSURGENCY
284. Revolver Exclusive Study: COVID-19 Lockdowns Over 10 Times More Deadly Than Pandemic Itself - Revolver
285. Scooby Doo & The Covid Hoax. Whistleblowers In Ireland And England Speak Out. The Covid Doesn&apos;t Exist. Excellent Videos! | Prophecy | Before It&apos;s News
286. Could wearing a mask for long periods be detrimental to health? - The Jerusalem Post
287. Fort Fairfield Journal: Maine&apos;s Leading Independent News Source
288. Crimes Against Humanity, fraudulent PCR Tests Taken To Court - Interview with Lawyer Reiner Füllmich
289. Dr. Igor Shepherd's Talk About the Horrors of a 'Covid' Vaccine - LewRockwell
290. German Lawyer Sues The World Over Coronavirus
291. Nearly 50,000 doctors and scientists, 630,000 citizens have signed global anti-lockdown proclamation | Just The News
292. Ron Paul COVID-19 charts
293. COVID Is &apos;Greatest Hoax Ever Perpetrated&apos; Says Top Canadian Pathologist In Edmonton City Council Meeting!! | Alternative | Before It&apos;s News
294. Former Pfizer VP: 'No need for vaccines,' 'the pandemic is effectively over' | News | LifeSite
295. ● LIVE: Michigan State Senate Committee on Oversight Holds Hearing on Election Issues 12/1/20 - YouTube
296. What NO ONE is Saying About The Lockdowns
297. 🖥🖥 Urgent listen. ER Physician warns the public that the bait & switch is coming. 🖥🖥
298. Is the coronavirus pandemic nothing more than overblown hype?

299. Jon Rappoport: "Boom: Florida forcing labs to report number of PCR test cycles—game changer"
300. Dr Bodo Schiffmann Reports 3 Child Deaths in 1 Week in Germany Due to Masks on Vimeo
301. WHO (Finally) Admits PCR Tests Create False Positives | ZeroHedge
302. NEP - Conversation on the Most Relevant Topic of These Times - YouTube
303. A COVID-19 Guide for Colorado Employers | Littler Mendelson P.C.
304. JC Henry-COVID-19 does not exist-24 december 2020
305. Dr. Fauci admits he lied to Americans about coroanvirus to promote compliance – American Digest
306. WHAT?! New Study of 10 Million Chinese Finds Asymptomatic Covid Spread Never Existed - National File
307. Doctors Around the World Issue Dire WARNING: DO NOT GET THE COVID VACCINE!!
308. Is the coronavirus pandemic nothing more than overblown hype?
309. Brian G. Powell,M.S. on Twitter: "https://t.co/KeQhUIJ0sk" / Twitter
310. Attacking Ourselves: Top Doctors Reveal Vaccines Turn Our Immune
311. Bruce Lipton on COVID-19 Pandemic
312. Dolores Cahill - Dolores Cahill Phd is interviewed by Liam Galvin. "I Would Sue For Murder if Someone Forcibly Injected Me With The Vaccine!" | Facebook
313. Covid 19 fraud exposed in NY Hospital
314. Odds of dying from COVID versus Flu. Update!
315. Bacterial Pneumonia Caused Most Deaths in 1918 Influenza Pandemic, August 19, 2008 News Release - National Institutes of Health (NIH)

Plaintiff has another list of about 275 articles from Health and Money News on this subject, but will spare the Court from having to review it. Are all these People lying? Just read the titles of most of these articles and/or videos to know what is inside. This whole "plandemic" is a fraud. Plaintiff doesn't make up stories. Plaintiff researches and explains to People what he has found. According to the CDC, the survival rate is 99.99x depending upon the age of the man or woman. How can that be a pandemic? The CDC has also stated that only 6% of the stated deaths were actually from the virus. People who have died from gunshot wounds, car and motorcycle accidents, and many other deaths, have been labeled as a COVID-19 death. This is fraud. The test for this virus is faulty. Dr. Fauci has even admitted to it, along with a number of other doctors. We had more deaths each previous years from the flu then we had from this virus. Why have we not required People over all these years to wear a mask? In 1918 there was the Spanish

flu and People were required to wear a mask. Anywhere from 50 million to 100 million People died worldwide from Bacterial Pneumonia. This was written in a paper co-written by Dr. Fauci back in 2008. The government has no authority to institute a mask policy, as Plaintiff has proven. Please show where in the Colorado Constitution that gives the executive branch to mandate anything?

What claim has Plaintiff failed to state? Plaintiff's Right to make his own medical/health decisions was violated; Plaintiff was directed 2 times to leave the premises, thereby, losing pay because Plaintiff refused to bow down to their demands, which were fraudulent; Plaintiff was required to "resign" from FedEx Ground because they did not want to deal with the Plaintiff speaking the truth to other workers.

## ARGUMENT

28 U.S.C. § 1343 is appropriate. It states:

(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:
(1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;
(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;
(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;
(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.

Plaintiff's Right to make his own medical/health decisions has been violated, which they knew they were doing; Plaintiff was removed from working, thereby, losing financial property; Defendants worked in conjunction with government officials to deny Plaintiff of his Rights by forcing him to wear a mask. Defendants state that the mask policy is constitutional. Please

provide where in the Constitution that gives the executive branch to authorize a mask policy and that it is Constitutional. Plaintiff has already shown in his Amended Complaint, _Bowers v. DeVito_, 686 F2d 616, 618 (Ill. 1982), which states: "The Constitution is a charter of negative liberties; it tells the state to let people alone; it does not require the federal government or the state to provide services, even so elementary a service as maintaining law and order." If the Constitution tells those in the government to "let people alone", where does the Executive branch get authority to mandate to the People? Please show where it was decided by a Court that a mask policy mandated by a Governor was constitutional? If Plaintiff has a medical condition that he knows about, why is there a need to have the ADA Administration do an exhausted study? In addition, as can be found in the research above, Plaintiff can get very sick, permanently damage his brain, or even cause death by wearing a mask. Plaintiff can read and comprehend what he has read above.

## I. LEGAL STANDARD

What claims has Plaintiff not stated? Plaintiff has stated them, again, in the above paragraph.

What facts has Plaintiff not shown as proof? Plaintiff relied on what the above list of doctors, etc., have stated that this whole "plandemic" is a fraud/hoax, that masks don't work, social distancing doesn't work, lockdowns don't work, and what the truth is. There is a hidden agenda behind this "plandemic".

## II. PLAINTIFF'S 28 U.S.C. § 1343 ACTION FAILS

### A. Plaintiff Lacks Standing to Sue Defendants Regarding the Governor of Colorado's Mask Mandate

Defendants have made a policy based on an unconstitutional mandate. Defendants are forcing the workers to wear a mask while working. When in the history of FedEx Ground did the company have a policy to wear a mask in all the years there was the flu. Based on the info listed

above, more People have died from the flu than this virus. We have known these numbers for years, yet there has never been a policy to wear a mask before. Let's look at the hypocrisy of this policy. The workers are "required" to wear a mask while working, but at lunch time they remove their masks to eat and drink. The "virus" is so smart that it knows while People are eating and drinking, not to infect the People? There are so many hypocrisies about this "plandemic", Plaintiff will save the Court time from having to read it all.

Defendants state that Plaintiff is required to "establishing the three elements" 'for the "irreducible constitutional minimum of standing."' Plaintiff has suffered an "injury in fact" as Plaintiff was forced to not work losing needed funds to maintain his life; being forced not to work was because of the Defendants using a policy they implemented based on what the Governor mandated; Plaintiff expects this injury to be "redressed by a favorable decision." Does Plaintiff really know? Plaintiff has shown and proved that the wearing of a mask is injurious to his health.

### 1.   The Amended Complaint Does Not Plead the Required Casual Connection to Confer Standing

The Governor mandated a state-wide mask wearing policy, which the Defendants then created a company policy mandating the wearing of a mask. As already stated, FedEx Ground never had a policy before to require People to wear a mask when there was the flu going around. This only started because of the unconstitutional mandate from the Governor. As already stated, guidelines are not law. The guidelines can apply to government workers, but not to the People.

> "An unconstitutional act is not a law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed." _Norton v. Shelby County_, 118 U.S. 425, 442 (1886).

The company policy was made using the unconstitutional mandate from the Governor. Who is the third-party that prevented Plaintiff from working? Defendants are not required to abide by

an unconstitutional mandate.  They should know this fact of law.

"Ignorance of a fact may sometimes be taken as evidence of a want of criminal intent, but not ignorance of the law." *Reynolds v. U.S.*, 98 U.S. 145, 167 (1878).

"* * *, because even laymen are held to the proposition that ignorance of the law is no excuse." *Jackson v. Mountain Utilities Corp.*, 263 P.2d 812, 813, 128 Colo. 477 (Colo. 1953).

"The rule that "ignorance of the law will not excuse" (Shevlin-Carpenter Co. v. Minnesota, supra, p. 68) is deep in our law, * * *." *Lambert v. California*, 355 U.S. 225, 228 (1957).

"Defendant's ignorance of the law does not constitute justifiable excuse or excusable neglect." *People v. Alexander*, 129 P.3d 1051, 1056 (Colo. 2005).

"And, ignorance of the law * * * does not constitute justifiable excuse or excusable neglect." *People v. Martinez-Huerta*, 14CA0578 (Colo. 2015).

### 2.   *Redressability-and Therefore Standing-is Lacking in the Amended Complaint*

The Executive Order D 2020 039 does not apply to the People as it is unconstitutional. Can Defendants prove that it is constitutional and applies to the People? The company created a policy based on an unconstitutional order. Plaintiff seeks FedEx Ground to invalidate its policy as it is based on an unconstitutional order; they have never had a mask policy in all the previous years when we had the flu; and they cannot prove that masks prevent anyone from getting the virus. The list of articles and/or videos above proves masks don't work, so the company is committing fraud on the workers. Plaintiff does not need to sue the Governor as the policy is a company policy as stated by the Defendants. When the Plaintiff is ready, he may sue the Governor for ALL the People of Colorado.

### B.  28 U.S.C. § 1343 Is a Jurisdictional Statue That Does Not Provide Plaintiff With an Independent Cause of Action

28 U.S.C. § 1343 clearly states: "(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person."  It states **ANY** civil action, not specific cases. Nowhere in the Code does it state a specific act had to be identified. The Code

also states: "(3) To redress the deprivation, * * *, of any right, privilege or immunity secured by the Constitution of the United States * * *." Plaintiff's Right to make his own medical/health decisions was denied by Defendants in coordination with a fraudulent company policy. That amounts to a conspiracy. Does Plaintiff have to state these Codes in order for Defendants to know that Plaintiff's Right was violated?

### C. Plaintiff Fails to State a Plausible Civil Rights Action

Plaintiff did not make a claim under 42 U.S.C. § 1983, as Defendants have stated, as Plaintiff's Right to make his own medical/health decision is a Constitutional protected Right, not a civil right. Plaintiff certainly alleges and claims that his Right was violated. Did Defendants take the time to read Plaintiff's Amended Complaint? (Defendants even received Plaintiff's original complaint.)

### 1. Colorado's Mask Policy is Constitutional

Colorado's mask policy certainly violates the Constitution. Nowhere in the Constitution does it give the Executive branch authority to mandate to the People. That has been proven in the Amended Complaint and the Show Cause document. The State has no authority from the People via their Constitution that sets up the government, giving the government the ability to mandate to the People. We have procedures that must be followed. The legislature must pass a bill that the Governor signs for it to become law. _Bowers v. DeVito_, supra, reminds us that the Constitution tells those in government to leave the People alone. The government does not even have "to provide services, even so elementary a service as maintaining law and order." If it doesn't have to provide a service to maintain law and order, what authority did it receive to mandate anything on the People? Where are the "settled principles" and "medical and scientific uncertainties" that have never been shown to the public, when the list provided above proves there is no pandemic, masks don't work, social distancing doesn't work, People get more sick by

wearing a mask, and a host of other proven "settled principles" and "medical and scientific" certainties. The government has no duty to protect the "public health". If it did, it would have *required the wearing of masks over 100 years ago. They did it one year and between 50 million* and 100 million worldwide died because of it. Are they attempting to reduce the population as AI Bill Gates wants?

Plaintiff puts no faith in anything that C.J. Roberts writes as information is coming out about him being blackmailed, of going to Epstein's Island, pedophilia, and even murdering the children *he adopted. Where in the Constitution does it state that those in the government are entrusted for* "[t]he safety and the health of the people"? The 1st Amendment protects the Rights of the People to assemble, and to protect the free exercise of religion. His ruling flies in the face of the Constitution. More hypocrisy. It is permissible for People to loot, steal, and damage property, or gather in mass with no social distancing, but People cannot gather in their church. All this has *nothing to do about a virus.*

It have been stated by a number of legal experts that these so-called court decisions upholding the orders of governors mandating the wearing a mask are unconstitutional and that the courts stating this are rogue courts. Has the Colorado government shown to the People that this "plandemic" is as deadly as they claim? Where are the studies that can be done over and over *again coming up with the same results? There are none. Go through my list above.*

### 2. *Plaintiff Does Not Allege That Defendants Were Acting Under the Color of State Law*

Plaintiff does not have to allege Defendants were acting under the Color of State law as he is claiming Defendants violated a Federal constitutionally protected Right, the Right to make his *own medical/health decisions. This is not a civil right. It is a Right everyone has in this country* to make their own medical/health decisions.

Defendants were sued in there private capacity from a private individual. The Right violated was a constitutionally protected Right, not a civil right. It has nothing to do with the color of any state law.

Again, this is not a claim for a civil right; it is a claim of a Federal constitutionally protected Right.

### III. PLAINTIFF'S TWO RANDOM STATEMENTS ABOUT THE ADA DO NOT ASSERT A DISABILITY CLAIM THAT THE COURT SHOULD CONSIDER

Plaintiff has breathing disabilities, which according to the ADA and HIPAA, he does not have to disclose. Plaintiff is not asking or requiring the court to "take on the responsibility of serving as the litigant's attorney." Plaintiff is asking the Court to review the fraud committed by Defendants and rule accordingly.

Plaintiff did not state a claim under the ADA, only stated that the ADA protects People who have a disability to be able to work. Plaintiff has not had any previous retaliation against him until now. Plaintiff does not have to prove he has a disability to Defendants. Defendants are not to force workers to do something that could put them in harm's way. As shown above in the list of articles and/or videos. As mentioned in Plaintiff's Show Cause paper, Plaintiff could develop hypoxia (see Show Cause paragraph on bottom of page 1 to page 2). A lack of oxygen to the brain will cause permanent damage. This can cause the man or woman who has this damage due to Defendants negligence to file a multi-million lawsuit against the company. Plaintiff told this to Mr. Baier and that Plaintiff did not want to see that happen to the company. The company was taking the temperature of everyone walking into the premise. With no one found to be sick, they were allowed to enter the premise. So why the requirement to wear a mask?

### IV. EVEN IF PLAINTIFF COULD SOMEHOW PURSUE AN ADA CLAIM AS MINIMALLY PLED, THAT CLAIM WOULD FAIL FOR MULTIPLE REASONS

### 1.  Any ADA Claim Would Fail Because Plaintiff Has Not Administratively Exhausted That Claim

Plaintiff has not filed a claim under the ADA. All Plaintiff has done was inform Defendants that he is protected under the ADA. Therefore, this paragraph by Defendants is irrelevant. If Plaintiff was going to file under an ADA claim, he would do what would be required.

### 2.  Any ADA Claim Would Fail Under Federal-Court Pleading Standards

Repeating, Plaintiff has not filed a claim under the ADA. All Plaintiff has done was inform Defendants that he is protected under the ADA. Therefore, this paragraph by Defendants is irrelevant. If Plaintiff was going to file under an ADA claim, he would do what would be required.

Repeating again, Plaintiff has not filed a claim under the ADA. All Plaintiff has done was inform Defendants that he is protected under the ADA. Therefore, this paragraph by Defendants is irrelevant. If Plaintiff was going to file under an ADA claim, he would do what would be required. Plaintiff's statements about masks don't work, the pandemic is false, and the Governor's mask policy is illegal and unconstitutional are all backed by facts presented in the list of articles and/or videos listed above. Plaintiff did not make up these statements; he has/is repeating what professionals have stated. Except for Defendants claiming that the Governor's order is constitutional, which Plaintiff has proven it is not, Defendants have not proven that any of the statements about wearing masks, etc. are false.

### 3.  Under Federal Regulations, an Employee With a Disability Who Poses a Direct Threat to Other Employee Is Not Entitled to Accommodation

Please explain how someone who is not sick, as determined by the security personnel at the entrance, is a direct threat to the health and safety of himself or other employees? According to the 29 C.F.R. § 1630.2(r) sited by Defendants, which states in part, "Direct threat means a significant risk of substantial harm to the health and safety of the individual or others * * *."

Please explain how someone that is not sick can be a "significant risk". Wouldn't someone have to be sick to pose a "significant risk"? With the 4 items listed by Defendants, can they show (1) *what is the duration of the rick from someone who is not sick*, (2) *the nature of the severity of the* potential harm from someone who is not sick, (3) the likelihood that the potential harm will occur from someone who is not sick, and (4) the imminence of the potential harm from someone who is not sick. Even the WHO obliterated every argument for mandatory vaccines or contact tracing by declaring asymptomatic carriers don't spread COVID-19 – NaturalNews.com (see #99 above). *Their argument in the article also blows away the need to wear a mask.*

The statement presented from "*Scientific Brief: Community Use of Cloth Masks to Control Spread of SARS-CoV-2*" contradicts everything that is stated in the list above. Even Dr. Fauci stated on 60 Minutes on 8 March 2020 that a mask may stop 1 droplet with the virus. He stated there was no need to wear a mask. A picture shows that 1,487,000 Muslim women in 5 countries *came done with the virus, and they wear a facial covering all their lives. How did that happen?* If the Plaintiff is not sick, how does wearing a mask benefit those around him? Plaintiff is not responsible for the health of those around him. That is for each man and woman to be concerned about. If they feel wearing a mask will keep them from getting the virus, that is their choice. The CDC did a study in July 2020 and found that 71% of the People who wore a mask all the time *got the virus and 14% who wore a mask most of the time got the virus.* So how is wearing a mask protecting anyone? It has been stated in the list above there is no pandemic.

Plaintiff's refusal to wear a mask is not based on unfounded beliefs. As shown in the list above, the "plandemic" is a sham/hoax/fraud. If Plaintiff is not sick, how does that pose a threat to the other workers? The most current medical knowledge is in the list above. There are no *studies that prove masks work. In fact they prove they don't work. Even the mask manufacturers* (the blue surgical mask) have a statement on their product that states: "This product is not a

respirator and will not provide any protection against COVID-19 or other viruses or contaminants". That is the mask Defendant company gives to workers who don't have one.

## STATEMENT

The Rights of the Plaintiff need to be protected by the Courts.

"It is the duty of courts to be watchful for the constitutional rights of the citizens, and against any stealthy encroachments thereon. Their motto should be obsta principiis.'" *Boyd v. U. S.*, 116 U.S. 616, 635 (1886); see also, *Hale v. Henkel*, 201 U.S. 43, 88 (1906); *Gouled v. United States*, 255 U.S. 298, 304 (1921); *Byars v. U.S.*, 273 U.S. 28, 32 (1927).

## CONCLUSION

a. WHEREAS, it has been proven that face masks do not prevent anyone from getting or giving the virus to someone else;

b. WHEREAS, the CDC has stated that cloth masks do not prevent someone from getting the virus;

c. WHEREAS, the WHO has stated that asymptomatic People cannot transfer the virus;

d. WHEREAS, many from the list above have proven the pandemic is a fraud;

e. WHEREAS, this country has had the flu for over 100 years or more and we never wore masks, social distanced, held People under house arrest in their homes, and shut down the country, while tens of thousands of People have died from the flu each year;

f. WHEREAS, Plaintiff has gone through FedEx's temperature tent numerous times and not once have they stated he was sick, as he has not gotten sick in over 45 years, so this is no surprise;

g. WHEREAS, Plaintiff was never refused to enter the premise because of having shown he was sick;

h. WHEREAS, Plaintiff has the Right to make his own medical/health decisions;

i. WHEREAS, the Governor cannot deny Plaintiff his Rights;

j.   WHEREAS, the company cannot deny Plaintiff his Rights;

k.   WHEREAS, the Governor has no authority to issue an Executive Order that applies to the People *as there does not exist any such authority in the Colorado Constitution, which makes the* Executive Order unconstitutional to the People, and People are not required to obey an unconstitutional law;

l.   WHEREAS, executive orders only apply to the employees in the executive branch of the government;

m.   WHEREAS, *the Governor of California has admitted that he cannot mandate the wearing* of masks, social distancing, and lockdowns;

n.   WHEREAS, where one Governor cannot mandate to the People, all Governors cannot mandate to the People of their state;

o.   WHEREAS, the government was establish to protect the Rights of the People and those *Rights cannot be taken away by the government;*

p.   WHEREAS, the company has no authority to require the wearing of a mask as that could cause health issues or even death to a worker;

q.   WHEREAS, the company has no authority to require the wearing of a mask as that infringes upon the Rights of the workers to make their own medical/health decisions;

r.   WHEREAS, *requiring workers to wear a mask is tantamount to committing fraud on the* workers;

s.   WHEREAS, requiring workers to wear a mask is tantamount to causing a worker to become seriously ill or death;

t.   WHEREAS, the Executive Order was posted by the Governor on 17 April 2020 to *require People to wear a mask is unconstitutional;*

u.   WHEREAS, the company instituted a policy in May requiring workers to wear a mask,

when the company never required this at the beginning of the flu season in 2019, and most likely in any other year previously;

v. WHEREAS, the company instituted this policy in concert with the fraudulent Executive Order issued by the governor;

w. THEREFORE, since the company and other personnel acted in concert with the state officials requiring the workers to wear a mask, depriving Plaintiff of his Right to make his own medical/health decisions, not having shown that a mask will prevent anyone from giving or receiving a virus, this matter should not be dismissed and decided for the Plaintiff.

Submitted this 6th day of January 2021.

By: _Sal Celauro Jr_
Sal Celauro Jr
In Propria Persona, Sui Juris

# CERTIFICATE OF SERVICE

I, Sal Celauro Jr, acting in the status of flesh and blood, in propria persona, sui juris, a Natural born Living Soul, a man standing on the Land jurisdiction of the united States of America, of the Posterity of the People of the united States of America, an Inherent Holder of the Political Power of Colorado, and of this American union of States, an American State Citizen, NOT a corporation, NOT a person as statutorily defined, and NOT a surety for the artificial/fictional entity designated as SAL CELAURO JR or any other variation in all capital letters, a free man, in the original sense, do hereby state and affirm the following facts:

That on the 6th day of January 2021 deponent served 5 copies of the within "Opposition to Defendant's Motion to Dismiss for Failure to State a Claim" on Brian T. Ruocco at Wheeler Trigg O'Donnell LLP, 370 Seventeenth Street, Suite 4500, Denver, CO 80202 by Certified Mail number 7020 0090 0001 7887 0869 deposited under the exclusive care and custody of the United States Postal Service.

I declare the statements given above are to the best of my knowledge and comprehension, true, correct, complete, not misleading, the truth, the whole truth, and nothing but the truth.

Dated: 6th January 2021

_____
Sal Celauro Jr
c/o 3590 S. Pennsylvania St., Apt. 318
Englewood, Colorado [80113]